UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR W. DAVIES | CIVIL ACTION NO. |
| Plaintiff | : 303CV0341-CFD |
| VS. | : |
| PAWAN K. JINDAL<br>AMERICAN MANUFACTURERS MUTUAL<br>INSURANCE CO. | : |
| Defendants | : OCTOBER 27, 2003 |

### *APPEARANCE*

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **THE DEFENDANT, American Manufacturers Mutual Insurance Company.**

___10/27/03___   _____
Date                      Signature

JOHN P. MAJEWSKI, JURIS #11048
BAI, POLLOCK & MULCAHEY, P.C.
10 MIDDLE STREET
BRIDGEPORT, CT  06604
(203) 366-7991
Fax (203) 366-4723

## CERTIFICATION

This is to certify that a copy of this pleading has been sent, via U.S. Mail, postage prepaid, this 27th day of October, 2003.

Robert Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Edward W. Case, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

John P. Majewski, Juris # 11048
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
(203) 366-7991
Fax (203) 366-4723