

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | :<br>:<br>: |
| V. | :    NO. 303 CV 0341 CFD |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>    Defendants | :<br>:<br>:    OCTOBER 31, 2003<br>: |

### PLAINTIFF'S MOTION FOR ORDER FOR
### DEFENDANT'S DEPOSITION

Pursuant to Connecticut Practice Book §13-27, the plaintiff moves this court to order that the defendant, Pawan K. Jindal appear for a deposition at the office of plaintiff's attorney, Guendelsberger & Taylor. Plaintiff has scheduled the deposition of Pawan K. Jindal on September 25, 2003 (see attached Exhibit "A"), on November 7, 2003 (see attached Exhibit "B") and on November 5, 2003 (see attached Exhibit "C"). On each occasion, the defendant Pawan K. Jindal, through his attorney, has canceled the deposition.

Wherefore, plaintiff request that the Court order the deposition of the defendant Pawan K. Jindal to take place within 30 days of the ruling on this motion, at the office of the Attorney for the plaintiff, Guendelsberger & Taylor, located at 28 Park Lane, New Milford, CT.

THE PLAINTIFF
ARTHUR W. DAVIES

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## **ORDER**

The time of defendant, Pawan K. Jindal's deposition is hereby ORDERED as:

THE COURT,

By:_____
Judge

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on October 31, 2003 to all counsel and pro se parties of record, specifically:

John P. Majewski, Esq.
Bai, Pollock & Mulcahey
10 Middle Street
Bridgeport, CT 06604

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

                                                             Robert J. Guendelsberger

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DAVIES, ARTHUR** : | |
|     **Plaintiff** : | |
| : | |
| **V.** : | **NO. 303 CV 0341 CFD** |
| : | |
| **JINDAL, PAWAN K. and AMERICAN** : | |
| **MANUFACTURERS MUTUAL** : | |
| **INSURANCE COMPANY** : | **August 5, 2003** |
|     **Defendants** : | |

**NOTICE OF DEPOSITION**

Pursuant to Rule 30 et seq. of the Local Rules of Civil Procedure, the Plaintiff in the above-captioned action, ARTHUR DAVIES, will take the deposition upon oral examination of the Defendant, Pawan K. Jindal, 11 Peters Drive, Wappingers Falls, NY 12590 on **Thursday, September 25, 2003 at 10:00 a.m.** at the offices of Guendelsberger & Taylor, 28 Park Lane, New Milford, CT 06776. The deposition shall be recorded by sound and/or transcription, and shall take place before Brandon Smith Reporters, or other competent authority. You are invited to attend and examine the said noticed party.

                                                     THE PLAINTIFF
                                                     ARTHUR W. DAVIES

                                                     By _/s/ Robert J. Guendelsberger_
                                                         Robert J. Guendelsberger, for
                                                         Guendelsberger & Taylor
                                                         28 Park Lane
                                                         New Milford, CT 06776
                                                         (860) 354-4444
                                                        Federal Bar No. CT06534

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on August 7, 2003 to all counsel and pro se parties of record, specifically:

John P. Majewski, Esq.
P.O. Box 187289
Hamden, CT 06518

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K. and AMERICAN : | |
| MANUFACTURERS MUTUAL : | |
| INSURANCE COMPANY : | September 24, 2003 |
|     Defendants : | |

**NOTICE OF DEPOSITION**

Pursuant to Rule 30 et seq. of the Local Rules of Civil Procedure, the Plaintiff in the above-captioned action, ARTHUR DAVIES, will take the deposition upon oral examination of the Defendant, Pawan K. Jindal, 11 Peters Drive, Wappingers Falls, NY 12590 on **Friday, November 7, 2003 at 10:00 a.m.** at the offices of Guendelsberger & Taylor, 28 Park Lane, New Milford, CT 06776. The deposition shall be recorded by sound and/or transcription, and shall take place before Niziankiewicz & Miller, or other competent authority. You are invited to attend and examine the said noticed party.

THE PLAINTIFF
ARTHUR W. DAVIES

By_____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on September 23, 2003 to all counsel and pro se parties of record, specifically:

John P. Majewski, Esq.
P.O. Box 187289
Hamden, CT 06518

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By_____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVIES, ARTHUR<br>　　　Plaintiff | : <br> : <br> : |
| V. | : 　　NO. 303 CV 0341 CFD <br> : |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>　　　Defendants | : <br> : <br> : 　　OCTOBER 28, 2003 <br> : |

**RE- NOTICE OF DEPOSITION**

　　Pursuant to Rule 30 et seq. of the Local Rules of Civil Procedure, the Plaintiff in the above-captioned action, ARTHUR DAVIES, will take the deposition upon oral examination of the Defendant, Pawan K. Jindal, 11 Peters Drive, Wappingers Falls, NY 12590 on **Wednesday, November 5, 2003 at 2:00 p.m.** at the offices of Guendelsberger & Taylor, 28 Park Lane, New Milford, CT 06776. The deposition shall be recorded by sound and/or transcription, and shall take place before Niziankiewicz & Miller, or other competent authority. You are invited to attend and examine the said noticed party.

　　　　　　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　　　　　　ARTHUR W. DAVIES


　　　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　　Robert J. Guendelsberger, for
　　　　　　　　　　　　　　　　　　　　　　Guendelsberger & Taylor
　　　　　　　　　　　　　　　　　　　　　　28 Park Lane
　　　　　　　　　　　　　　　　　　　　　　New Milford, CT 06776
　　　　　　　　　　　　　　　　　　　　　　(860) 354-4444
　　　　　　　　　　　　　　　　　　　　　　Federal Bar No. CT06534

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on October 28, 2003 to all counsel and pro se parties of record, specifically:

John P. Majewski, Esq.
P.O. Box 187289
Hamden, CT 06518

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By_____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534