FILED

2003 NOV 12 P 2: 07

US DISTRICT COURT
HARTFORD CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
                                                 :
DAVIES, ARTHUR                                   :    CIVIL ACTION: 303CV0341 CFD
        Plaintiff                                :
                                                 :
V.                                               :
                                                 :
JINDAL, PAWAN K. and AMERICAN                    :
MANUFACTURERS MUTUAL                             :
INSURANCE COMPANY                                :
        Defendant                                :    NOVEMBER 7, 2003
-------------------------------------------------x

## DEFENDANT, PAWAN JINDAL'S REPLY TO PLAINTIFF'S MOTION FOR ORDER FOR DEFENDANT'S DEPOSITION DATED OCTOBER 31, 2003

The defendant, Pawan Jindal, is now residing in India. Defense counsel does not know the exact whereabouts of the defendant, Pawan Jindal. Counsel for the defendant has been advised by the defendant, Pawan Jindal's cousin that Mr. Jindal is expected back to the States in December. The defendant, Pawan Jindal's cousin advised counsel that he would have the defendant contact us to set up his deposition as soon as he returns to the States. Counsel for the defendant advised plaintiff's attorney of the above and indicated that upon Mr. Jindal's return they would be more than cooperative in setting up Mr. Jindal's deposition.

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

DEFENDANT - PAWAN K. JINDAL

By _____

**Edward W. Case**
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this ___*10*___ day of <u>November</u>, 2003.

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney John P. Majewski
2750 Dixwell Avenue
PO Box 187289
Hamden, CT 06518

By_____
**Edward W. Case**
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566