```
                                                              FILED

                                                          2003 NOV 20  P 3: 13

              UNITED STATES DISTRICT COURT                US DISTRICT COURT
                  DISTRICT OF CONNECTICUT                   HARTFORD CT
```

DAVIES, ARTHUR
        Plaintiff

V.

JINDAL, PAWAN K. and AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
        Defendants

NO. 303 CV 0341 CFD

NOVEMBER 11, 2003

## JOINT STATUS REPORT

Pursuant to the Court's Order Regarding Status, the parties' counsel jointly file this report.

**A.**    **NATURE OF CASE:**

This is a personal injury action which arose out of a motor vehicle accident on I-84 Eastbound, Middlebury, Connecticut on April 1, 2001. The plaintiff, Arthur W. Davies alleges that the defendant, Pawan K. Jindal, rear-ended the plaintiff's vehicle.

Mr. Davies seeks money damages. There are no other actions which have any kind of relationship to this action.

The plaintiff's Motion for Order for Defendant's Deposition dated October 31, 2003, is pending. There are no other pending motions.

This case will be tried to a jury.

**B.**    **DISCOVERY:**

Discovery is not complete. No depositions have taken place. There will likely be a modification of the Scheduling Order as additional time may be needed to disclose and depose experts. Currently, the deadline to depose expert witnesses expires on March 1, 2004.

It is likely that an additional four (4) to six (6) months to disclose and depose witnesses will be needed.

C.   **SETTLEMENT**:

There have been no settlement conferences. A settlement conference in February, 2004 will be beneficial and is requested.

B.   **TRIAL PREPARATION**:

This case should be ready for trial by October, 2004. No other additional preparation is needed other than completing discovery.

There are no additional pleadings that need to be filed, other than a Motion for Summary Judgment which is contemplated by the defendant, American Manufacturers Mutual Insurance Company.

John P. Majewski, Esq.
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT 06604
Juris # CT 11048

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Juris # CT 016566

Robert J. Guendelsberger, Esq.
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Juris # CT 06534