UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -3  A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT.

ARTHUR DAVIES,
    Plaintiff,

v.

PAWAN K JINDAL, et al.
    Defendants.

Civil Action No.
3:03 CV 341 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

The above-captioned case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A ruling on the following motion which is currently pending: (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss the following: (orefmisc./cnf) _____

____ Other: (orefmisc./misc) _____

SO ORDERED this 3rd day of February 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1