# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TONYA ROLLINS | : | CIVIL ACTION NO. |
| | : | 3:01CV951(CFD) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| HEERY INTERNATIONAL, INC., | : | |
| L.C. ASSOCIATES, INC. | : | |
| Defendants | : | DECEMBER 15, 2003 |

**PLAINTIFF'S SUPPLEMENTAL COMPLIANCE WITH
DEFENDANT HEERY INTERNATIONAL, INC.'S
FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS DIRECTED TO THE PLAINTIFF**

The Plaintiff submits the following supplemental responses to the Defendant Heery's First Set of Interrogatories and Requests for Production.

**II.    INTERROGATORIES**

1.      State your full name and each name, by which you have been known, specifying the timeframe that corresponds to each name.

ANSWER: Tonya Rollins, Tonya Johnson, Tonya Vernon. Not sure of dates.

6.      Describe in detail any criminal convictions or guilty pleas entered with respect to you or on your behalf.

ANSWER:

Subject to the previously filed objection and without waiving same, in addition to information previously submitted, the Plaintiff counsel will submit additional responsive information, if any, as soon as possible.

1

17.     Identify any documents that relate to any damages you claim.

In addition to documents already provided, attached please see 2002 tax return.

21.     For the period from the beginning of your employment with Defendant Heery until the present, identify each employer, person or entity for whom you have performed services, and/or from whom you have received compensation in any form, and state: the dates of employment; the title of each job or position held; and for each job or position held the nature of the work you performed, the amount of compensation you received, how the compensation was calculated (e.g. hourly, weekly, monthly, yearly), and the benefits you received or were eligible to receive, including but not limited to non-monetary benefits such as health insurance, vacation, sick leave, holidays, and short or long-term disability insurance.

Subject to the previously filed objection, the Plaintiff discloses the following additional information:

**2002**

Dunkin Donuts, Route 2, Preston, Connecticut, supervisors, began December 31, 2002 until October 10, 2003, receive $8.25/hour on a weekly basis.

**2003**

Krispy Kreme, Mohegan Sun, processor, began October 2003 to the present, $9.00/hour.

24.     State your total earnings from any employment, including self-employment, as well as any income received from any other sources, during the period of

2

January 1, 1997 to present; and the source or sources of such earnings; if more than one source, please specify the amount for each source and the dates during which it was received.

ANSWER:

In addition to information previously provided, please see response to Interrogatory #21 above and 2002 tax return attached hereto.

25. To the extent not otherwise requested in these interrogatories, describe in detail all efforts, whether or not successful, you engaged to mitigate you alleged damages, after separation from employment with Defendant Heery.

ANSWER:

In addition, to information previously provided, see response to Interrogatory #24 above.

## DOCUMENT REQUESTS

Please produce the following:

4. Copies of all state and federal tax returns and supporting forms and schedules that you filed, either individually or jointly, from 1998 until the present.

In addition to documents previously provided, please see 2002 income tax returns.

8. All documents that you believe or allege support your claim that you have suffered damages arising from your employment with Defendant Heery.

In addition to documents previously provided, please see 2002 income tax returns attached hereto.

3

10. All documents that reflect or relate to any criminal convictions or guilty pleas entered with respect to you or on your behalf.

The Plaintiff submits the attached documents pertaining to her initial response to Interrogatory 6.

15. To the extent not otherwise requested in these requests for production, all documents which reflect or relate to any attempts by you, whether successful or unsuccessful, to mitigate your alleged damages.

In addition to documents previously provided, please see 2002 income tax returns attached hereto.

16. A fully executed authorization for release of employment records, in the form attached hereto as Exhibit A.

Subject to the Plaintiff's previously filed objection, please see executed authorization attached hereto.

17. A fully executed authorization for release of medical records, in the form attached hereto as Exhibit B.

Please see authorization attached hereto.

THE PLAINTIFF,
TONYA ROLLINS

By: *[signature]*
Michael E. Satti (Ct. 01311)
Holly Quackenbush Darin (Ct. 10183)
Satti & Ryan, LLP
225 State Street
Suite 200
New London, CT  06320
-Her Attorneys-

4

## CERTIFICATION

The undersigned hereby certifies that the foregoing has been hand-delivered, this 16th day of December 2003 to all counsel and pro se parties of record as listed below:

Robert L. Keepnews
Suzanne M. LaPlante
Berman & Sable
100 Pearl Street
Hartford, CT 06103

Holly Quackenbush Darin

5

## OATH

I hereby certify that I have reviewed the foregoing supplemental responses to the Defendant' Heery's First Set of Interrogatories and Requests for Production and that they are true and accurate to the best of my knowledge and belief.

*Tonya Rollins*
Tonya Rollins

Subscribed and sworn to before me this 16 day of December, 2003.

*Holly Quackenbush Darin*
Holly Quackenbush Darin
Commissioner of the Superior Court