#18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVIES, ARTHUR
    Plaintiff

V.

NO. 303 CV 0341 CFD

JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY
    Defendants

OCTOBER 31, 2003

## PLAINTIFF'S MOTION FOR ORDER FOR DEFENDANT'S DEPOSITION

Pursuant to Connecticut Practice Book §13-27, the plaintiff moves this court to order that the defendant, Pawan K. Jindal appear for a deposition at the office of plaintiff's attorney, Guendelsberger & Taylor. Plaintiff has scheduled the deposition of Pawan K. Jindal on

February 5, 2004. This motion is **DENIED**. Federal Courts do not follow The Connecticut Practice Book. Rather, since 1938 federal courts have followed the Federal Rules of Civil Procedure. If counsel chooses to renew this motion under the federal rules, counsel must first comply withe the requirements of those rules, as well as the requirements of the Local Rules of Civil Procedure for the District of Connecticut, and most especially the rules regarding motion practice, the filing of supporting briefs and memoranda, and the affidavit requirement of the rule. This is not a "recommended ruling" but a discovery order of the court that is subject to review under the "clearly erroneous" statutory standard of review that Congress enacted in 1968. **28 U.S.C. §636(b)(1)(A)**.

Thomas P. Smith
United States Magistrate Judge