13

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------x

| | |
|---|---|
| DAVIES, ARTHUR<br>Plaintiff | :<br>: NO.: 303 CV 0341 CFD |
| V. | : |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>Defendants | :<br>:<br>:<br>: JULY 21, 2003 |



-----------------------------------------------x

**MOTION FOR ORDER COMPELLING DISCLOSURE AND DISCOVERY**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant, PAWAN K. JINDAL, respectfully requests that a Nonsuit be entered against the plaintiff, ARTHUR DAVIES, for failure to comply with the defendant's Interrogatories and Requests for production

February 5, 2004. This motion is **DENIED**. There are no "non-suits" in federal practice. *Dismissal* is sometimes a proper sanction under Fed. R. Civ. P. 37(b), but only after there has been a violation of an order compelling discovery that was first obtained under Rule 37(a). Unfortunately for movant, this is not a proper motion for relief under Rules 37(a) because, among other things, it is not accompanied by a supporting memorandum and affidavit as required by Local Rule 37, formerly Local Rule 9. The instant ruling is not a "recommended ruling," but is a discovery order of the court which is reviewable pursuant to the "clearly erroneous" statutory standard of review. See 28 **U.S.C. §631(b)(1)(A).**

Thomas P. Smith
**United States Magistrate Judge**