UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | :<br>:<br>: |
| V. | :    NO. 303 CV 0341 CFD<br>: |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>    Defendants | :<br>:<br>:    February 25, 2004<br>: |

### WITHDRAWAL

The Plaintiff in the above matter, hereby withdraws his claim against American Manufacturers Mutual Insurance Company (Count Two of the Complaint).

                  THE PLAINTIFF
                  ARTHUR W. DAVIES

                  By_____
                  Robert J. Guendelsberger, for
                  Guendelsberger & Taylor
                  28 Park Lane
                  New Milford, CT 06776
                  (860) 354-4444
                  Federal Bar No. CT06534

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on February 25, 2004 to all counsel and pro se parties of record, specifically:

John P. Majewski, Esq.
Bai Pollock Blueweiss & Mulcahey
10 Middle Street
Bridgeport, CT  06604

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534