03CV341mtn/dism



## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>　　Plaintiff | :<br>:<br>: |
| V. | :　　NO. 303 CV 0341 (CFD) |
| | : |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>　　Defendants | :<br>:<br>:　　FEBRUARY 3, 2004<br>: |

### MOTION TO CITE IN ADDITIONAL PARTY DEFENDANT
### AND TO AMEND COMPLAINT

The Plaintiff in the above-captioned action hereby requests, pursuant to Local Rules 21 and 15(c), permission to cite in SURINDER JINDAL as an additional party defendant in the instant action. The Plaintiff has attached hereto an amended complaint which adds Surinder Jindal as a party defendant. The Plaintiff has also attached a memorandum of law in support of this motion.

Granted absent objection. So ordered. 4/21/04

THE PLAINTIFF,

Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Fed. Bar No. CT06534