## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K. and AMERICAN : | |
| MANUFACTURERS MUTUAL : | |
| INSURANCE COMPANY : | February 25, 2004 |
|     Defendants : | |

### WITHDRAWAL

The Plaintiff in the above matter, hereby withdraws his claim against American Manufacturers Mutual Insurance Company (Count Two of the Complaint).

                                                    THE PLAINTIFF
                                                  ARTHUR W. DAVIES

                                                  By_____
                                                  Robert J. Guendelsberger, for
                                                  Guendelsberger & Taylor
                                                  28 Park Lane
                                                  New Milford, CT 06776
                                                  (860) 354-4444
                                                  Federal Bar No. CT06534