

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------x

| | |
|---|---|
| DAVIES, ARTHUR | : |
|     Plaintiff | : NO.: 303 CV 0341 CFD |
| | : |
| V. | : |
| | : |
| | : |
| JINDAL, PAWAN K. and AMERICAN | : |
| MANUFACTURERS MUTUAL | : |
| INSURANCE COMPANY | : APRIL 28, 2004 |
|     Defendants | |

------------------------------------------------x

## MOTION FOR ORDER COMPELLING DISCLOSURE AND DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant, PAWAN K. JINDAL, respectfully requests that the Court compel the plaintiff, ARTHUR DAVIES, for to fully comply with the defendant's Interrogatories and Requests for production dated April 28, 2003 as required by Rule 26 of the Federal Rules of Civil Procedure. Despite repeated requests, the plaintiff as not provided the following documents/disclosure: his business records from 1997 through 2003; amount of hours worked from 1999 through 2002; tax returns for 2001 through 2003; and lost wage verification from all employers that the Plaintiff intends to introduce at trial in support of his claim for lost wages and impairment of earning capacity.

DEFENDANT -PAWAN K. JINDAL

Date _4/29/04_

Signature _[signed]_

Edward W. Case (Federal Court #CT02273)
Print Name

655 Winding Brook Drive
Address

Glastonbury,    CT    06033
City           State  Zip Code

(860)633-9471
Phone Number

## ORDER

The foregoing Motion having been heard, it is hereby GRANTED/DENIED.

DATED this _____ day of _____, 2004.

BY THE COURT

_____

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this ____29th____ day of April, 2004.

Robert Guendelsberger, Esq.
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

John P. Majewski, Esq.
P.O. Box 187289
Hamden, CT 06518

By __*Edward W. C.*__
**Edward W. Case**
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Federal Court #CT02273