UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------x
DAVIES, ARTHUR                      :
              Plaintiff             :     NO. 303 CV 0341 CFD
                                    :
V                                   :
                                    :
JINDAL, PAWAN K. and AMERICAN       :
MANUFACTURERS MUTUAL                :
INSURANCE COMPANY                   :     MAY 7, 2004
              Defendant             :
------------------------------------X
```

### OBJECTION TO DEFENDANT'S MOTION FOR ORDER

The plaintiff, Arthur Davies, hereby objects to Defendant's Motion for Order Compelling Disclosure and Discovery dated April 28, 2004.

Plaintiff contends that the Defendant's request for "business records from 1997 through 2003" is vague; plaintiff has provided his tax returns to defendant that are available.

Further, Defendant's request for "amount of hours worked from 1999 through 2002" is not information the plaintiff has kept a record of. The plaintiff was an independent contractor who provided locum tenens services as an Emergency Room physician.

Records have previously been supplied to defense counsel from Linde Healthcare showing wages for the years 2000 and up until April of 2001 when the accident took place and Dr. Davies was no longer able to work.

The Plaintiff has not yet filed income taxes for the year 2001 although he will in the near future. Plaintiff has not worked since the date of the accident on April 20, 2001 and therefore, has had no income since that time and has not filed income taxes for the years 2002 and 2003.

Lastly, in the letter previously supplied by Linde Healthcare to the Defendant, it clearly states that Dr. Davies has worked with them since November of 1998. The information sought in Defendant's motion should be the subject of deposition questioning, it is noted that the deposition of Dr. Davies is scheduled for May 17, 2004.

WHERFORE, the plaintiff hereby Objects to the Defendant's Motion for Order and asks that the Court rule in favor of the Plaintiff denying all the requests for disclosure and discovery.

Plaintiff, Arthur Davies

By: _____

Robert J. Guendelsberger (Federal Bar #CT06534
*Print Name*

28 Park Lane
*Address*

New Milford,        CT        06776
*City*              *State*   *Zip Code*

(860) 354-4444
*Phone Number*

ORDER

The foregoing Objection having been heard by this Court, it is hereby SUSTAINED/OVERRULED.

    THE COURT

    BY: _____
        JUDGE/CLERK

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, this 7th day of May, 2004 to all counsel and pro se parties of record, and specifically to:

Edward W. Case, Esq.
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Robert J. Guendelsberger