FILED

2004 MAY 19 A 11: 11

US DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
:
DAVIES, ARTHUR                : CIVIL ACTION: 303CV0341 CFD
    Plaintiff             :
:
V.                            :
:
JINDAL, PAWAN K. and AMERICAN :
MANUFACTURERS MUTUAL          :
INSURANCE COMPANY             :
    Defendant             : MAY 17, 2004
-------------------------------------------------x

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for the defendant,

**Surinder Jindal.**

_5/17/04_                _[signature]_

*Date*                *Signature*
                 **Edward W. Case**
                 Law Offices of Nancy S. Rosenbaum
                 655 Winding Brook Drive
                 Glastonbury, CT 06033
                 Tel. # 860 633-9471
                 US District Bar #CT02273

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the 17th day of May, 2004:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

By _____
**Edward W. Case**
Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #CT02273

2

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566