AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     CONNECTICUT

ARTHUR W. DAVIES

**SUMMONS IN A CIVIL CASE**

V.

PAWAN K. JINDAL AND
SURINDER JINDAL

CASE NUMBER:     303CV0341    CFD

TO: (Name and address of Defendant)

SURINDER JINDAL
11 PETERS DRIVE
WAPPINGERS FALLS, NY     12590

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT    06776

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK

DATE    May 10, 2004

(By) DEPUTY CLERK

※ AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 05-29-04 |
| NAME OF SERVER (PRINT)  BRIAN J. HINES | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: NEERJA JINDAL

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-01-04
             Date          Signature of Server

PO Box 2019, Kingston NY 12402
Address of Server

Sworn before me on
1 June 2004

KERRY J. WINTERS
Notary Public, State of New York
Reg. #01WI6025264
Qualified in Ulster County
Commission Expires August 9, 2005

FILED
2004 JUN -9  A 11: 20
U.S. DISTRICT COURT
HARTFORD, CT.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.