FILED

2004 JUN 16 A 11: 01

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
:
DAVIES, ARTHUR : CIVIL ACTION: 303CV0341 CFD
  Plaintiff :
:
V. :
:
JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY :
  Defendant : JUNE 14, 2004
-------------------------------------------------x

## REQUEST FOR EXTENSION OF TIME

The defendant, Surinder Jindal, pursuant to Section 13-7 of the Practice Book, hereby requests an extension of time of 30 (thirty) days through and until August 9, 2004 within which to answer and/or object to the plaintiff's Interrogatories and Requests for Production dated June 9, 2004. The defendant requests this time in order to permit him time to properly respond and/or object to and execute the discovery requests. The defendant hereby certifies that this case has not been assigned for trial.

__6-14-04__     __E_____
Date                        Signature
                            **Edward W. Case**
                            Law Offices of Nancy S. Rosenbaum
                            655 Winding Brook Drive
                            Glastonbury, CT 06033
                            Tel. # 860 633-9471
                            US District Bar #CT02273

## ORDER

The foregoing Motion having been heard, it is hereby GRANTED/DENIED.

DATED this _____ day of _____, 2004.

                            BY THE COURT

                            _____

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this 14th day of June, 2004.

Attorney Robert J. Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

        DEFENDANT - JINDAL, SURINDER

        By_____
        **Edward W. Case**
        His Attorney
        Law Offices of Nancy S. Rosenbaum
        655 Winding Brook Drive
        Glastonbury, CT 06033
        Tel. # (860) 633-9471
        Juris # 016566
        US District Bar #CT02273