*FILED*

2004 JUN 24  A 10: 45

U.S. DISTRICT COURT
HARTFORD, CT.

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

-----------------------------------------------------x
```
DAVIES, ARTHUR                        :        CIVIL ACTION: 303CV0341 CFD
        Plaintiff                     :
                                      :
V.                                    :
                                      :
JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY                     :
        Defendant                     :        JUNE 22, 2004
```
-----------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that he be permitted to withdraw his

appearance for **Surinder Jindal.**.  An appearance will be entered on behalf of

Surinder Jindal by Attorney Jack Steigelfest, Howard, Kohn, Sprague & Fitzgerald,

PO Box 260896, Hartford, Connecticut, 06126-0896.  The defendant, Surinder Jindal

is being represented by Attorney Jack Steigelfest at this time.

_____          _____
Date  *June 23*                  Signature
                                 **Edward W. Case**
                                 Law Offices of Nancy S. Rosenbaum
                                 655 Winding Brook Drive
                                 Glastonbury, CT 06033
                                 Tel. # 860 633-9471
                                 US District Bar #CT02273

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the _____ day of June, 2004:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney Jack Steigelfest
Howard, Kohn, Sprague & Fitzgerald
PO Box 260896
Hartford, CT 06126-0896

By_____
**Edward W. Case**
Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #CT02273

2