FILED

2004 JUN 25 A 11: 45

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Arthur Davies | CIVIL ACTION NO:<br>303 CV 0341 |
| vs. | |
| Pawan Jindal & Surrinder Jindal | JUNE 24, 2004 |

## APPEARANCE

TO:   Clerk, U.S. District Court
      450 Main Street
      Hartford, CT 06103

Please enter the Appearance of Jack G. Steigelfest of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct05733, as Attorney for the defendant, Surrinder Jindal in the above-captioned matter.

THE DEFENDANT
SURRINDER JINDAL

BY _____
Jack G. Steigelfest (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of June, 2004, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

John P. Majewski, Esq.
10 Middle Street
Bridgeport, CT 06604

_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald