FILED

2004 JUL -7 A 8:30

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR DAVIES | CIVIL ACTION NO: |
| vs. | 303 CV 0341 (CFD) |
| PAWAN JINDAL & SURINDER JINDAL | JULY 2, 2004 |

## APPEARANCE W/ CORRECTED CERTIFICATION

TO:   Clerk, U.S. District Court
      450 Main Street
      Hartford, CT 06103

Please enter the Appearance of Jack G. Steigelfest of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct05733, as Attorney for the defendant, Surrinder Jindal in the above-captioned matter.

THE DEFENDANT
SURRINDER JINDAL

BY _____
Jack G. Steigelfest. (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 2ND day of July, 2004, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Edward W. Case
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald