UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR W. DAVIES                                NO: 3:03 CV 0341 (CFD)

vs.

PAWAN JINDAL, et al                            JULY 2, 2004

## MOTION FOR SCHEDULING ORDER AND/OR SCHEDULING/STATUS CONFERENCE

The defendant Surinder Jindal respectfully moves this court for an order establishing a schedule for discovery in this matter, preferably through a scheduling or status conference including all counsel. In support of this Motion, the defendant makes the following assertions:

1.      This case was originally filed in February of 2003 naming two defendants, Pawan Jindal and American Manufacturers Mutual Insurance. Surinder Jindal was not originally a party to the litigation.

2.      Counsel for the original parties submitted a Report of Parties Planning Conference on May 23, 1003 suggesting a discovery schedule. By endorsement on June 12, 2003, the court issued an order approving the report and setting deadlines for completion of discovery by March 1, 2004 and for filing of a Joint Trial Memorandum by April 1, 2004.

-1-

3.      By Motion filed February 5, 2004 and granted April 22, 2004, the plaintiff sought permission to cite in Surinder Jindal as an additional defendant. Surinder was served with the Amended Complaint on May 29, 2004 and the undersigned counsel appeared on his behalf on June 25, 2004, when it became apparent that counsel already in the case for Pawan Jindal, who had previously appeared for Surinder Jindal, could not continue that joint representation.

4.      The prior deadlines established for this case have expired and in fact expired before Surinder Jindal was ever added as a party to this litigation.

5.      Surinder Jindal has, this date, filed a Motion to Dismiss the claim against him, as well as discovery requests upon the plaintiff. The plaintiff has previously filed discovery requests upon Surinder Jindal and is seeking to schedule his deposition. Additional discovery is anticipated, as well as a dispositive motion if the pending Motion is not granted.

6.      Subject to a Scheduling Conference, Surinder Jindal proposes a new discovery deadline of January 17, 2005 and a new deadline for dispositive motions of February 17, 2005.

WHEREFORE, the defendant Surinder Jindal respectfully requests that this court order a scheduling/status conference or otherwise adopt the pretrial schedule proposed in this Motion.

-2-

THE DEFENDANT
SURRINDER JINDAL


BY_____
Jack G. Steigelfest. (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut  06126-1798
(860) 525-3101


<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 2ND  day of JuLY, 2004, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Edward W. Case
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033


_____
Jack G. Steigelfest, Esq.

-3-

Howard, Kohn, Sprague & FitzGerald