03CV341mtNwd atty

FILED

2004 JUN 24 A 10: 45

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x

DAVIES, ARTHUR  :   CIVIL ACTION: 303CV0341 CFD
   Plaintiff  :

V.  :

JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY  :
   Defendant  :   JUNE 22, 2004

-------------------------------------------------x

### MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that he be permitted to withdraw his appearance for **Surinder Jindal.**. An appearance will be entered on behalf of Surinder Jindal by Attorney Jack Steigelfest, Howard, Kohn, Sprague & Fitzgerald, PO Box 260896, Hartford, Connecticut, 06126-0896. The defendant, Surinder Jindal is being represented by Attorney Jack Steigelfest at this time.

Granted. So ordered.
/s/ CFD 8/10/04