FILED

2004 NOV 19 A 10: 59

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
: 
DAVIES, ARTHUR          : CIVIL ACTION: 303CV0341 CFD
  Plaintiff            :
                            :
V.                       :
                            :
JINDAL, PAWAN K. and AMERICAN :
MANUFACTURERS MUTUAL     :
INSURANCE COMPANY        :
  Defendant            : NOVEMBER 17, 2004
-------------------------------------------------x

## REQUEST FOR EXTENSION OF TIME

The defendant, Surinder Jindal, pursuant to Section 13-7 of the Practice Book, hereby requests an extension of time of 30 (thirty) days through and until January 9, 2005 within which to answer and/or object to the plaintiff's Requests for Production dated November 9, 2004. The defendant requests this time in order to permit him time to properly respond and/or object to and execute the discovery requests. The defendant hereby certifies that this case has not been assigned for trial.

_____11/17/04_____            _____[signature]_____
*Date*                                *Signature*
                                      **Edward W. Case**
                                      Law Offices of Nancy S. Rosenbaum
                                      655 Winding Brook Drive
                                      Glastonbury, CT 06033
                                      Tel. # 860 633-9471
                                      US District Bar #CT02273

## **ORDER**

The foregoing Motion having been heard, it is hereby GRANTED/DENIED.

DATED this _____ day of _____, 2004.

                                        BY THE COURT

                                        _____

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this 17th day of November, 2004.

Attorney Robert J. Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney Jack Steigelfest
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT 06126

DEFENDANT - JINDAL, SURINDER

By _____
**Edward W. Case**
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # (860) 633-9471
Juris # 016566
US District Bar #CT02273