UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 (CFD) |
| : | |
| JINDAL, PAWAN K., JINDAL, : | |
| SURINDER and AMERICAN : | |
| MANUFACTURERS MUTUAL : | |
| INSURANCE COMPANY : | December 10, 2004 |
|     Defendants : | |

### REQUEST FOR PERMISSION TO AMEND COMPLAINT

The Plaintiff in the above-captioned action hereby requests, pursuant to Local Rules 15(c), permission to amend his complaint. The Plaintiff represents that the only change to his complaint is located in Count Three, paragraph 10. The Plaintiff has attached hereto his proposed second amended complaint which effectuates the above-specified change.

THE PLAINTIFF,

Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Fed. Bar No. CT06534

## ORDER

The foregoing motion, having been heard and duly considered by the Court, is hereby ORDERED: GRANTED/DENIED

BY THE COURT,

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record this 10th day of December, 2004, specifically:

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

John P. Majewski, Esq.
Bai, Pollack, Bleuweiss & Mulcahy, P.C.
10 Middle Street
Bridgeport, CT 06604

Jack Stiegelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St.
Hartford, CT 06106

_____
Robert J. Guendelsberger
Attorney for the Plaintiff, Arthur Davies

-2-