
Insurance Companies

February 21, 2003

Guendelsberger & Taylor
Attn: Barbara Babiyan
      Legal Assistant
28 Park Lane
New Milford, CT  06776

**Our Claim Number:**   331 AE 255106 N 331
**Our Insured:**        Arthur Davies
**Date of Loss:**       04/20/01

Dear Ms. Babiyan:

Per your request, enclosed please find a printout of all medical payments made on behalf of Mr. Davies to date. I apologize for the delay in getting this information to you.

As you are aware, Mr. Davies basic no fault coverage has been exhausted. However, Mr. Davies still has medical payments benefits available to him. Please advise me as to the status of his treatment.

Also, please advise me whether Mr. Davies has applied and been accepted for social security disability benefits. If Mr. Davies has not applied for social secuirty disability, please have him do so at this time.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,
Kemper Insurance Companies

Denise L. Winant
Claim Department

**IFG Claim, Syracuse**

315-449-8907 Voice * 315-449-8939 FAX

5784 Widewaters Parkway

P.O. Box 4780 * Syracuse, NY  13221-4780

```
DLW                              FOCUS                              02/21/03
                PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION      MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W         D.O.L. 04/20/01
CLAIMANT #  1      CLAIMANT NAME DAVIES*ARTHUR*W
*----------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
         PAYMENT TYPE L       COVERAGE CODE 60      PAYMENT ALLOCATION 02

              ISSUE                                    PAYMENT      PAYMENT
  CHECK #     DATE       PAYEE/PAYMENT FOR             AMOUNT       STATUS
521  446663  04/30/02  CT FAMILY ORTHPEDICS              92.00      ACTIVE
                       PT# 010000460901
                       TREATMENT DATES 03/18/02-03/18/02
521  406071  04/15/02  BOULDER COMM HOSPITAL            248.00      ACTIVE
                       PT# L 0179419151

521  319713  03/12/02  CONNECTICUT FAMILY ORTHOPEDIC    138.00      ACTIVE

                       TREATMENT DATES 01/22/02-01/22/02
521  319714  03/12/02  CONNECTICUT FAMILY ORTHOPEDICS    92.00      ACTIVE
                       010000460901
                       TREATMENT DATES 11/27/01-11/27/01

                                                   NEXT FUNCTION
```

```
                     PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION           MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                     D.O.L. 04/20/01
CLAIMANT #  1        CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
       PAYMENT TYPE L     COVERAGE CODE 60      PAYMENT ALLOCATION 02

            ISSUE                                       PAYMENT    PAYMENT
 CHECK #    DATE      PAYEE/PAYMENT FOR                 AMOUNT     STATUS
 023  830472 09/05/01 CONNECTICUT FAMILY ORTHOPEDIC       13.00    ACTIVE
                     NO FAULT - PT.#01-0000460901
                     TREATMENT DATES 06/13/01-06/13/01




FOC00011A ALL ITEMS HAVE BEEN DISPLAYED             NEXT FUNCTION __
```

```
DLW                              FOCUS                                  02/21/03
                 PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION         MPHF01
 CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W              D.O.L. 04/20/01
 CLAIMANT #  1       CLAIMANT NAME DAVIES*ARTHUR*W
 *---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
            PAYMENT TYPE L     COVERAGE CODE 60     PAYMENT ALLOCATION 02

                 ISSUE                                     PAYMENT    PAYMENT
  CHECK #        DATE       PAYEE/PAYMENT FOR              AMOUNT     STATUS
  521  299950  03/05/02  HEALTHSOUTH SURGERY CENTER OF      735.00   ACTIVE
                         NO FAULT - BASIC
                         TREATMENT DATES 01/23/02 - 01/23/02
  521  247590  02/13/02  CONNECTICUT PAIN CARE  PC          700.00   ACTIVE
                         NO FAULT - BASIC
                         TREATMENT DATES 12/06/01 - 12/06/01
  521  241382  02/11/02  SURGICAL GRAPHICS PC               308.50   ACTIVE
                         NO FAULT - PT #40037557-1/NF
                         TREATMENT DATES 01/23/02-01/23/02
  521  193456  01/23/02  ASSOCIATED NEUROLOGISTS            430.00   ACTIVE
                         213220
                         TREATMENT DATES 08/28/01-08/28/01
                                                     NEXT FUNCTION __
```

```
                         FOCUS
            PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION                MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W            D.O.L. 04/20/01
CLAIMANT # 1        CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
         PAYMENT TYPE L      COVERAGE CODE 60     PAYMENT ALLOCATION 02

              ISSUE                                      PAYMENT   PAYMENT
   CHECK #    DATE       PAYEE/PAYMENT FOR               AMOUNT    STATUS
   521     76198 12/07/01 ASSOCIATED NEUROLOGISTS          375.00  ACTIVE
                          NO FAULT - PT #213220
                          TREATMENT DATES 11/13/01-11/13/01
   521     76317 12/07/01 HEALTHSOUTH SURGERY CENTER OF    735.00  ACTIVE
                          NO FAULT - PT #75377
                          TREATMENT DATES 11/14/01-11/14/01
   521     76523 12/07/01 SURGICAL GRAPHICS   PC           308.50  ACTIVE
                          NO FAULT - BASIC
                          TREATMENT DATES 11/14/01 - 11/14/01
   521     72438 12/06/01 ASSOCIATED NEUROLOGISTS         1830.00  ACTIVE
                          NO FAULT - PT #213220
                          TREATMENT DATES 11/13/01-11/13/01
                                                   NEXT FUNCTION __
```

```
DLW                         FOCUS                              02/21/03
              PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION    MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W        D.O.L. 04/20/01
CLAIMANT #  1     CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
         PAYMENT TYPE L      COVERAGE CODE 60      PAYMENT ALLOCATION 02

                 ISSUE                                   PAYMENT   PAYMENT
 CHECK  #        DATE      PAYEE/PAYMENT FOR             AMOUNT    STATUS
 521    5166   11/09/01  CONNECTICUT FAMILY ORTHOPEDIC    493.00   ACTIVE
                         ACCT# 01-0000460901
                         TREATMENT DATES 08/15/01-10/17/01
 023   917223  10/08/01  DANBURY DIAGNOSTIC IMAGING      3557.12   ACTIVE
                         NO FAULT - PT #62701
                         TREATMENT DATES 08/30/01-08/30/01
 023   841092  09/10/01  DANBURY DIAGNOSTIC IMAGING      3197.58   ACTIVE
                         PT# 62701
                         TREATMENT DATES 05/09/01-05/09/01
 023   830471  09/05/01  CONNECTICUT FAMILY ORTHOPEDIC    582.00   ACTIVE
                         NO FAULT - PT.#01-0000460901
                         TREATMENT DATES 05/08/01-05/08/01

                                                    NEXT FUNCTION __
```

```
                     PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION            MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                      D.O.L. 04/20/01
CLAIMANT #  1        CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
           PAYMENT TYPE L       COVERAGE CODE 60       PAYMENT ALLOCATION 02

            ISSUE                                       PAYMENT      PAYMENT
 CHECK #    DATE      PAYEE/PAYMENT FOR                 AMOUNT       STATUS
 521 307243 03/07/02  DANBURY DIAGNOSTIC IMAGING         1484.05     ACTIVE
                      ACCT# 62701
                      TREATMENT DATES 02/19/02-02/19/02
 521 303422 03/06/02  CONNECTICUT FAMILY ORTHO            230.00     ACTIVE
                      NO FAULT - BASIC
                      TREATMENT DATES 11/27/01 - 01/22/02
 521 303556 03/06/02  NEURO MEDICAL SRVC FUND LLP         185.16     ACTIVE
                      NO FAULT - BASIC
                      TREATMENT DATES 01/24/02 - 01/24/02
 521 305258 03/06/02  CONNECTICUT PAIN CARE, PC          1150.00     ACTIVE
                      PT# 8791 020200WN
                      TREATMENT DATES 11/14/01-01/23/02
                                                        NEXT FUNCTION  __
```

```
DLW                            FOCUS                                    02/21/03
              PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION            MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W            D.O.L. 04/20/01
CLAIMANT #  1       CLAIMANT NAME DAVIES*ARTHUR*W
*----------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
         PAYMENT TYPE L      COVERAGE CODE 60      PAYMENT ALLOCATION 03

            ISSUE                                        PAYMENT    PAYMENT
 CHECK #    DATE       PAYEE/PAYMENT FOR                 AMOUNT     STATUS
 521   1110 11/08/01   ARTHUR W DAVIES                   2000.00    ACTIVE
                       WAGES: 10/5-11/3/01 $2000 MAXIMUM

 023 921932 10/09/01   ARTHUR W DAVIES                   2000.00    ACTIVE
                       WAGES 9/5-10/4/01- $2000 MAX

 023 834156 09/06/01   ARTHUR W DAVIES                   2000.00    ACTIVE
                       WAGES 8/6-9/4/01- MAX OF $2000 PER POLICY

 023 753340 08/07/01   ARTHUR W DAVIES                   6000.00    ACTIVE
                       WAGES 5/9-8/5/01-MAX OF $2000/MONTH

                                                      NEXT FUNCTION  __

FOC00011A ALL ITEMS HAVE BEEN DISPLAYED
```

```
DLW                              FOCUS                             02/21/03
                 PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION    MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W         D.O.L. 04/20/01
CLAIMANT #  1       CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
         PAYMENT TYPE L     COVERAGE CODE 60     PAYMENT ALLOCATION 03

            ISSUE                                      PAYMENT     PAYMENT
 CHECK #    DATE        PAYEE/PAYMENT FOR              AMOUNT      STATUS
 521  298612 03/04/02  ARTHUR W DAVIES                 2000.00     ACTIVE
                       WAGES: 2/3-3/4/02, MAXIMUM POLICY LIMIT

 521  219110 02/01/02  ARTHUR W DAVIES                 2000.00     ACTIVE
                       WAGES: 1/3/02-2/1/02- MAX POLICY LIMIT

 521  143785 01/04/02  ARTHUR W DAVIES                 2000.00     ACTIVE
                       WAGES-12/4-1/2/02- MAXIMUM OF POLICY LIMIT

 521   80568 12/10/01  ARTHUR W DAVIES                 2000.00     ACTIVE
                       WAGES, 11/4-12/3/01-MAXIMUM POLICY LIMIT

                                                       NEXT FUNCTION __
```

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including Item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

**NAME AND ADDRESS AND NAIC NUMBER OF INSURER OR NAME AND ADDRESS OF SELF-INSURER:**
American Manufacturers Mutual Insurance Company 30362
PO BOX 4780
SYRACUSE, NY 13221-4780

FOR AMERICAN ARBITRATION ASSOCIATION USE

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON (Name and address) |
|---|---|---|---|
| Arthur W Davies | CV820916 | 4/20/2001 | Arthur W Davies<br>117 N. Lincoln Avenue<br>Liverpool NY 13088 |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (NAME AND ADDRESS) | G. AS ASSIGNEE |
|---|---|---|
| 331 AB 253106 | Doctor In The House<br>942 W. South Boulder Road<br>Louisville CO 80027 | Yes ☒  No ☐ |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:
- ☐ 1. Your entire claim is denied as follows:
- ☒ 2. A portion of your claim is denied as follows:
  - ☐ A. Loss of Earnings                          $
  - ☒ B. Health Service Benefits:                 $175.00
  - ☐ C. Other Necessary Expenses;                $
  - ☐ D. Interest                                 $
  - ☐ E. Attorney's Fees:                         $
  - ☐ F. Death Benefit:                           $

**REASON(S) FOR DENIAL OF CLAIM (CHECK REASONS AND EXPLAIN BELOW IN ITEM 33)**

### POLICY ISSUES
- ☐ 3. Policy not in force on date of accident.
- ☐ 4. Injured person excluded under policy conditions or exclusions.
- ☐ 5. Policy conditions violated.
  - a. No reasonable justification given for late notice of claim
  - b. Reasonable justification not established. You may qualify for special expedited arbitration. See page 2 of this form for instructions.
- ☐ 6. Injured person not an "Eligible Injured Person".
- ☐ 7. Injuries did not arise out of use or operation of a motor vehicle.
- ☐ 8. Claim not within the scope of your election under Optional Basic Economic Loss coverage.

### LOSS OF EARNINGS BENEFITS DENIED
- ☐ 9. Period of disability contested; period in dispute: From _____ Through _____
- ☐ 10. Claimed loss not proven.
- ☐ 11. Exaggerated earnings claim of $
- ☐ 12. Statutory offset taken.
- ☐ 13. Other, explained below.

### OTHER REASONABLE AND NECESSARY EXPENSES DENIED
- ☐ 14. Amount of claim exceeds daily limit of coverage.
- ☐ 15. Unreasonable or unnecessary expenses.
- ☐ 16. Incurred after one year from date of accident.
- ☐ 17. Other, explained below.

### HEALTH SERVICE BENEFITS DENIED
- ☐ 18. Fees not in accordance with fee schedules.
- ☐ 19. Excessive treatment, service or hospitalization: From _____ Through _____
- ☐ 20. Treatment not related to accident.
- ☐ 21. Unnecessary treatment, service or hospitalization: From _____ Through _____
- ☒ 22. Other, explained below.

**COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.**

| 23. Provider of Health Service (Name, Address and Zip code)<br>Doctor In The House 041577912<br>942 W. South Boulder Road<br>Louisville  CO   80027 | 25. Period of bill – treatment dates<br>7/1/2004 to 7/1/2004 | 28. Date final verification requested<br>08/02/2004 | 31. Amount paid by Insurer<br>$0.00 |
|---|---|---|---|
| 24. Type of service rendered<br>Office Visit | 26. Date of bill<br>07/28/2004 | 29. Date final verification received<br>08/02/2004 | 32. Amount in dispute<br>$175.00 |
| | 27. Date bill received by insurer<br>08/02/2004 | 30. Amount of bill<br>$175.00 | |

33. State reason for denial fully and explicitly (attach extra sheets if needed):
→ Claimant is only eligible for med pay benefits up to 3 years from date of loss. This time period has now expired as date of loss is 04/20/01.

| 8/3/2004 | Denise Winant | 315-449-9907 |
|---|---|---|
| DATE | Name and Title of Representative of Insurer | Telephone No. & Ext. |

Kemper Auto and Home Claim Administration  PO BOX 4780 Syracuse, NY 13221

Name and address of Insurer claim processor (Third Party Administrator), if applicable | Telephone No. & Ext

Copy to:   Arthur W Davies 117 N. Lincoln Avenue  Liverpool NY 13088

NYS FORM NF-10 (Rev 1/2004)
Page 1 of 3