The Northwestern Mutual Life Insurance Company agrees to pay the benefits provided in this policy, subject to its terms and conditions. Signed at Milwaukee, Wisconsin on the Date of Issue.

This disability income policy is guaranteed renewable upon timely payment of premiums to the first policy anniversary after the Insured's 65th birthday and, during that period, can neither be cancelled nor have its terms or premiums changed by the Company.

*[signature]*     *[signature]*
PRESIDENT AND C.E.O.     SECRETARY

### IMPORTANT NOTICE CONCERNING STATEMENTS IN THE APPLICATION FOR YOUR INSURANCE

Please read the copy of the application attached in this policy. Omissions or misstatements in the application could cause an otherwise valid claim to be denied. Carefully check the application and write to THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, 720 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202, within 10 days, if any information shown on it is not correct and complete, or if any past medical history has been left out of the application. The application is a part of the policy and the policy was issued on the basis that the answers to all questions and the information shown on the application are correct and complete.

### DISABILITY INCOME POLICY

**Eligible For Annual Dividends.**

Non-Cancellable and
Guaranteed Renewable to Age 65

Conditionally Renewable to Age 75

**Right To Return Policy** -- Please read this policy carefully. The policy may be returned by the Owner for any reason within ten days after it was received. The policy may be returned to your agent or to the Home Office of the Company at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. If returned, the policy will be considered void from the beginning and any premium paid will be refunded.

QQ.DI

**Northwestern Mutual Life®**

| | | |
|---|---|---|
| INSURED | Arthur W Davies | AGE AND SEX    40 Male |
| POLICY DATE | September 12, 1997 | POLICY NUMBER    DI 260 023 |
| PLAN | Disability Income | |

\* Exclusions and Limitations--See Section 3 and the attached Agreement(s) for Limitation of Coverage.

QQ.DI

BENEFITS AND PREMIUMS

Date of Issue - September 12, 1997

| PLAN AND ADDITIONAL BENEFITS | FULL BENEFIT PER MONTH | ANNUAL PREMIUM | PAYABLE FOR |
|---|---|---|---|
| Disability Income | $ 3,333 | see page 3A | 26 Years |
| Future Increase Benefit Effective until September 12, 2001 - Renewable | | | |

Renewal of coverage beyond age 65 may require an increase in the premium. See Section 4.

A monthly premium, plus an ISA administrative charge, is payable on September 12, 1997 and on the 12th day of every calendar month after that. The monthly premium equals the annual premium multiplied by .0856.

The first monthly premium is $116.26.

The premium for this policy is on a nonsmoker basis for Occupation Class 4A.

| | |
|---|---|
| BEGINNING DATE | 91st day of disability in the first 180 days after the start of disability.* |
| MAXIMUM BENEFIT PERIOD | To the first policy anniversary (September 12, 2023) following the Insured's 65th birthday, but not less than 24 months of benefits. |
| INITIAL PERIOD | (Coverage for the Insured's own occupation) |
| | To the first policy anniversary (September 12, 2023) following the Insured's 65th birthday, but not less than 24 months of benefits. |

| | | | |
|---|---|---|---|
| OWNER | Arthur W Davies, The Insured | | |
| STATE OF ISSUE | Connecticut | | |
| INSURED | Arthur W Davies | AGE AND SEX | 40 Male |
| POLICY DATE | September 12, 1997 | POLICY NUMBER | DI 260 023 |
| PLAN | Disability Income | | |

* Exclusions and Limitations--See Section 3 and the attached Agreement(s) for Limitation of Coverage.

QQ.DI                              PAGE 3                              100

BENEFITS AND PREMIUMS

Date of Issue - September 12, 1997

Disability Income                           FULL BENEFIT PER MONTH

   Annually Renewable Premium              $      3,333 #

# THIS AMOUNT IS CONVERTIBLE TO LEVEL PREMIUM UNTIL SEPTEMBER 12, 2016.

TABLE OF ANNUAL PREMIUMS

| FOR POLICY YEARS BEGINNING SEPTEMBER 12, | DISABILITY INCOME ANNUALLY RENEWABLE |
|---|---|
| 1997 | $ 1,358.21 |
| 1998 | 1,411.53 |
| 1999 | 1,471.53 |
| 2000 | 1,534.85 |
| 2001 | 1,598.18 |
| 2002 | 1,671.51 |
| 2003 | 1,758.17 |
| 2004 | 1,858.16 |
| 2005 | 1,988.14 |
| 2006 | 2,138.13 |
| 2007 | 2,304.78 |
| 2008 | 2,484.76 |
| 2009 | 2,668.07 |
| 2010 | 2,884.72 |
| 2011 | 3,141.36 |
| 2012 | 3,384.67 |
| 2013 | 3,581.32 |
| 2014 | 3,581.32 |
| 2015 | 3,581.32 |
| 2016 | 3,581.32 |
| 2017 | 3,581.32 |
| 2018 | 3,581.32 |
| 2019 | 3,581.32 |
| 2020 | 3,581.32 |
| 2021 | 3,581.32 |
| 2022 | 3,581.32 |

| | | | |
|---|---|---|---|
| INSURED | Arthur W Davies | AGE AND SEX | 40 Male |
| POLICY DATE | September 12, 1997 | POLICY NUMBER | DI 260 023 |
| PLAN | Disability Income | | |

* Exclusions and Limitations--See Section 3 and the attached Agreement(s) for Limitation of Coverage.

## SECTION 1. GENERAL TERMS AND DEFINITIONS

This policy provides benefits when the Insured is totally or partially disabled. Section 1 gives information about or the meaning of several terms that are used in the policy.

### 1.1 INSURED AND OWNER

The Insured and Owner are named on page 3.

### 1.2 TERMS ON SCHEDULE OF BENEFITS AND PREMIUMS

The schedule of Benefits and Premiums (page 3) has a number of important terms that are used in this policy. These terms are:

**Full Benefit.** This is the maximum amount of monthly income payable under this policy.

**Beginning Date.** This is the date on which benefits begin to accrue after the Insured becomes disabled. Benefits are not payable for the time the Insured is disabled before the Beginning Date. Days of disability due to different causes will be accumulated to satisfy the Beginning Date.

**Maximum Benefit Period.** This is the longest period of time that benefits are payable for disability. In determining the maximum length of time for which benefits are payable, periods of total and partial disability are added together. If page 3 provides that the Maximum Benefit Period has a lifetime benefit for total disability, then see Section 2.7.

**Initial Period.** (Coverage for the Insured's own occupation). During the Initial Period the definition of total disability is based on the Insured's regular occupation at the time the disability starts. The Initial Period starts on the Beginning Date and continues, while the Insured is disabled, for the length of time shown on page 3.

### 1.3 REGULAR OCCUPATION

The words "regular occupation" mean the occupation of the Insured at the time the Insured becomes disabled. If the Insured is regularly engaged in more than one occupation, all of the occupations of the Insured at the time the disability starts will be combined together to be "the regular occupation."

If the Insured is exclusively engaged in:
- a medical or dental specialty for which board certification is available; or
- the specialty of trial law

that specialty is the "regular occupation."

### 1.4 TOTAL DISABILITY

Until the end of the Initial Period, the Insured is totally disabled when unable to perform the principal duties of the regular occupation. After the Initial Period, the Insured is totally disabled when both unable to perform the principal duties of the regular occupation and not gainfully employed in any occupation.

If the Insured can perform one or more of the principal duties of the regular occupation, the Insured is not totally disabled; however, the Insured may qualify as partially disabled.

### 1.5 PARTIAL DISABILITY

The Insured is partially disabled when:

a. the Insured is unable:
- to perform one or more but not all of the principal duties of the regular occupation; or
- to spend as *much time* at the regular occupation as before the disability started;

b. the Insured has at least a 20% Loss of Earned Income; and

c. the Insured is gainfully employed in an occupation.

During a period of partial disability following the Beginning Date, the Proportionate Benefit may be payable. Until the Proportionate Benefit has been payable for six months, the Insured need not have a 20% Loss of Earned Income to be partially disabled if:
- the Insured is unable to perform one or more principal duties which accounted for at least 20% of the time the Insured spent at the regular occupation before the disability started; or
- the Insured has at least a 20% loss of time spent at the regular occupation.

### 1.6 LICENSED PHYSICIAN

Licensed Physician means a physician, other than the Insured, who is licensed by the State to provide medical care and treatment and is acting within the scope of his or her license. If disability is due to a mental or nervous condition, Licensed Physician means psychiatrist or licensed doctoral level psychologist other than the Insured.

### 1.7 REGULAR CARE OF A LICENSED PHYSICIAN

Regular Care of a Licensed Physician means personal care and attention appropriate to the condition causing disability. This care must be at such intervals and frequency as will lead to the Insured returning to the principal duties of the regular occupation.

If the Company determines that Regular Care of a Licensed Physician would be of no further use to the Insured, the requirement of such care will be waived.

**Earned Income.** For an Insured who is an employee, Earned Income is:

- the sum of salary, bonuses and commissions paid to the Insured as reported for federal income tax (FIT) purposes; plus
- amounts earned by the Insured which would have resulted in current taxable employee compensation, but instead were contributed by the Insured to a benefit or retirement plan; less
- unreimbursed employee business expenses as reported by the Insured for FIT purposes.

For an Insured who is an owner of a sole proprietorship or a partnership interest, Earned Income is based on amounts as reported for FIT purposes on individual and business tax returns and is:

- the share of gross income from each business, earned by the Insured or others under the Insured's supervision or direction; less
- the Insured's share of normal and customary business expenses. (However, any form of compensation for the Insured's spouse is not deducted as an expense unless the spouse was a paid employee working at least 30 hours per week in the business during the 30 day period before the start of disability.)

For an Insured who is an owner-employee of a corporation or who has Earned Income from more than one source, Earned Income is calculated using all five items of Earned Income as described above.

For amounts in the current or recently ended tax year which have not yet been reported on FIT returns, the calculations above will be based on amounts that will be reported for FIT purposes. Earned Income is determined before the deduction of federal, state and local income taxes. Earned Income does not include forms of unearned income such as: benefits from disability coverage, from deferred compensation, or from retirement plans; dividends; interest; or annuity payments.

At the time a claim for a Proportionate Benefit begins, the Owner must choose:

- to have all items of Earned Income, as described above, credited to the period in which they are earned (accrual basis); or
- to have all items of Earned Income, as described above, credited to the period in which they are received (cash basis). However, income received during a period of disability for work performed prior to the start of the period of disability will not be included in income during the period of disability.

The accounting basis chosen by the Owner will be used to determine both Base Earned Income and Earned Income during a period of disability.

**Base Earned Income.** During the first 12 months of a disability, Base Earned Income is the average monthly Earned Income of the Insured for:

- a 12 consecutive month period during the 24 month period before the start of disability; or
- any two of the five calendar years before the start of disability.

The period which generates the highest average (and therefore the highest benefit amount) will be used.

After the first 12 months of a disability, Base Earned Income is the average monthly Earned Income of the Insured multiplied by an Indexing Factor. The Indexing Factor is:

- the consumer price index for the current year of disability; divided by
- the consumer price index for the year the disability started.

Thus, after 12 months of a disability, Base Earned Income equals:

$$\text{average monthly Earned Income} \times \frac{\text{consumer price index for the current year of disability}}{\text{consumer price index for the year disability started}}$$

In the event the Indexing Factor is less than one, a value of one will be used.

### 2.5 TRANSITION BENEFIT

The Company will pay a Proportionate Benefit for up to the first 12 months after the Insured's recovery from a disability, provided:

- the Insured was disabled until the Beginning Date;
- the Insured has returned to continuous full-time employment;
- the Insured has at least a 20% Loss of Earned Income for the month for which the benefit is claimed; and
- the month for which the benefit is claimed is within the Maximum Benefit Period.

The amount of this Benefit will be determined under Section 2.4. A Loss of Earned Income is used to determine the amount of Transition Benefit to the extent that it is caused by the disability from which the Insured has recovered.

A disability occurring while the Transition Benefit is payable is considered as a continuation of the previous disability.

This Benefit is payable for up to 12 months for each separate disability. For any month this Benefit is payable, premiums will be waived.

# SECTION 3. EXCLUSIONS AND LIMITATIONS

## 3.1 PRE-EXISTING CONDITIONS

There will be no benefits for a disability or loss that:
- results from an accident that occurred within five years before the Date of Issue; or
- results from a sickness that existed within five years before the Date of Issue

if the accident or sickness was not disclosed or was misrepresented in the application.

A sickness is considered to have existed if:
- symptoms were present that would have caused a prudent person to seek diagnosis, care or treatment; or
- medical advice or treatment was recommended or received from a health care practitioner.

## 3.2 OTHER EXCLUSIONS

There will be no benefits for a disability or loss that:
- is caused or contributed to by an act or incident of war, declared or undeclared; or
- is excluded from coverage by an Agreement for Limitation of Coverage.

There will be no benefits for a disability or loss for any period the Insured is incarcerated.

## 3.3 LIMITATION REGARDING PREGNANCY AND CHILDBIRTH

For a disability caused by normal pregnancy or childbirth, the Beginning Date will be the 91st day of disability or the Beginning Date shown on page 3, if later. This limitation does not apply to a disability caused by complications of pregnancy or childbirth.

Complications are physical conditions physicians consider distinct from pregnancy even though caused or worsened by pregnancy. For purposes of this policy, a non-elective caesarian birth is a complication of pregnancy. Examples of conditions that are not complications include false labor, fatigue, and morning sickness.

## 3.4 LIMITATION WHILE INSURED OUTSIDE THE UNITED STATES

Benefits will not be provided for more than 6 monthly benefit periods in total for the life of the policy while the Insured is outside the United States.

# SECTION 4. CONDITIONAL RIGHT TO RENEW TOTAL DISABILITY COVERAGE TO AGE 75

On each policy anniversary between the Insured's 65th and 75th birthdays, the Owner may renew this policy for one year if:
- the Insured is actively and gainfully employed at least 30 hours per week; and
- premiums to renew this policy are paid.

This right to renew ends on the first anniversary on which the Insured is not so employed or on which the Owner chooses not to renew the policy.

For a policy that is renewed, benefits are provided only for total disability. The total disability must be one:
- which occurs while this policy is in force; or
- which commences within 30 days of an accident which occurred while this policy was in force, provided the disability results from the accident.

The premium for each year of renewal will be based on the Insured's age and the Company's rates in use at the time of renewal.

# SECTION 7. PREMIUMS AND REINSTATEMENT

## 7.1 PREMIUMS

**Payment.** All premiums after the first are payable at the Home Office or to an authorized agent. A premium must be paid on or before its due date. A receipt signed by an officer of the Company will be furnished on request.

**Frequency.** Premiums may be paid annually, semi-annually or quarterly at the published rates of the Company. A change in premium frequency will take effect on the Company's acceptance of the premium for the new frequency. Premiums may be paid on any other frequency approved by the Company.

**Grace Period.** A grace period of 31 days will be allowed for payment of a premium that is not paid on its due date. This policy will be in full force during this period.

The policy will terminate at the end of the grace period if the premium is not paid.

**Premium Refund At Death.** The Company will refund that portion of any premium paid for a period beyond the date of the Insured's death.

## 7.2 REINSTATEMENT

**Within Late Payment Period.** The late payment period is the first 31 days after the grace period. Within the late payment period, the policy will be reinstated as of the date the overdue premium is paid. No evidence of insurability will be required.

**After The Late Payment Period.** After the late payment period, the cost to reinstate must be paid to the Company. The Company may also require an application for reinstatement and evidence of insurability. The policy will be reinstated as of the date the cost to reinstate was paid to the Company if:
- the application is approved by the Company; or
- notice that the application has been disapproved is not given within 45 days from the date the Company receives the application.

The policy will be reinstated as of the date the Company accepts payment of the cost to reinstate if the Company does not require an application.

**Coverage.** If no evidence of insurability is required, the reinstated policy will cover only a disability that starts after the date of reinstatement. If evidence of insurability is required:
- the reinstated policy will cover only a disability that results from an accident that occurs, or from a sickness that first appears, after the date of reinstatement; and
- the Company may attach new provisions and limitations to the policy at the time of reinstatement. All other rights of the Owner and the Company will remain the same.

**Duty With Armed Forces.** If the policy terminates while the Insured is on active duty with the armed forces of any nation or group of nations, the policy may be reinstated without evidence of insurability. The policy will be reinstated as of the date a written request and the pro-rata premium for coverage until the next premium due date are received by the Company. The request must be received:
- no later than 90 days after the Insured's release from active duty; and
- no later than 5 years after the due date of the unpaid premium.

# SECTION 8. THE CONTRACT

## 8.1 ENTIRE CONTRACT; CHANGES

This policy with the application and attached endorsements is the entire contract between the Owner and the Company. No change in this policy is valid unless approved by an officer of the Company. The Company may require that the policy be sent to it to be endorsed to show a change. No agent has authority to change the policy or to waive any of its provisions.

## 8.2 INCONTESTABILITY

This policy will not be contested after it has been in force for two years from the Date of Issue.

# FUTURE INCREASE BENEFIT (FIB)

### 1. THE BENEFIT

The Company will annually index the Full Benefit on each policy anniversary to reflect increases in consumer price levels, subject to the terms and conditions in this Benefit. The increased coverage which results from the indexing will remain in effect for as long as the policy is in force and premiums are paid for the increased Full Benefit. Any benefit that is based on the amount of the Full Benefit will be increased in proportion to the increase in the Full Benefit.

**Increases Deferred During Disability.** Increases will not be made during a period for which premiums are waived. However, increases that would have been made during a period of disability but for the limitation in the prior sentence will take effect after premiums cease to be waived. The increases will be in effect for a separate disability suffered by the Insured (see Benefits For Separate Disabilities section of the policy). The period for which premiums are waived includes any period for which the Transition Benefit is payable.

### 2. PREMIUM INCREASE

The premium for this policy will increase on the same date as each increase in the Full Benefit takes effect. The amount of each premium increase will be based on the increase in the Full Benefit and the premium rates as shown on page 3A.

When the Full Benefit is increased, the Company will provide an amendment to the schedule of Benefits and Premiums.

### 3. HOW AN INCREASED FULL BENEFIT IS DETERMINED

The Full Benefit for a policy year will be the Full Benefit for the prior policy year multiplied by the Indexing Factor. For purposes of determining the amount of the increase, the "Full Benefit" will be the sum of the disability income Full Benefit and any Social Security Substitute Full Benefit. The increase will be subject to a minimum and maximum described below. The Indexing Factor is:

- the consumer price index for the prior calendar year; divided by

- the consumer price index for the next prior calendar year.

Thus, the new Full Benefit equals:

prior year Full Benefit  X  (consumer price index for the prior calendar year) / (consumer price index for the next prior calendar year)

**Minimum And Maximum Increase.** The Full Benefit for a policy year will not be less than 104% of the Full Benefit for the prior policy year. The Full Benefit for a policy year will not be more than 108% of the Full Benefit for the prior policy year.

**Consumer Price Index.** The "consumer price index for the prior calendar year" is the <u>Consumer Price Index for All Urban Consumers, United States City Average, All Items</u> (CPI-U) for the month of September of the prior calendar year. The "consumer price Index for the next prior calendar year" is the CPI-U for the month of September for the calendar year before the prior calendar year.

The CPI-U is published by the Bureau of Labor Statistics. If the method for determining the CPI-U is changed, or if it is no longer published, it will be replaced by some other index found by the Company to serve the same purpose.

### 4. WHEN INCREASES IN THE FULL BENEFIT OCCUR

Except for increases that are deferred during a period for which premiums are waived, an increase in the Full Benefit will occur on each policy anniversary if the Owner has the right to receive increases at that time. The right to receive increases starts on the first policy anniversary and continues until:

- the Owner refuses two increases; or

- the last date on which this Benefit is in effect, as stated on page 3, if earlier.

The Owner can refuse to accept an increase:

- by not paying the increased premium resulting from this Benefit; or

- by sending a written notice to the Home Office of the Company before the increase takes effect.

If increases have stopped due to two refusals of increases, or because the Insured did not meet the Company's financial underwriting standards when this Benefit was previously renewable, the Owner will regain the right to receive further increases starting on the earlier of:

- the date, if any, this Benefit may be renewed under Section 5 of this Benefit, provided the Insured meets the Company's financial underwriting standards that are then in effect and the renewal date is not later than the first policy anniversary following the 55th birthday of the Insured; or

- the first policy anniversary after the Insured meets all of the Company's standards of insurability that are then in effect. These standards include the Insured's health, activities, and occupation as well as the Insured's *financial condition*.

QQ.DI.FIB                                                                                                    7/95

# AGREEMENT FOR LIMITATION OF COVERAGE

INSURED:   Arthur W Davies

DI 260 023

As of the Date of Issue, it is agreed that this policy is amended by the following limitations:

The Beginning Date for disability resulting from riding in any kind of aircraft as a pilot, crew member or participant in training will be the 181st day of disability in the first 360 days after the start of disability. The term "crew member" includes anyone who has duties at any time on the flight involving either the flight or the aircraft. In addition, there is a limit on the cumulative total amount of benefits payable under this policy for all disabilities resulting from aviation as described above. The limit is 24 times the Full Benefit Per Month provided by this policy as of the start of disability.* After this limit is reached, no more benefits will be payable for disabilities resulting from aviation as described above, whether or not the end of the Maximum Benefit Period has been reached or the disabilities are separate. After the start of disability, the limit on the cumulative total amount of benefits will not be increased because of an increase in benefits or coverage resulting from any cost of living increases that are part of this policy.

* If there is more than one period of disability due to the conditions described above, the phrase "start of disability" in this sentence refers to the start of the first period of disability.

_____        _____
Date                   Signature of Applicant

*[signature: John M. Bremer]*

Secretary
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

UND# 101

LLD 200                                                   17-0713 (Rev. 2/90)

ATTACH THIS SIGNED DUPLICATE TO THE POLICY

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
Milwaukee, Wisconsin 53202

## AMENDMENT OF APPLICATION

Policy No.: DI 260 023            Date: September 12, 1997
Insured: Arthur W Davies          Agent: Robert Mark Dickinson
Region/Division: ER               G.A. No.: 110

Supplementing and amending this application, it is hereby requested and directed that Question 7C of your disability insurance application be answered 'Yes', said question reading as follows:

"Has the premium for the policy applied for been paid in exchange for the Conditional Disability Insurance Agreement?"

This amendment is to be attached to and made part of this application

Date Signed ___|___|___          Signed  Arthur W Davies
              Month Day Year              SIGNATURE OF APPLICANT IN FULL

UND# 101

17-0694 (Rev. 9-83)

ATTACH THIS SIGNED DUPLICATE TO THE POLICY