# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth

237 Buckingham Street
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
jgs@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe

99 East Center Street
Manchester, CT 06040
(860) 646-8075

Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

November 30, 2004

Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attn:   Atty Robert Guendelsberger

**Re:**   **Arthur Davies v. Pawan Jindal & Surrinder Jindal**
          **Date of accident: April 20, 2001**

Dear Attorney Guendelsberger,

As you will recall, we discussed the subject of your 9/7/04 responses and objections to my client's Interrogatories and Requests for Production after the deposition of my client at your office on October 30, 2004.

I left that meeting with the understanding that you would get back to me in the following week or two to confirm the agreement we had tentatively reached. A month has passed and I have not heard from you with regard to that subject or the subject of potential resolution also discussed.

Please get back to me within the next two weeks or I will be forced to assume that we have no agreement and proceed with the appropriate motions.

Very truly yours,

COPY

Jack G. Steigelfest

JGS:dmo