<u>PLAINTIFF'S CERTIFICATION</u>

This is to certify that I/we

Plaintiff(s) in this action, have read the foregoing answers to

Interrogatories and state that they are true and accurate to the

best of my/our knowledge on this _5th_ . day of _August_,

STATE OF _Colo_
COUNTY OF _Boulder_ }  ss:

On this _5_ day of _August_ ,_2003_ , before me,
personally appeared _Arthur Davies_    who affirmed under

oath the truth of the foregoing Interrogatories and also

acknowledged his/her execution of the above document.

Notary Public/Commissioner
of the Superior Court