PLAINTIFF'S CERTIFICATION

This is to certify that I/we Plaintiff(s) in this action, have read the foregoing answers to Interrogatories and state that they are true and accurate to the best of my/our knowledge on this 5th day of August,

STATE OF Colo
COUNTY OF Boulder } ss:

On this 5 day of August, 2003, before me, personally appeared Arthur Davies who affirmed under oath the truth of the foregoing Interrogatories and also acknowledged his/her execution of the above document.

_____
Notary Public/Commissioner
of the Superior Court