# THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
MILWAUKEE, WISCONSIN

**Insured Full Name (First Middle Last):** Arthur W Davies

**POLICY NUMBER:** D1260023

## DISABILITY INSURANCE APPLICATION

*Complete entire application for Individual Business. Complete the application omitting the shaded areas for MultiLife Employer Sponsored Business.*

- MULTILIFE: Complete Supplement #17-1052. Enter MultiLife Discount Plan Number: _____
- CONVERSION: ARDI   Interim Term   Group LTD   Original Policy Number: _____
- APB Option   Group LTD APB OPTION   Life & Disability Application   Exam (NM, PME, MD) in Home Office

### INSURED

**1** Has an application or informal inquiry ever been made to Northwestern Mutual Life for annuity, life, or disability insurance on the life of the Insured?   Yes   No   If yes, the last policy number is _____

A. ☐ Mr. ☐ Mrs. ☐ Ms. ☑ Dr. ☐ Other _____   B. ☑ MALE ☐ FEMALE

C. BIRTHDATE: (M,D,Y) 1 / / 1958

D. STATE OF BIRTH (or Foreign Country): NY

E. TAXPAYER IDENTIFICATION NUMBER: 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

F. PRIMARY RESIDENCE: STREET OR PO BOX: P.O. Box 787
CITY, STATE, ZIP (Country if other than U.S.A.): Georgetown, Fairfield, CT 06829

### APPLICANT

**2** Select ONLY ONE: ☑ Insured   OR   ☐ Other (Complete A, B and C)

A. ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Dr. ☐ Other _____
PERSONAL NAME: FIRST _____ MIDDLE INITIAL _____ LAST _____   ☐ MALE ☐ FEMALE
OR RELATIONSHIP TO INSURED: _____   BIRTHDATE: MONTH DAY YEAR
BUSINESS NAME: _____

B. TAXPAYER IDENTIFICATION NUMBER: _____

C. ADDRESS: STREET OR PO BOX: _____
CITY, STATE, ZIP (Country if other than U.S.A.): _____

### PREMIUM PAYER

**3** Select ONLY ONE: ☑ Insurance Service Account Payer (ISA) (Omit A through D below)   OR   ☐ Insured (Complete D only)   ☐ Owner (Complete D only)   ☐ Applicant (Complete D only)   ☐ Other (Complete A, B, C and D)

A. ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Dr. ☐ Other _____
PERSONAL NAME: FIRST _____ MIDDLE INITIAL _____ LAST _____   ☐ MALE ☐ FEMALE
BIRTHDATE: MONTH DAY YEAR
OR
BUSINESS NAME: _____

B. TAXPAYER IDENTIFICATION NUMBER: _____

C. DAYTIME TELEPHONE NUMBER: (Area Code) _____

D. ADDRESS: ☐ Insured's Address ☐ Applicant's Address OR
STREET OR PO BOX: _____
CITY, STATE, ZIP (Country if other than U.S.A.): _____

### OWNER – DO NOT COMPLETE FOR KEYPERSON OR BUYOUT

**4** Select ONLY ONE: ☑ Insured   ☐ Applicant   ☐ Other (Complete A, B and C)

A. ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Dr. ☐ Other _____
PERSONAL NAME: FIRST _____ MIDDLE INITIAL _____ LAST _____   ☐ MALE ☐ FEMALE
OR RELATIONSHIP TO INSURED: _____   BIRTHDATE: MONTH DAY YEAR
BUSINESS NAME: _____

B. TAXPAYER IDENTIFICATION NUMBER: _____

C. ADDRESS: ☐ Insured's Address ☐ Applicant's Address ☐ Premium Payer's Address OR
STREET OR PO BOX: _____
CITY, STATE, ZIP (Country if other than U.S.A.): _____

## OCCUPATION

**5**

A. Name of Employer or Business: Hospital of St. Rapheal

B. Product or service the employer provides: E.R. Physician

C. Employer's Address: STREET OR PO BOX:
CITY, STATE, ZIP (Country if other than U.S.A.): New Haven, CT

D. PRIMARY Occupation: MD

E. Other Occupations: None

F. Professional Degree or Credentials: MD

G. Professional Specialty, if any: ER Medicine

H. Describe Insured's occupational duties by stating the percentage of time spent on these duties:
___% Managerial/Admin.   ___% Travel   ___% Sales
___% Keyboard work   ___% Physical/Manual   100% Other: Practice Medicine

I. Average number of hours worked per week: 55 hrs.

J. Business located in the home? Yes ___ No ✓
Average hours per week worked in the home ___
If over 20 hours, complete Working From Place of Residence Supplement #90-1065 (or 17-1065).

K. Length of time: In current occupation 5½ yr   In current employer 1½ yr
If less than 3 years, state prior occupation(s) and employer(s) for last 3 years:

L. State in which employed: CT

M. Does the Insured intend to change occupation, employer, or employment status in the next six months? Yes ___ No ✓
If yes, explain:

## ADDITIONAL REMARKS — OCCUPATION

## ADDITIONAL PURCHASE BENEFIT OPTION — COMPLETE THIS SECTION IF EXERCISING AN APB OPTION

**6**

NOTE: If available, up to two Regular OR two Special Advance options may be exercised.

A. List the policy number(s) and purchase amount(s) for each option used:

| Policy 1 | Regular $ | OR Special Advance $ |
| Policy 2 | Regular $ | OR Special Advance $ |
| Policy 3 | Regular $ | OR Special Advance $ |

B. Special or Advance Purchase applied for within 90 days of another's:
Marriage   Birth of child   Adoption of child   Employer discontinued group DI coverage   Increase in annual earned income

Name of Spouse or Child:
First, Middle Initial, Last

Date and place of...

CT031776

**INSURED (First, Middle Initial, Last):** Arthur W. Davies

**POLICY NUMBER:** [blank]

## SPECIAL DATING (POLICY DATE) / PREMIUM INFORMATION

**7**

A. Prepaid — Short term – Policy Date will coincide with ISA Payment Date. (For monthly ISA only)
  ☐ Short term to ___/___/___ (MONTH/DAY/YEAR)    Date to save age    ☐ Backdate to ___/___/___ (MONTH/DAY/YEAR)

B. Non-prepaid ☐ Specified future date ___/___/___ (MONTH/DAY/YEAR)    Date to save age    ☐ Backdate to ___/___/___ (MONTH/DAY/YEAR)

C. Has the premium for the policy applied for been paid in exchange for the Conditional Disability Insurance Agreement? ........ Yes  No

D. Premium Frequency:    Annually   Semiannually   Quarterly

E. Will the Insured's employer pay the whole premium for this disability insurance .................................................. Yes  No
  If yes: 1) Will any part of the premium be included in the Insured's taxable income? ........................................... Yes  No
        2) Will the Insured reimburse the employer for any part of the premium? ................................................. Yes  No

REMINDER: NOT ALL POLICIES OR BENEFITS ARE APPROVED IN ALL STATES

## POLICY APPLIED FOR

**8**

|  | Monthly Benefit | Maximum Benefit Period | Beginning Date | Initial Period to Age |
|---|---|---|---|---|
| **DISABILITY INCOME POLICY** | | | | |
| Level Premium .............................................. $ ____ | | | | 65  70 |
| Level Premium/Annually Renewable Premium ...... $ ____ / $ ____ (LEVEL / ARDI) | | | | ☐ 65  ☐ 70 |
| Step Rate Premium ......................................... $ ____ | | | | ☐ 65  ☐ 70 |
| Step Rate/Annually Renewable Premium ............. $ ____ / $ ____ (STEP / ARDI) | | | | ☐ 65  ☐ 70 |
| Annually Renewable Premium ........................... $ 3,333 | | age 65 | 91 days | ✓ 65  70 |
| ☐ **LOSS OF EARNINGS POLICY** | | | | |
| Level Premium .............................................. $ ____ | | | | |
| Level Premium/Annually Renewable Premium ...... $ ____ / $ ____ (LEVEL / ARDI) | | | | |
| Annually Renewable Premium ........................... $ ____ | | | | |
| ☐ **INTERIM TERM POLICY** (Term Period ____ ) (1-5 years) ........ $ ____ | | | | 65  70 |

☐ **DISABILITY OVERHEAD EXPENSE POLICY**
  ☐ Business  ☐ Professional
  Aggregate Benefit  ☐ 12  ☐ 24 (times maximum monthly benefit)
  Level Premium .............................................. $ ____
  Level Premium/Annually Renewable Premium ...... $ ____ / $ ____ (LEVEL / ARDI)
  Annually Renewable Premium ........................... $ ____

KEYPERSON POLICY (Complete Keyperson Supplement, form 90-1927)
BUYOUT POLICY (Complete Buyout Supplement, form 90-1928)

## ADDITIONAL BENEFITS

**9**

*If more than one policy is applied for, indicate to which policy(ies) each benefit should be attached.*

☐ Additional Purchase Benefit (APB) .................................. $ ____    AMT EA PURCHASE DATE
☐ Business Additional Purchase Benefit (BAPB) .................. $ ____    AMT EA PURCHASE DATE
☐ Deferred Disability Benefit (DDB) ..................................
☒ Future Increase Benefit (FIB) .......................................
☐ Indexed Income Benefit (IIB—Cost of Living adjustment) ........
  If less than 100% of the monthly benefit is to be indexed, specify percent to be indexed ____  0 %
☐ Social Insurance Substitute Benefit (SISB) ....................... $ ____
☐ Social Security Substitute Benefit (SSSB) ....................... $ ____
  SSSB Beginning Date ____

**10** If Northwestern Mutual Life is not able to issue the policy or add a benefit(s) as applied for, should the Company issue a policy if it can do so in a smaller amount, or on a different plan, or without an additional benefit? ............ ✓ Yes  No

**11** Fill in the amounts that are (or will be) shown on the Insured's individual and/or business income tax returns and supporting schedules. Do not list income that is not reported to the IRS. Use the "Remarks" section to explain significant changes between years or changes since the end of the last calendar year. Losses should be shown in parentheses. NOTE: The Company may request tax forms for underwriting or claim purposes.

A. INSURED'S EMPLOYER OR BUSINESS is a
  ☐ Sole Proprietorship  ☐ Partnership  ☐ Limited Liability Company (LLC)  ☒ Corporation
  ☐ S Corporation  ☐ Other _____

B. 1. Does the Insured have an ownership interest in the Business? .................................................. ☐ Yes ☒ No
   If yes, what is the percentage? _____ %
   2. How long has the Insured had ownership in the business? ____

C. Are the most recently filed tax returns or the most recent Form W-2 and pay stub being sent with this application? ........... ☐ Yes ☒ No

Column 3 is optional if tax returns have been filed with the IRS for the most recently ended calendar year. →

| | 1 Current Year Estimate Jan. 1 - Dec. 31, 19 **97** | 2 Most Recently Ended Calendar Year Jan. 1 - Dec. 31, 19 **96** | 3 Two Calendar Years Ago Jan. 1 - Dec. 31, 19 **95** |
|---|---|---|---|
| **D. EARNED INCOME** | | | |
| 1. Non-owner employee compensation. (Deduct unreimbursed business expenses reported on Form 1040, Schedule A.) Source: Form W-2 | $300,000 | $100,000 | $40,000 |
| 2. Owner employee compensation. Source: Form W-2. (Also see 3 or 4 below.) | $ | $ | $ |
| 3. Share of after tax C corporate net income or (loss) after expenses if the insured owns at least 20% of the corporation. Source: Form 1120 or 1120A | $ | $ | $ |
| 4. Share of S corporation net income or (loss) after expenses if the Insured is actively involved. Source: Form 1120S, Schedule K-1 | $ | $ | $ |
| 5. Sole proprietorship net profit or (loss) after expenses. Source: Form 1040, Schedule C | $ | $ | $ |
| 6. Share of partnership net profit or (loss) after expenses. Source: Form 1065, Schedule K-1 | $ | $ | $ |
| 7. Share of limited liability company net profit or (loss) after expenses. Source: Form 1065, Schedule K-1 | $ | $ | $ |
| 8. Other earned income (Explain source in Remarks) | $ | $ | $ |
| 9. Pension, profit sharing, or before-tax savings contributions (e.g., 401(K) plans) that would cease if the Insured were disabled and that the Insured had the option to receive as salary. (Not for SEP, KEOGH, or other amounts not deductible as a business expense) | $ | $ | $ |
| 10. **TOTAL EARNED INCOME:** Enter total of 1 through 9. | $300,000 | $100,000 | $40,000 |
| E. UNEARNED INCOME: State if more than $5,000. This includes taxable and tax-exempt interest, dividends, capital gains, net rental income, income from businesses in which the Insured is not actively involved, pensions, annuities, and alimony. | $0 | $0 | $0 |

F. NET WORTH: Is the Insured's... net worth more than $1,000,000?
   If yes, complete a personal financial statement for the Insured. (Use Supplement #17-091?) .................................. ☐ Yes ☒ No

G. In the last 5 years, has the Insured, or a business in which the Insured has had a 10% or greater ownership interest, been in bankruptcy or defaulted on any loans with an owed balance of more than $10,000? If yes, describe the circumstances and amounts owed in Remarks. ........................... ☐ Yes ☒ No
   Date of Discharge ___/___/___  Bankruptcy Chapter _____  ☐ Personal  ☐ Business
                    MONTH DAY YEAR

**ADDITIONAL REMARKS - INCOME**

[blank]

CT037776

Matthew W Davies

POLICY NUMBER

## DISABILITY COVERAGES

**12** A. List and describe all disability benefits the Insured may be entitled to, including: Individual disability Insurance and group disability insurance in all companies, including Northwestern Mutual Life; pension or retirement plans; salary continuation plans; association plans; credit insurance plans; overhead expense insurance; and any other coverage which provides disability benefits. Include coverage for which the Insured will become eligible within the next five years after a qualifying period of employment has been met.

NOTE TO AGENT: Type = DI (includes Individual DI and SBOI), Interim Term, SIS (includes SSS policy and DI SSSB or SISB rider),
LE, LF SISB, Group LTD, Group STD, Association DI, Overhead, Buyout, Keyperson, Other     CHECK HERE ☐ IF NONE
I, P, C = (I) In force, (P) Pending or (C) Contemplated

| Insurer | Type of Insurance | Benefit Amount | Beginning Date | Benefit Period Accident | Benefit Period Sickness | I, P, C or Date of Eligibility | Check if Offset by Soc. Sec. | Check if Employer pays 100% of the premium |
|---|---|---|---|---|---|---|---|---|
| NML | DI | 5,000 | 91 | 65 | 65 | I | | |

B. 1. Is additional contributory group DI coverage available through the Insured's employer? ............... Yes ☐ No ☑
   2. Does the Insured have plans to participate in the future? ................................................ Yes ☐ No ☑
   If yes, give details in Remarks.
C. Answer this question (12C) if the Insured is a last year medical resident/fellow. If the Insured is covered by a group disability plan, does the Insured intend to continue under the plan or to convert to an individual policy? ........ Yes ☐ No ☐
D. Will the insurance applied for replace insurance with Northwestern Mutual Life? ........................ Yes ☐ No ☑
   If yes, complete the Conditional Surrender form #17-0789. The agent should submit any required papers.
E. Will the insurance applied for replace insurance from a source other than Northwestern Mutual Life? ....... Yes ☐ No ☑
   If yes, complete the information below. The agent should submit any required papers.

When issuing insurance as a result of this application, Northwestern Mutual Life will rely on the fact that the coverage listed below can and will be terminated by the next premium due date, which must be within 90 days of the date of this application. If the coverage listed is not terminated by that date, or it is terminated and later reinstated, any policy issued as a result of this application may be rescinded and all premiums will be returned. Northwestern Mutual Life may contact a listed insurer to confirm that the coverage has been terminated.

| Insurance Company | Type of Insurance | Group or Association Name | Policy Number | Amount to be Replaced | Next Premium Due Date Month | Day | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## DISABILITY OVERHEAD EXPENSE POLICY – IF APPLYING

**13** A. Using the Insured's percentage of ownership in the business, insert the Insured's share of the typical monthly tax deductible business expenses as reported on IRS forms and supporting schedules. (For principal on business loans, give the current monthly installment payment.)

Rent ............................................................... $ _____
Heat ............................................................... $ _____
Telephone ..................................................... $ _____
Electricity ..................................................... $ _____
Professional dues and license fees ............... $ _____
Maintenance ................................................. $ _____
Real estate taxes ......................................... $ _____
Other taxes (itemize) .................................... $ _____
Interest on business loans ........................... $ _____
Depreciation or principal on business loans (Enter the larger of monthly depreciation expense or monthly principal on business loans) ........ $ _____
Insurance premiums ..................................... $ _____
Legal and professional fees ......................... $ _____
Employees' salaries (Professional DOE only) Do not include salaries of employees in the same occupation as the Insured ........ $ _____
Other normal expenses (itemize) ................... $ _____
TOTAL ........................................................... $ _____

B. How many people are employed by this firm? (include the Insured in the total)
   Owners: Full-time _____ Part-time _____ Non-owners: Full-time _____ Part-time _____
C. How many of the employees are in the same occupation as the Insured? (Include the Insured in the total)
   Owners: Full-time _____ Part-time _____ Non-owners: Full-time _____ Part-time _____

## ADDITIONAL REMARKS – DISABILITY COVERAGES/DISABILITY OVERHEAD EXPENSE

## PERSONAL HISTORY QUESTIONNAIRE

**14**

A. Has the Insured ever had life, disability or health insurance declined, rated, modified, issued with an exclusion rider, cancelled, or not-renewed? If yes, explain in Remarks .................................................................................................. ☐ Yes ☒ No

B. When was the Insured's last examination or application for life, disability, or accidental death insurance?
Month **Apl** Year **97** Company **MMC** ............................................................ or ☐ None

C. Insured's Marital Status: ☐ Single, Widowed or Divorced ☒ Married

D. 1. Insured is a citizen of ☒ U.S.A. ☐ Other
If other:
Type of Visa _____ Visa Number _____

2. How many years has the Insured resided in the U.S.A. immediately prior to completing this application? _____ years

3. The Insured has read the following statement and agrees to its terms: ............................................................................ ☐ Yes ☐ No
"I intend to reside in the U.S.A. permanently and do not intend to travel to any location outside the U.S.A. for more than 90 days each year. If I am disabled while outside the U.S.A., I will return to the U.S.A."

E. Does the Insured regularly travel outside the U.S.A. or have plans to leave the U.S.A. for travel or residence? ............ ☐ Yes ☒ No
If yes, explain in the chart below.

| Destination (List all Cities and Countries) | Number of Trips Last 12 Months | Next 12 Months | Duration of Each Trip (No. of Days) | Departure Date (Month/Year) | Purpose of Trip |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

F. Is the Insured a member of, or does the Insured plan on joining any branch of, the Armed Forces or reserve military unit? If yes, complete the Military Section ............................................................................................................... ☐ Yes ☒ No

G. Except as a passenger on a regularly scheduled flight, has the Insured flown within the past 2 years, or does the Insured have plans to fly in the future? If yes, complete the Aviation Section ................................................................ ☒ Yes ☐ No

H. In the past 2 years, has the Insured participated in or does the Insured have plans to participate in: racing (automobile, snowmobile, motorcycle, boat or go-cart), underwater or sky diving, hang gliding, bungee jumping, mountain or rock climbing, or rodeos? If yes, complete the Avocation Section ................................................................ ☐ Yes ☒ No

I. 1. What is the Insured's automobile driver's license number? # **801875928** State **NY**
or, ☐ the Insured does not have a driver's license.

2. In the past 5 years, has the Insured been in a motor vehicle accident, has the Insured been charged with a moving violation of any motor vehicle law, or has the Insured's driver's license been restricted, suspended or revoked? If yes, complete the chart below. ........................................................................................................................................ ☐ Yes ☒ No

| Date | Type and Details (Speeding, Reckless Driving, Driving While Intoxicated, Etc.) | Action (Citation, Fine, Etc.) | Accident (Yes or No) |
|---|---|---|---|
| | | | |
| | | | |

J. Has the Insured ever been convicted of violating any criminal law other than a traffic violation? ............................... ☐ Yes ☒ No
If yes, provide full details in Remarks. Include dates, city and state, reason, charge convicted of, time served, and the date of parole termination.

## ADDITIONAL REMARKS – PERSONAL HISTORY

CT037776

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INSURED (First, Middle Initial, Last)                                                                                                      POLICY NUMBER

**15** The Insured consents to this application and declares that the answers and statements made on this application are correctly recorded, complete and true to the best of the Insured's knowledge and belief. Answers and statements brought to the attention of the agent, medical examiner, or paramedical examiner are not considered information brought to the attention of the Company unless stated in the application. Statements in this application are representations and not warranties.

It is agreed that:

(1) If the premium is not paid when the application is signed, no insurance will be in effect. The insurance will take effect at the time the policy is delivered and the premium is paid if the answers and statements in the application are still true to the best of the Insured's knowledge and belief.

(2) If the premium is paid when the application is taken, no insurance will be in effect except as provided in the Conditional Disability Insurance Agreement with the same number as this application.

(3) Receipt of an outline of coverage for the policy applied for is acknowledged.

(4) No agent is authorized to make or alter contracts or to waive any of the Company's rights or requirements.

> The Owner of the policy applied for herein certifies, under penalties of perjury, (1) that the Taxpayer Identification Number given for the Owner on the first page of this application is the Owner's correct Taxpayer Identification Number (or the Owner is waiting for a number to be issued) and (2) the Owner is not subject to backup withholding either because the Owner has not been notified by the Internal Revenue Service (IRS) that the Owner is subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified the Owner that the Owner is no longer subject to backup withholding. (See Taxpayer Identification Number instructions.)

## INSURED'S AUTHORIZATION TO OBTAIN AND DISCLOSE INFORMATION

**16** I authorize Northwestern Mutual Life, its agents, employees, reinsurers, insurance support organizations and their representatives to obtain information about me to evaluate this application and to verify information in this application. This information will include: (a) age; (b) medical history, condition and care; (c) physical and mental health; (d) occupation; (e) income and financial history; (f) foreign travel; (g) avocations; (h) driving record; (i) other personal characteristics; and (j) other insurance. This authorization extends to information on the use of alcohol, drugs and tobacco; the diagnosis or treatment of HIV (AIDS virus) infection and sexually transmitted diseases; and the diagnosis and treatment of mental illness. During the time this authorization is valid it extends to information required to determine eligibility for benefits under any policy issued as a result of this application.

I authorize any person, including any physician, health care professional, hospital, clinic, medical facility, government agency including the Veterans and Social Security Administrations, the MIB, Inc., employer, business associates, consumer reporting agency, banker, accountant, tax preparer, or other insurance company, to release information about me to Northwestern Mutual Life or its representatives on receipt of this Authorization. Northwestern Mutual Life or its representatives may release this information about me to translators, to reinsurers, to the MIB, Inc., or to another insurance company to whom I have applied or to whom a claim has been made. No other release may be made except as allowed by law or as I further authorize.

I have received a copy of the Medical Information Bureau and Fair Credit Reporting Act notices. I authorize Northwestern Mutual Life to obtain an investigative consumer report on me.

☐ I request to be interviewed if an investigative consumer report is done.

This authorization is valid for 30 months from the date it is signed. A copy of this authorization is as valid as the original and will be provided on request.

**The signatures below apply to the authorization, the application and the certification of Taxpayer Identification Number.**

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature of INSURED (if other than Applicant)                          Signature of APPLICANT

Signed at New Haven, New Haven, CT
         CITY        COUNTY        STATE

Date 9 / 12 / 97
    MONTH DAY YEAR

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

INSURED'S NAME: ARTHUR DAVIES

# PARAMEDICAL QUESTIONNAIRE

CHECK PURPOSE:
- New Insurance: ☒ Life, EP, VA   ☐ DI
- ☐ Change     ☐ Payor Benefit   ☐ Reinstatement
- ☐ Add Benefit   ☐ Reconsideration

Each question must be individually asked and answered. Give details of "Yes" answers below: 1) Identify question number, 2) State signs, symptoms and diagnosis of each illness or injury, 3) List the details and results of any treatment, 4) List the name, full address and dates of each health care provider consulted.

| # | Question | YES | NO |
|---|---|---|---|
| 31.a. | Have you smoked cigarettes in the last 10 years?<br>☐ Current smoker<br>☐ Past smoker - Date last smoked a cigarette ___/___/___ | ☐ | ☒ |
| b. | Do you use a pipe, cigar, snuff or chewing tobacco? If yes, specify. | ☐ | ☒ |
| c. | Are you currently using nicorette gum, nicotine patch or other form of nicotine? If yes, specify. | ☐ | ☒ |
| 32. | Are you taking medication or drugs (legal or illegal, prescription or nonprescription) for any reason? If yes, list and explain. | ☒ | ☐ |

Details: 32. Tylenol

33. In the last 10 years, have you had, been told you had or been treated for:

| | | YES | NO |
|---|---|---|---|
| a. | Disorder of eyes (including double vision), ears, nose, mouth, throat or speech? | ☐ | ☒ |
| b. | Dizziness, loss of balance, headaches, seizures or convulsions, muscle weakness, tremor, paralysis, stroke, memory loss, or any disease of the brain or nervous system? | ☐ | ☒ |
| c. | Anxiety, depression, stress, or any psychological or emotional condition or disorder? | ☐ | ☒ |
| d. | Persistent shortness of breath, hoarseness, cough, coughing up blood, asthma, emphysema, tuberculosis, or any lung or respiratory disorder? | ☐ | ☒ |
| e. | Jaundice, hepatitis, intestinal bleeding, ulcer, hernia, colitis, diverticulitis, recurrent indigestion, or any disorder of the stomach, intestines, liver, gall bladder or pancreas? | ☐ | ☒ |
| f. | High blood pressure, chest pain, chest discomfort, chest tightness, irregular heart beat, heart murmur, heart attack or any disorder of the heart or blood vessels? | ☐ | ☒ |
| g. | Sugar, albumin, blood or pus in the urine, sexually transmitted or venereal disease, or any disorder of the kidney, bladder, prostate or reproductive organs? | ☐ | ☒ |
| h. | Diabetes, thyroid or any glandular (endocrine) disorder? | ☐ | ☒ |
| i. | Cancer, tumor, polyp, or disorder of the lymph gland(s) or breast(s)? | ☐ | ☒ |
| j. | Anemia, bleeding tendency, or any disorder of the blood? | ☐ | ☒ |
| k. | Arthritis, sciatica, gout, or any disorder of the muscles, bones, joints, spine, back or neck? | ☐ | ☒ |
| l. | Chronic or unexplained fatigue, fever, or illness? | ☐ | ☒ |
| m. | Any allergies? | ☐ | ☒ |
| n. | Any disorders of the skin? | ☐ | ☒ |
| o. | Deformity, lameness or amputation? | ☐ | ☒ |

34.

| | | YES | NO |
|---|---|---|---|
| a. | Have you sought or received counseling or treatment for the use of alcohol or drugs or had any symptoms of alcohol abuse or drug addiction? | ☐ | ☒ |
| b. | In the last 10 years, have you used marijuana, cocaine, heroin, amphetamines or hallucinogens? | ☐ | ☒ |
| c. | In the last 10 years have you used any tranquilizers, sedatives or narcotic drugs? | ☐ | ☒ |
| d. | In the last 10 years, have you used legally prescribed drugs in excess of dosages prescribed by a physician or medical practitioner? | ☐ | ☒ |

35. Are you pregnant? If yes, due date: N/A   YES ☐   NO ☐

80-4C (1194)                                                                                          80-0050-02

Each question must be individually asked and answered. Give details of "Yes" answers below: 1) Identify question number. 2) State signs, symptoms and diagnosis of each illness or injury. 3) List the details and results of any treatment. 4) List the name, full address and dates of each health care provider consulted.

| # | Question | YES | NO | Details |
|---|---|---|---|---|
| 36. | Other than as previously stated on this application, in the last five years have you: | | | 36.a. Orthopedist 1994 Chief resident of Westchester Co. Med Ctr. Sprained ankle - air cast |
| a. | Consulted any other health care providers (medical doctor, psychiatrist, psychologist, osteopath, chiropractor, counselor, therapist or other)? | X | | |
| b. | Been a patient in a hospital, clinic or medical facility? | | X | |
| c. | Had any diagnostic studies (EKG, x-ray, blood tests or any other)? | X | | 36.c. EKG - for insurance Metropolitan Hosp. East Harlem, NY 1993 |
| d. | Had surgery? | | X | |
| e. | Been advised to have any test, consultation, hospitalization, or surgery which was not completed? | | X | |
| 37.a. | During the last 6 months have you worked in your regular occupation less than your usual number of hours per week because of any sickness or injury? | | X | |
| b. | Have you ever requested or received payments, benefits, or a pension because of any injury, accident, sickness or disability? | | X | |
| 38.a. | Do you have a family history of diabetes, cancer, melanoma, heart or kidney disease, mental illness or suicide, or any hereditary disease? | | X | |

b. Family History

| | Age if Living | Medical History or Cause of Death | Age at Death |
|---|---|---|---|
| Father | 62 | | |
| Mother | 61 | | |
| Brothers or Sisters | 37 | | |

| # | Question | YES | NO | Details |
|---|---|---|---|---|
| 39. | Have you lost weight in the past 6 months? If yes, loss was ___ lbs. Reason for weight loss ___ | | X | |
| 40. | (Do not complete for Disability Insurance) If the insured is under age 1, what was the weight at birth? ___ lbs. ___ ozs. | | | |
| 41.a. | Have you been told that a test for the virus that causes AIDS, the HIV virus, has been positive, reactive, abnormal or indeterminate, or that you are infected with HIV? | | X | |
| b. | Have you been medically diagnosed as having HIV infection, AIDS related condition, or other disorder or condition of the immune system, or as requiring treatment of immune disease? | | X | 42. URI - no medication |

42. Who is your regular or personal physician, doctor or health care provider? ☐ None
Name: Dr. Nathan Conrad
Address: 30 Prospect St
City, State & Zip Code: Ridgefield, CT 06877
Date last seen: _/_/96  Phone number: (___) ___-____

I declare that my answers and statements are correctly recorded, complete and true to the best of my knowledge and belief. Statements in this application are representations and not warranties.

Signed in my presence _Abigail Stine MLT_  _[signature]_
                      PARAMEDICAL EXAMINER            Signature of INSURED (or Informant)

Date 3 / 20 / 97
     Month  Day  Year

90-4C (1194)

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

INSURED'S NAME: Arthur L W Davies

## AVIATION

**18**

| Types of Flying | Flight Hours Last 12 Months Pilot/Crew M | Passenger | Flight Hours 1 to 2 Years Ago Pilot/Crew M | Passenger | Flight Hours 2 to 3 Years Ago Pilot/Crew M | Passenger | Flight Hours Estimate Next 12 Months Pilot/Crew M | Passenger |
|---|---|---|---|---|---|---|---|---|
| Private or Recreational | | | | | | | | |
| Student in Training | 0 | | 0 | | 0 | | ? | |
| Company-Owned | | | | | | | | |
| Military | | | | | | | | |
| Non-Scheduled & Chartered | | | | | | | | |
| Scheduled Airlines | | | | | | | | |
| Other, Specify | | | | | | | | |

A. Has the Insured ever piloted an aircraft or held a pilot's license, medical certificate or student's permit? ............ Yes ✓ No
   If yes, complete 1 through 7.
   1. What type of license or certificate does the Insured have?
      ☐ Flight Instructor  ☐ ATR  ☐ Student  ☐ Private  ☐ Commercial  ☐ Recreational
   2. What ratings does the Insured have?
      ☐ Instrument Flight  ☐ Multi-engine/land  ☐ Multi-engine/sea  ☐ Other (specify)
   3. Enter class and date of latest FAA medical certificate: Class_____ Date_____
   4. Is any of the Insured's flying outside of the U.S.A.? ☐ Yes ☐ No  If yes, explain in Remarks.
   5. Has the Insured ever been in an aircraft accident or been grounded, fined or reprimanded? ☐ Yes ☐ No  If yes, explain in Remarks.
   6. Type of aircraft used: (Check and enter **total lifetime hours** flown for each one.)
      ☐ Single engine    _0_ Hrs.    ☐ Home built    _0_ Hrs.    ☐ Helicopter  _0_ Hrs.
      ☐ Ultralight       _0_ Hrs.    ☐ Multi-engine  _0_ Hrs.    ☐ Glider      _0_ Hrs.
      ☐ Balloon          _0_ Hrs.    ☐ Crop dusting  _0_ Hrs.    ☐ Other       _0_ Hrs.
                                     or aerial application
   7. Date of last flight as pilot or crew member: Civilian __Never__  Military __Never__
B. Currently, what percentage of the Insured's total flying time is done in a multi-engine aircraft? __N/A__%
C. If the Insured does crop dusting or other aerial application, is the aircraft specifically built (not converted) for aerial application? ................ Yes ✓ No
D. (Do not complete for Disability Insurance) If the Insured's aviation activity (past, present or future) does not permit the insurance policy to be issued as applied for and without restrictions the policy should be issued:
   Check one: ☐ At a higher premium    ☐ With an Aviation Exclusion Rider (Complete and submit proper rider)

## MILITARY

**19**
A. Has the Insured had active service in the Armed Forces or the U.S. Public Health Service? .................... Yes  No
B. Does the Insured have plans to enlist or volunteer for active duty in any branch of the Armed Forces? .... Yes  No
   If yes: State date_____  Branch of service_____  Length of service_____
C. Does the Insured have plans to fly as a pilot or crew member or paratrooper in a military capacity? ......... Yes  No
   If yes, complete Aviation Section.
D. Is the Insured now a member of the Armed Forces or the U.S Public Health Service? ........................... Yes  No
   If yes, check one and fill out questions 1 through 5.
   ☐ Regular Armed Forces  ☐ Active-Reserves  ☐ Coast Guard  ☐ National Guard
   ☐ U.S. Public Health Service  ☐ Other_____
   1. Branch of Service:_____  Rank or Grade:_____
   2. Military Occupational Specialty:_____
   3. Has the Insured been alerted, received orders for, or had any indication of an overseas assignment or active service? ..... Yes  No
      If yes, explain in Remarks.
   4. Does the Insured expect to volunteer for additional active duty after the Insured's present period ends? ............... Yes  No
   5. Expected date of separation: Month_____  Year_____

## REMARKS – AVIATION OR MILITARY

Arthur has never piloted a plane but would like to take lessons at some point. He has no definite plans for flying lessons. Whether or not they occur in the next 12 months is not known.

The Insured declares that the answers and statements are correctly recorded, complete and true to the best of the Insured's knowledge and belief. Statements in this application are representations and not warranties.

Date _9_/_15_/_97_

90-5 (0996)

## PERSONAL HEALTH AND STATUS DECLARATION
SUPPLEMENT TO APPLICATION
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
MILWAUKEE, WISCONSIN

For Home Office Use

INSURED: Arthur N. Davies (First / Middle Initial / Last)

POLICY NUMBER(S) (1) _____ (2) _____ (3) _____

This form is offered for the purpose of delivering or completing the pending application. (See "Conditions for Delivery of Policy" below) unless the following special use is indicated:

☐ Change of policy
(Complete and send with change request.)

☐ To add the _____ Benefit
(Complete one copy and submit with request.)

☒ To obtain an additional policy _____
(Policy Number as noted at HO)

☐ Other _____

based on statements and answers in the application.
(Complete copy and submit with app. 90-1 L.I. or 90-1 D.I.)

This form supplements the statements and answers in: (a) the application for the policy listed above; or (b) any application or 90-3 and 4 (or 90-4A & B, 90-4C & D) (DECLARATIONS AND MEDICAL EXAMINATION) completed by me in the last 180 days and sent to the Company. I DECLARE that I am in good health and that since making the statements and answers:

1. I have not been diagnosed or treated for any disorders, illnesses, diseases, accidents or operations;
2. I have not been admitted to or in a clinic, hospital, or medical facility for observation, diagnostic tests, an operation or treatment;
3. I have not been examined or treated by any physician, medical practitioner, psychiatrist/counselor, chiropractor or other healer (this includes my usual medical attendant).
4. I have not used illegal drugs or legally prescribed drugs except as stated in the original application;
5. I have not left nor do I plan to leave the United States of America for travel or residence;
6. I have had no change in employment/occupation nor have I begun to work in a second occupation;
7. I have not had a significant financial loss, bankruptcy, or decline in income;
8. I have not made, nor do I plan to make, any aerial flights other than as a fare-paying passenger of a scheduled airline;
9. I have not become a member of, nor do I plan to join, any branch of the Armed Forces or reserve military unit;
10. I have not participated in, nor do I plan to participate in, racing (automobile, motorcycle, snowmobile, boat or go-kart), underwater or sky diving, mountain climbing, rodeos, hang gliding, or any other hazardous avocation;
11. I have not been in a motor vehicle accident, charged with a moving violation of any motor vehicle law or had my license restricted or revoked;
12. I have not applied for life, disability or accidental death insurance nor has any life or disability insurance application on my life been declined, rated, modified, cancelled or not renewed;
13. I have not made a claim to any insurance company for benefits due to sickness or injury.

**If there are any exceptions to the above explain in full.**
If it relates to (2) or (3) above, list all names and addresses and related dates covering each occasion.

_____

I declare that the answers and statements contained in this supplement are correctly recorded, complete and true to the best of my knowledge and belief. Statements in this application are representations and not warranties.

Signed at New Haven, CT (CITY, STATE)    Date 9/12/97 (MONTH DAY YEAR)    Signature _____ (INSURED OR INFORMANT)

### PERSONAL HEALTH AND STATUS DECLARATION
Conditions for Delivery of Policy

Prior to delivery the agent should insert in each policy a completed copy of this form with this section detached. On another identical copy complete the statement below attesting to the fact that this insertion has been made.

1. If no exceptions are entered in the space provided, delivery of the policy may be made. The completed copy of this form, so attested, is to be sent to the **New Business Department** at the Home Office.
2. If any exception is noted, the policy is not to be delivered or the premium collected until the attested copy of this form has been sent to the Home Office and delivery of the policy has been authorized.

I attest that a true copy of this declaration has been attached to the policy.

Date _____     Signature of Agent _____

PERSONAL HEALTH AND STATUS DECLARATION

# Northwestern Mutual

**DISABILITY INCOME DEPARTMENT**
**DISABILITY BENEFITS DIVISION**
**STATEMENT OF DISABILITY BENEFITS**

November 21, 2003

98006L211210007122000455
ARTHUR W DAVIES
PO BOX 270577
LOUISVILLE CO  80027

Insured: ARTHUR W DAVIES
Claim Number: 0000099506

## Summary of Disability Benefits

| Policy Number | Payment Period | Disability Benefits |
|---|---|---|
| D1229686 | 10/24/2003 to 11/24/2003 | $ 5,000.00 |
| D1260023 | 10/24/2003 to 11/24/2003 | 3,751.00 |
| | Amount Payable | $ 8,751.00 |

## Important Information

The benefit payment has been transfered to your financial institution for deposit.

## Detail of Disability Benefits

| D1229686 - DIS INC | |
|---|---|
| Payments From: 10/24/2003 | To: 11/24/2003 |
| Basic Benefit | $ 5,000.00 |
| Amount Payable | $ 5,000.00 |

| D1260023 - DIS INC | |
|---|---|
| Payments From: 10/24/2003 | To: 11/24/2003 |
| Basic Benefit | $ 3,751.00 |
| Amount Payable | $ 3,751.00 |

*If you have any questions regarding this statement, please contact Susan Digaudio at (414) 665-4406.*

The Northwestern Mutual Life Insurance Company · 720 East Wisconsin Avenue, Milwaukee, WI 53202-4797 · 414.271.1444 · www.northwesternmutual.com

*1121000712K0000Z*