## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:03CV341 (CFD) |
| | : | |
| PAWAN JINDAL, | : | |
| Defendant. | : | |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_X\_\_  A ruling on the following motion which is currently pending: **[#55] Motion to Compel** (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this 18th day of January 2005 at Hartford, Connecticut.

                                                           /s/ CFD
                                                         Christopher F. Droney
                                                         United States District Judge