UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES | : | CIVIL ACTION NO.: |
| | : | 303 CV 0341 (CFD) |
| V. | : | |
| PAWAN K. JINDAL & SURINDER JINDAL | : | JULY 6, 2004 |

**NOTICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

    1.   Please identify every neuropsychologist, psychologist, counselor, psychiatrist, master of social work or similar professional who has ever examined, counseled or treated the plaintiff and the date of each treatment, counseling session or examination.

**ANSWER:**

    2.   Please provide the plaintiff's complete educational history, including the names and addresses of all schools attended and the dates of attendance.

**ANSWER:**

3. Please identify by dates, educational establishment and subject matter any remedial education or special education classes or developmental programs attended by the plaintiff while in school.

**ANSWER**:

4. Other than tests which have been conducted by experts who have been retained in anticipation of litigation, for every test of intelligence, behavior, or cognitive development that has been conducted on the plaintiff including but not limited to visual/motor performance, auditory/memory performance, speech/language ability, intelligent quotient, standardized scholastic achievement, assessment or aptitude tests, please identify the person who conducted the test, the test itself and the results of the test.

**ANSWER**:

5.   If the plaintiff or anyone on his/her behalf has ever made any claim for or received any health or accident insurance benefits, private disability plan benefits, social security benefits or state or federal benefits for any disability or medical condition resulting from the accident, please identify the company or agency, all documents relating to the claim or receipt of benefits and the amounts of any benefits received.

**ANSWER**:

6.   List each and every item of damage or expense which is claimed to have been incurred as a result of the occurrence alleged in the Complaint, including the amount of each item and the name and address of each person or entity to whom each item has been paid or is payable.

**ANSWER**:

7.   Describe in detail all out-of-pocket expenses claimed to have been suffered as a result of the incident alleged in the Complaint including, but not limited to,

hospital charges, and medical charges and expenditures for medicines, identifying the person to whom paid, the date of payment and the amount paid.

**ANSWER:**




8.   Please identify all doctors and medical establishments who examined the plaintiff in a 10 year period prior to the accident referenced in the complaint and the dates of such examinations.

ANSWER:




9.   Please identify all employers of the plaintiff, whether the plaintiff was employed as an employee or as an independent contractor, for the 10 year period prior to the accident referenced in the Complaint and the dates of such employment.

Answer:

**DEFENDANT'S REQUEST FOR PRODUCTION**

    1.   Produce copies of or execute authorizations to obtain all medical records, hospital records, diagnostic films or other test results, reports of all doctors and health care providers, or reports or other documents reflecting the examination, testing, diagnosis or treatment of the plaintiff, for any medical examinations, treatment for injuries, illnesses, accidents or operations for the last 10 years to the present

**ANSWER:**

    2.   Produce copies of or execute authorizations to obtain all tests administered to or taken by the plaintiff from birth to the present involving intellectual, educational, behavioral, psychological neuropsychological, fine and gross motor developmental skills, intelligence, behavior or cognitive development, including but not limited to the results, evaluations, conclusions, opinions, reports, and recommendations made as a result of any such tests.

**ANSWER:**

    3.   Produce copies of or execute authorizations to obtain all documents comprising or reflecting any psychological, neuropsychological or psychiatric testing, counseling, examination or treatment received by the plaintiff for any condition claimed in the Complaint to be in issue in this case.

**ANSWER**:

    4.   Produce copies of or execute authorizations to obtain all records of the plaintiff from any school, special education program, or other educational facility, including but not limited to report cards, reports, test results, standardized test results, achievement scores, evaluations, and teacher progress notes.

**ANSWER**:

    5.    All documents comprising or reflecting any claim or receipt of benefits referred to in response to Interrogatory No. 5.

**ANSWER**:

    6.    Produce copies of or execute authorizations to obtain all documents reflecting any out-of-pocket expenses the plaintiff or anyone on his or her behalf claim to have suffered as a result of the accident referenced in the Complaint.

**ANSWER**:

    7.    Produce copies of or execute authorizations to obtain all documents including but not limited to medical bills which refer or relate to any expenses incurred by the plaintiff as a result of the accident referenced in the Complaint.

**ANSWER**:

     8.   All correspondence, notes or diaries created by the plaintiff which refer or relate to the allegations of the Complaint, other than correspondence to your attorney.

**ANSWER**:

**AUTHORIZATION FOR RELEASE OF SCHOOL RECORDS**

TO:                                                          DATE:


RE:  _____
    D/O/B:     _____
    SSN:       _____


    This is to authorize you to disclose and provide copies of all educational records in your possession concerning <u>Arthur W. Davies (dob 01/19/1958)</u>, including but not limited to report cards, reports, test results, standardized test results, achievement scores, evaluations and teacher progress notes to: Jack G. Steigelfest, Esq., Howard, Kohn, Sprague & FitzGerald, Post Office Box 261798, Hartford, CT 06126-1798, or their authorized representatives.


**A PHOTOCOPY OF THIS AUTHORIZATION SHALL
BE AS VALID AS THE ORIGINAL**


                                                      _____

|  | THE DEFENDANT<br>SURINDER JINDAL |
|---|---|
|  | BY_____<br>Jack G. Steigelfest, Esq.<br>Howard, Kohn, Sprague & FitzGerald<br>Post Office Box 261798<br>Hartford, Connecticut  06126-1798<br>(860) 525-3101    Juris No. 28160 |

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 6th day of July, 2004, to:

Robert J. Guendelsberger, Esq.
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Edward W. Case
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

                                        _____
                                        Jack G. Steigelfest
                                        Commissioner of the Superior Court