UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVIES, ARTHUR                          :
     Plaintiff                      :
                                 :
V.                                      :          NO. 303 CV 0341 CFD
                                 :
JINDAL, PAWAN K. and AMERICAN           :
MANUFACTURERS MUTUAL                    :
INSURANCE COMPANY                       :          July 7, 2004
     Defendants                    :

REQUEST FOR EXTENSION OF TIME IN WHICH

TO ANSWER INTERROGATORIES

The plaintiff in the above-entitled matter respectfully requests the Court grant an extension

of time until September 6, 2004, in which to answer Defendant Surinder Jindal's Interrogatories

and Requests for Production dated July 6, 2004 to allow the plaintiff and counsel more time to

fully prepare the responses to same and to get the necessary documentation requested in

production.

WHEREFORE, the plaintiff requests the Court grant an extension of time until September 6,

2004.

THE PLAINTIFF
ARTHUR W. DAVIES


By /s/
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534


ORDER

The foregoing Motion having been heard, is hereby GRANTED/DENIED.

BY THE COURT


_____
Judge/Clerk

-2-

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on July 7, 2004.

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT   06126

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By /s/
    Robert J. Guendelsberger, for
    Guendelsberger & Taylor
    28 Park Lane
    New Milford, CT 06776
    (860) 354-4444
    Federal Bar No. CT06534

-3-