# AUTHORIZATION FOR RELEASE OF INFORMATION

**Section A: Must be completed for all authorizations**
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__      Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
         __Lafayette, CO  80026__

Persons/organization providing the information:
__Crouse Neurosurgical Associates__
__725 Irving Avenue, Suite 501__
__Syracuse, NY  13210__

Persons/organizations receiving the information:
__Howard, Kohn, Sprague & Fitzgerald__
__PO Box 261798__
__Hartford, CT  06126__

Specific description of information (including date(s)): __a copy of the medical records and bill for treatment rendered on 1/24/02__

What is the purpose of the use or disclosure?: __legal proceedings__

(**Note:** "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

**Section B: Must be completed for all authorizations**
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8/2/05__ (DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

_____[signature]_____            __8-3-04__
Signature of patient or patient's representative            Date
*(pertinent sections of the Form MUST be completed before signing.)*

Printed name of patient's representative: _____
Relationship to the patient: _____

# AUTHORIZATION FOR RELEASE OF INFORMATION

<u>Section A: Must be completed for all authorizations</u>
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: Arthur Davies         Date of Birth: 1/19/58
Address: 1407 Orchard Court
         Lafayette, CO  80026

Persons/organization providing the information:   Persons/organizations receiving the information:
Doctor in the House                               Howard, Kohn, Sprague & Fitzgerald
842 W. South Boulder Road, Suite 100              PO Box 261798
Louisville, CO  80027                             Hartford, CT  06126

Specific description of information (including date(s)): a copy of the bills and records for treatment rendered from 2/26/03 through 5/26/04

What is the purpose of the use or disclosure?: legal proceedings

(**Note:** "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

<u>Section B: Must be completed for all authorizations</u>
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: AD

I understand that this authorization will expire on the following date 8/2/05 (DD/MM/YR) or with the following event: upon settlement of his case

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: AD

_____          8-3-04
Signature of patient or patient's representative          Date
*(pertinent sections of the Form MUST be completed before signing.)*

Printed name of patient's representative: _____
Relationship to the patient: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION

Section A: Must be completed for all authorizations
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__     Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
__Lafayette, CO  80026__

Persons/organization providing the information:
__John Ehrenreich, Ph.D.__
__19 Holiday Point Road__
__Sherman, CT 06784__

Persons/organizations receiving the information:
__Howard, Kohn, Sprague & Fitzgerald__
__PO Box 261798__
__Hartford, CT  06126__

Specific description of information (including date(s)): __a copy of the bill and medical records for treatment rendered 2/26/03__

What is the purpose of the use or disclosure?: __legal proceedings__

(**Note:** "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

Section B: Must be completed for all authorizations
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8/02/05__ (DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

_____     __8-3-04__
Signature of patient or patient's representative              Date
*(pertinent sections of the Form MUST be completed before signing.)*

Printed name of patient's representative: _____
Relationship to the patient: _____

*HEALTHSOUTH SURGERY CENTER OF DANBURY*

**AUTHORIZATION RELEASE OF HEALTH RECORDS
IN CONNECTICUT**

Patient name: __Dr. Arthur Davies__

I understand that this authorization is voluntary. I understand that if the organization authorized to receive the information is not a health plan or healthcare provider, the released information may no longer be protected by federal privacy regulations.

I hereby authorize HealthSouth Surgery Center of Danbury to release my medical and mental health records including a copy of my complete and entire mental and physical health record, all records for my care and treatment, including psychiatric and drug information, and information regarding HIV/AIDs status, treatments or testing, pathology reports, x-ray reports, and all consent forms, and a copy of the bill for services rendered.

If any of the information to be released constitutes a psychiatric communication or a communication with a psychologist, this release will serve as my written release of that information. I understand that I may refuse to grant the consent for this release of psychiatric/psychological information, and such refusal will in no way jeopardize my right to continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I understand that there are special requirements for my consent to release as found in Part 2 of Title 42 of the C.F.R., which prohibits further release of that information without my consent, as referenced in the federal regulations, or as otherwise permitted by law.

**TO THE RECIPIENT OF THESE MATERIALS:**

In the event that any of the disclosed information includes HIV/AIDs information, this is protected under state law as follows:

> "This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is **NOT** sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

PSYCHIATRIC COMMUNICATIONS: If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under Chapter 899 of the Connecticut general statues. This material shall not be transmitted to anyone without written consent or authorization as provided in the aforementioned statues." A copy of the consent form setting forth any limitations shall accompany the disclosure.

*(Page 1 of 1)*

Continued-                                    (Page 2 of 2)
HealthSouth Surgery Center of Danbury
Authorization for Release of Health Records

**DRUG & ALCOHOL TREATMENT:** No person, hospital, treatment facility or department of health may disclose or permit the disclosure of the identity, diagnosis, prognosis or treatment of any patient in a treatment for drug and/or alcohol abuse that would be in violation of federal or state law. In the event that the records contain information regarding drug and/or alcohol abuse treatment, please note the following legal requirements and prohibitions:

> "This information disclosed to you is protected by state and federal law, specifically as outlined in 42 C.F.R. Part 2. Federal law prohibits you from making further disclosure of this information unless the written consent of the person about whom the information pertains is obtained. A general authorization for the release of medical or other information is **NOT** sufficient for this purpose. Federal law also restricts any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient."

See Connecticut General Statute section 17a-688.

**FOR THE PURPOSE OF:** This section must be completed for all authorizations
Specific description of information requested:
Date(s) of Service __11/14/01 & 1/23/02__ ; Operative Note __x__ ; Bill __x__

complete medical record_____ ; Other_____

( ) Disability Determination            ( ) Insurance Claim
( ) Continued care by another physician/ healthcare facility  (x) Other (state reason) __legal proceedings__

(Name/Address) **Send To:**  Howard, Kohn, Sprague & Fitzgerald
                             PO Box 261798
                             Hartford, CT  06126

---

The patient or the patient's representative must read and initial the following statements:

1. I understand that this authorization will expire (in 6 months) on __8__ / __2__ / __05__. Initials: __AD__
2. I understand that I may revoke this authorization at any time by notifying the providing organization in writing, but if I do, it will not have any affect on any actions taken before receiving the revocation. Initials __AD__

_____          __8-4-04__
Signature of Patient or patient's authorized representative,     Date
Parent or guardian [if minor]
(*Form MUST be completed before signing*)
**Relationship to patient:** _____

Printed name of patient's representative_____

_____          _____
Witness Signature                         Date
                  *73 Sandpit Road, Suite 101*
                  *Danbury, CT  06810-4041*
                  *203-743-2400 X 201*
                  *fax 203-792-3964*                    rev. 6/20/03



# Connecticut Pain Care, P.C.
*Dedicated to the Relief of Pain and Suffering.*

David S. Kloth, M.D.
*Medical Director*

David C. Levi, M.D.
Robert J. Boolbol, M.D.

## AUTHORIZATION FOR RELEASE OF PHYSICIAN'S RECORDS

NAME: Howard, Kohn, Sprague & Fitzgerald

ADDRESS: PO Box 261798

Hartford, CT  06126

PHONE: (    )

FAX (if available): (    )

I HEREBY REQUEST AND AUTHORIZE CONNECTICUT PAIN CARE, P.C., TO RELEASE THE COMPLETE MEDICAL RECORDS IN THEIR POSSESSION CONCERNING MY OVERALL HEALTH CARE, ILLNESSES AND TREATMENTS ADMINISTERED FOR MY CARE TO THE ABOVE-NAMED PERSON/PRACTICE.

PRINTED NAME: Arthur Davies, MD

SIGNED: *[signature]*          DATE: 8-4-04

ADDRESS: 1407 Orchard Court, Lafayette, CO  80026

Expires 8-2-05

IN THE EVENT PATIENT IS UNABLE TO SIGN, THE SIGNATURE OF THE PATIENT'S POWER OF ATTORNEY IS GIVEN BELOW:

PRINTED NAME: _____

SIGNED: _____  DATE: _____

ADDRESS: _____

WITNESS: _____  DATE: _____

109 Newtown Road • Danbury, CT 06810 • 203-792-PAIN (7246)
1389 West Main Street, #123, Tower 2 • Waterbury, CT 06708 • 203-596-7302
4920 Main Street, #308 • Bridgeport, CT 06606 • 203-372-7197
148 East Avenue, #3D • Norwalk, CT 06851 • 800-361-4383
81 Gillett Street • Hartford, CT 06105 • 860-247-0033
131 Kent Road, Bldg A #201 • New Milford, CT 06776 • 860-355-0338
1-800-361-4383  Fax: 203-792-9636

## AUTHORIZATION FOR RELEASE OF INFORMATION

Section A: Must be completed for all authorizations

I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to ~~redisclosure~~ by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__   Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
         __Lafayette, CO  80026__

Persons/organization providing the information:
__Associated Neurologists__
__69 Sand Pit Road, Suite 300__
__Danbury, CT 06810__

Persons/organizations receiving the information:
__Howard, Kohn, Sprague & Fitzgerald__
__PO Box 261798__
__Hartford, CT 06126__

Specific description of information (including date(s)): __a copy of the bills and records for treatment rendered from 8/28/01 through 11/13/01__

What is the purpose of the use or disclosure?: __legal proceedings__

(Note: "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

Section B: Must be completed for all authorizations
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: 1. Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. 2. Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8/2/05__ (DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

_____     __8-4-04__
Signature of patient or patient's representative     Date
(pertinent sections of the Form MUST be completed before signing.)

Printed name of patient's representative: _____
Relationship to the patient: _____

# AUTHORIZATION FOR RELEASE OF INFORMATION

### Section A: Must be completed for all authorizations
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to ~~redisclosure~~ by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__    Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
__Lafayette, CO  80026__

Persons/organization providing the information:    Persons/organizations receiving the information:
__Carlson Physical Therapy__    __Howard, Kohn, Sprague & Fitzgerald__
__470 W. Main Street__    __PO Box 261798__
__Cheshire, CT  06410__    __Hartford, CT  06126__

Specific description of information (including date(s)): __a copy of the bills for physical therapy rendered from 5/25/01 through 6/12/01__

What is the purpose of the use or disclosure?: __legal proceedings__

(**Note:** "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

### Section B: Must be completed for all authorizations
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8/2/05__(DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

_____    __8-4-04__
Signature of patient or patient's representative    Date
(*pertinent sections of the Form MUST be completed before signing.*)

Printed name of patient's representative: _____
Relationship to the patient: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION

Section A: Must be completed for all authorizations
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to ~~redisclosure~~ by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__           Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
         __Lafayette, CO   80026__

Persons/organization providing the information:      Persons/organizations receiving the information:
__Carlson Therapy Network__                          __Howard, Kohn, Sprague & Fitzgerald__
__10B Elizabeth Street__                             __PO Box 261798__
__Bethel, CT   06801__                               __Hartford, CT   06126__

Specific description of information (including date(s)): __a copy of the physical therapy__
__records from 5/25/01 through 6/12/01__

What is the purpose of the use or disclosure?: __legal proceedings__

(Note: "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

Section B: Must be completed for all authorizations
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8 /2 /05__ (DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

__[signature]__                                     __8-4-04__
Signature of patient or patient's representative     Date
*(pertinent sections of the Form MUST be completed before signing.)*

Printed name of patient's representative: _____
Relationship to the patient: _____

## AUTHORIZATION FOR RELEASE OF INFORMATION

Section A: Must be completed for all authorizations
I hereby authorize the use or disclosure of my health information as described below. I understand the information disclosed pursuant to this authorization may be subject to ~~redisclosure~~ by the recipient and no longer protected by federal privacy regulations. I agree a copy of this authorization will be as valid as the original.

Patient name: __Arthur Davies__   Date of Birth: __1/19/58__
Address: __1407 Orchard Court__
__Lafayette, CO  80026__

Persons/organization providing the information:   Persons/organizations receiving the information:
__Danbury Diagnostic Imaging__                    __Howard, Kohn, Sprague & Fitzgerald__
__20 Germantown Road__                            __PO Box 261798__
__Danbury, CT  06810__                            __Hartford, CT  06126__

Specific description of information (including date(s)): __a copy of the bills and radiology reports for treatment rendered from 5/9/01 through 2/19/02__

What is the purpose of the use or disclosure?: __legal proceedings__

(Note: "at the request of the individual" is a sufficient description of the purpose when the patient initiates the authorization and elects not to provide a statement of the purpose.)

Section B: Must be completed for all authorizations
I understand that I have the right to refuse to sign this form and that my refusal will not result in the physician conditioning the provision of Healthcare with two exceptions: **1.** Refusal to sign this authorization, if it is for disclosure of information created for research that includes treatment, may result in the physician declining to provide the research-related treatment. **2.** Refusal to sign this authorization, if it is for disclosure of information created for the sole purpose of disclosure to a third party, may result in the doctor declining to provide the healthcare which is for the sole purpose of creating protected health information for disclosure to a third party,
Pt. Initials: __AD__

I understand that this authorization will expire on the following date __8/ 2/05__ (DD/MM/YR) or with the following event: __upon settlement of his case__

I understand that I may revoke this authorization at any time by notifying the healthcare provider in writing. The revocation will only be effective for the date it is received in this office and will not apply retroactively.
Pt initials: __AD__

__[signature]__                                  __8-4-04__
Signature of patient or patient's representative   Date
*(pertinent sections of the Form MUST be completed before signing.)*

Printed name of patient's representative: _____
Relationship to the patient: _____