

**Kemper.**
Insurance Companies

February 21, 2003

Guendelsberger & Taylor
Attn: Barbara Babiyan
         Legal Assistant
28 Park Lane
New Milford, CT  06776

| | |
|---|---|
| **Our Claim Number:** | **331 AE 255106 N 331** |
| **Our Insured:** | **Arthur Davies** |
| **Date of Loss:** | **04/20/01** |

Dear Ms. Babiyan:

Per your request, enclosed please find a printout of all medical payments made on behalf of Mr. Davies to date. I apologize for the delay in getting this information to you.

As you are aware, Mr. Davies basic no fault coverage has been exhausted. However, Mr. Davies still has medical payments benefits available to him. Please advise me as to the status of his treatment.

Also, please advise me whether Mr. Davies has applied and been accepted for social security disability benefits. If Mr. Davies has not applied for social security disability, please have him do so at this time.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,
Kemper Insurance Companies

Denise L. Winant
Claim Department

Case 3:03-cv-00341-CFD   Document 63-11   Filed 03/30/2005   Page 2 of 10

```
DLW                                                                              02/21/03
                          FOCUS
               PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION                   MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W               D.O.L. 04/20/01
CLAIMANT #  1      CLAIMANT NAME DAVIES*ARTHUR*W
*--------------------- PAYEE/PAYMENT FOR INFORMATION ---------------------*
         PAYMENT TYPE L      COVERAGE CODE 60      PAYMENT ALLOCATION 02

                ISSUE                                     PAYMENT    PAYMENT
  CHECK #        DATE        PAYEE/PAYMENT FOR            AMOUNT     STATUS
521   446663  04/30/02  CT FAMILY ORTHPEDICS                 92.00  ACTIVE
                        PT# 010000460901
                        TREATMENT DATES 03/18/02-03/18/02
521   406071  04/15/02  BOULDER COMM HOSPITAL              248.00  ACTIVE
                        PT# L 0179419151

521   319713  03/12/02  CONNECTICUT FAMILY ORTHOPEDIC      138.00  ACTIVE

                        TREATMENT DATES 01/22/02-01/22/02
521   319714  03/12/02  CONNECTICUT FAMILY ORTHOPEDICS      92.00  ACTIVE
                        010000460901
                        TREATMENT DATES 11/27/01-11/27/01

                                                      NEXT FUNCTION  ___
```

**FOCUS**
**PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION** · · · · · · · · · · MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W · · · · · · · · · · · · D.O.L. 04/20/01
CLAIMANT # 1 · · · · · CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
· · · · · · · PAYMENT TYPE L · · · · COVERAGE CODE 60 · · · · PAYMENT ALLOCATION 02

| CHECK # | ISSUE DATE | PAYEE/PAYMENT FOR | PAYMENT AMOUNT | PAYMENT STATUS |
|---------|-----------|-------------------|----------------|----------------|
| 023   830472 | 09/05/01 | CONNECTICUT FAMILY ORTHOPEDIC NO FAULT - PT.#01-0000460901 TREATMENT DATES 06/13/01-06/13/01 | 13.00 | ACTIVE ✓ |

FOC00011A ALL ITEMS HAVE BEEN DISPLAYED

NEXT FUNCTION __

Case 3:03-cv-00341-CFD    Document 63-11    Filed 03/30/2005    Page 4 of 10

```
DLW                              FOCUS                              02/21/03
        PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION              MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W          D.O.L. 04/20/01
CLAIMANT #  1      CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
        PAYMENT TYPE L       COVERAGE CODE 60      PAYMENT ALLOCATION 02

                 ISSUE                                     PAYMENT   PAYMENT
  CHECK #        DATE        PAYEE/PAYMENT FOR             AMOUNT    STATUS
521  299950  03/05/02  HEALTHSOUTH SURGERY CENTER OF          735.00  ACTIVE
                       NO FAULT - BASIC
                       TREATMENT DATES 01/23/02 - 01/23/02
521  247590  02/13/02  CONNECTICUT PAIN CARE  PC             700.00  ACTIVE
                       NO FAULT - BASIC
                       TREATMENT DATES 12/06/01 - 12/06/01
521  241382  02/11/02  SURGICAL GRAPHICS PC                  308.50  ACTIVE
                       NO FAULT - PT #40037557-1/NF
                       TREATMENT DATES 01/23/02-01/23/02
521  193456  01/23/02  ASSOCIATED NEUROLOGISTS               430.00  ACTIVE
                       213220
                       TREATMENT DATES 08/28/01-08/28/01

                                              NEXT FUNCTION __
```

**PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION**                    MPHF01

CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                D.O.L. 04/20/01
CLAIMANT # 1        CLAIMANT NAME DAVIES*ARTHUR*W
*------------------------ PAYEE/PAYMENT FOR INFORMATION ----------------------*
          PAYMENT TYPE L        COVERAGE CODE 60        PAYMENT ALLOCATION 02


                   ISSUE                                      PAYMENT    PAYMENT
  CHECK #          DATE        PAYEE/PAYMENT FOR              AMOUNT     STATUS
521    76198 12/07/01 ASSOCIATED NEUROLOGISTS                  375.00 ACTIVE
                      NO FAULT - PT #213220
                      TREATMENT DATES 11/13/01-11/13/01
521    76317 12/07/01 HEALTHSOUTH SURGERY CENTER OF            735.00 ACTIVE
                      NO FAULT - PT #75377
                      TREATMENT DATES 11/14/01-11/14/01
521    76523 12/07/01 SURGICAL GRAPHICS  PC                    308.50 ACTIVE
                      NO FAULT - BASIC
                      TREATMENT DATES 11/14/01 - 11/14/01
521    72438 12/06/01 ASSOCIATED NEUROLOGISTS                 1830.00 ACTIVE
                      NO FAULT - PT #213220
                      TREATMENT DATES 11/13/01-11/13/01

                                                     NEXT FUNCTION __

DLW                                                                                    02/21/03
FOCUS
**PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION**                           MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                  D.O.L. 04/20/01
CLAIMANT # 1      CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
        PAYMENT TYPE L       COVERAGE CODE 60       PAYMENT ALLOCATION 02

|          |        | ISSUE    |                                 | PAYMENT | PAYMENT |
| CHECK #  |        | DATE     | PAYEE/PAYMENT FOR               | AMOUNT  | STATUS  |
|----------|--------|----------|---------------------------------|---------|---------|
| 521      | 5166   | 11/09/01 | CONNECTICUT FAMILY ORTHOPEDIC   | 493.00  | ACTIVE  |
|          |        |          | ACCT# 01-0000460901             |         |         |
|          |        |          | TREATMENT DATES 08/15/01-10/17/01 |       |         |
| 023      | 917223 | 10/08/01 | DANBURY DIAGNOSTIC IMAGING      | 3557.12 | ACTIVE  |
|          |        |          | NO FAULT - PT #62701            |         |         |
|          |        |          | TREATMENT DATES 08/30/01-08/30/01 |       |         |
| 023      | 841092 | 09/10/01 | DANBURY DIAGNOSTIC IMAGING      | 3197.58 | ACTIVE  |
|          |        |          | PT# 62701                       |         |         |
|          |        |          | TREATMENT DATES 05/09/01-05/09/01 |       |         |
| 023      | 830471 | 09/05/01 | CONNECTICUT FAMILY ORTHOPEDIC   | 582.00  | ACTIVE  |
|          |        |          | NO FAULT - PT.#01-0000460901    |         |         |
|          |        |          | TREATMENT DATES 05/08/01-05/08/01 |       |         |

                                              NEXT FUNCTION __

**PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION**                      MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                    D.O.L. 04/20/01
CLAIMANT # 1        CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
            PAYMENT TYPE L    COVERAGE CODE 60    PAYMENT ALLOCATION 02

|  | ISSUE | | PAYMENT | PAYMENT |
| CHECK # | DATE | PAYEE/PAYMENT FOR | AMOUNT | STATUS |
| 521 307243 | 03/07/02 | DANBURY DIAGNOSTIC IMAGING | 1484.05 | ACTIVE |
|  |  | ACCT# 62701 |  |  |
|  |  | TREATMENT DATES 02/19/02-02/19/02 |  |  |
| 521 303422 | 03/06/02 | CONNECTICUT FAMILY ORTHO | 230.00 | ACTIVE |
|  |  | NO FAULT - BASIC |  |  |
|  |  | TREATMENT DATES 11/27/01 - 01/22/02 |  |  |
| 521 303556 | 03/06/02 | NEURO MEDICAL SRVC FUND LLP | 185.16 | ACTIVE |
|  |  | NO FAULT - BASIC |  |  |
|  |  | TREATMENT DATES 01/24/02 - 01/24/02 |  |  |
| 521 305258 | 03/06/02 | CONNECTICUT PAIN CARE, PC | 1150.00 | ACTIVE |
|  |  | PT# 8791 020200WN |  |  |
|  |  | TREATMENT DATES 11/14/01-01/23/02 |  |  |

                                        NEXT FUNCTION __

```
DLW                              FOCUS                                      02/21/03
            PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION              MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W          D.O.L. 04/20/01
CLAIMANT #  1      CLAIMANT NAME DAVIES*ARTHUR*W
*----------------------- PAYEE/PAYMENT FOR INFORMATION -----------------------*
         PAYMENT TYPE L      COVERAGE CODE 60      PAYMENT ALLOCATION 03

                 ISSUE                               PAYMENT    PAYMENT
  CHECK #        DATE       PAYEE/PAYMENT FOR         AMOUNT     STATUS
521     1110  11/08/01  ARTHUR W DAVIES               2000.00   ACTIVE
                        WAGES: 10/5-11/3/01 $2000 MAXIMUM

023   921932  10/09/01  ARTHUR W DAVIES               2000.00   ACTIVE
                        WAGES 9/5-10/4/01- $2000 MAX

023   834156  09/06/01  ARTHUR W DAVIES               2000.00   ACTIVE
                        WAGES 8/6-9/4/01- MAX OF $2000 PER POLICY

023   753340  08/07/01  ARTHUR W DAVIES               6000.00   ACTIVE
                        WAGES 5/9-8/5/01-MAX OF $2000/MONTH

                                               NEXT FUNCTION __

FOC00011A ALL ITEMS HAVE BEEN DISPLAYED
```

```
DLW                                    FOCUS                             02/21/03
             PAYMENT HISTORY - PAYEE/PAYMENT FOR INFORMATION              MPHF01
CLAIM# 331 AE 255106 N 331 NAME DAVIES*ARTHUR*W                  D.O.L. 04/20/01
CLAIMANT #  1      CLAIMANT NAME DAVIES*ARTHUR*W
*---------------------- PAYEE/PAYMENT FOR INFORMATION ----------------------*
        PAYMENT TYPE L        COVERAGE CODE 60        PAYMENT ALLOCATION 03

                   ISSUE                                 PAYMENT    PAYMENT
  CHECK #          DATE       PAYEE/PAYMENT FOR           AMOUNT     STATUS
521   298612 03/04/02 ARTHUR W DAVIES                     2000.00   ACTIVE
                   WAGES: 2/3-3/4/02, MAXIMUM POLICY LIMIT

521   219110 02/01/02 ARTHUR W DAVIES                     2000.00   ACTIVE
                   WAGES: 1/3/02-2/1/02- MAX POLICY LIMIT

521   143785 01/04/02 ARTHUR W DAVIES                     2000.00   ACTIVE
                   WAGES-12/4-1/2/02- MAXIMUM OF POLICY LIMIT

521    80568 12/10/01 ARTHUR W DAVIES                     2000.00   ACTIVE
                   WAGES, 11/4-12/3/01-MAXIMUM POLICY LIMIT

                                                    NEXT FUNCTION __
```

SEP-03-2004 07:06 AM UNCLE                    3039260181                    P.03

Case 3:03-cv-00341-CFD    Document 63-11    Filed 03/30/2005    Page 10 of 10
09/02/2004 14:32    7203042081    EBELING1E SELECTION    PAGE 02

# NEW YORK MOTOR VEHICLE NO-FAULT INSURANCE LAW
## DENIAL OF CLAIM FORM

**TO INSURER:** Complete this form, including Item 33. Send 2 copies to applicant. Upon the request of the injured person, the insurer should send to the injured person a copy of all prescribed claim forms and documents submitted by or on behalf of the injured person.

NAME AND ADDRESS AND NAIC NUMBER OF INSURER OR NAME AND ADDRESS OF SELF-INSURER:

American Manufacturers Mutual Insurance Company 30362
**PO BOX 4780**
**SYRACUSE, NY 13221-4780**

FOR AMERICAN ARBITRATION ASSOCIATION USE

| A. POLICYHOLDER | B. POLICY NUMBER | C. DATE OF ACCIDENT | D. INJURED PERSON (Name and address) |
|---|---|---|---|
| Arthur W Davies | CV820918 | 4/20/2001 | Arthur W Davies 117 W. Lincoln Avenue Liverpool NY 13088 |

| E. CLAIM NUMBER | F. APPLICANT FOR BENEFITS (NAME AND ADDRESS) | G. AS ASSIGNEE |
|---|---|---|
| 331 AB 253106 | Doctor In The House 942 W. South Boulder Road Louisville CO 80027 | Yes ☒  No ☐ |

**TO APPLICANT: SEE REVERSE SIDE IF YOU WISH TO CONTEST THIS DENIAL**

YOU ARE ADVISED THAT FOR REASONS NOTED BELOW:

☐ 1.  Your entire claim is denied as follows:

☒ 2.  A portion of your claim is denied as follows:

| | | | | |
|---|---|---|---|---|
| ☐ A. Loss of Earnings | $ | | ☐ D. Interest | $ |
| ☒ B. Health Service Benefits: | $175.00 | | ☐ E. Attorney's Fees: | $ |
| ☐ C. Other Necessary Expenses: | $ | | ☐ F. Death Benefit: | $ |

### REASON(S) FOR DENIAL OF CLAIM (CHECK REASONS AND EXPLAIN BELOW IN ITEM 33)
#### POLICY ISSUES

☐ 3.  Policy not in force on date of accident.

☐ 4.  Injured person excluded under policy conditions or exclusions.

☐ 5.  Policy conditions violated.
   a. No reasonable justification given for late notice of claim
   b. Reasonable justification not established. You may qualify for special expedited arbitration. See page 2 of this form for instructions.

☐ 6.  Injured person not an "Eligible Injured Person".

☐ 7.  Injuries did not arise out of use or operation of a motor vehicle.

☐ 8.  Claim not within the scope of your election under Optional Basic Economic Loss coverage.

#### LOSS OF EARNINGS BENEFITS DENIED

☐ 9.  Period of disability contested; period in dispute:
   From _____ Through _____

☐ 10. Claimed loss not proven.

☐ 11. Exaggerated earnings claim of $ _____

☐ 12. Statutory offset taken.

☐ 13. Other, explained below.

#### OTHER REASONABLE AND NECESSARY EXPENSES DENIED

☐ 14. Amount of claim exceeds daily limit of coverage.

☐ 15. Unreasonable or unnecessary expenses.

☐ 16. Incurred after one year from date of accident.

☐ 17. Other, explained below.

#### HEALTH SERVICE BENEFITS DENIED

☐ 18. Fees not in accordance with fee schedules.

☐ 19. Excessive treatment, service or hospitalization:
   From _____ Through _____

☐ 20. Treatment not related to accident.

☐ 21. Unnecessary treatment, service or hospitalization:
   From _____ Through _____

☒ 22. Other, explained below.

**COMPLETE ITEMS 23 THROUGH 32 IF CLAIM FOR HEALTH SERVICE BENEFITS IS DENIED.**

| 23. Provider of Health Service (Name, Address and Zip code) | 25. Period of bill – treatment dates | 28. Date final verification requested | 31. Amount paid by Insurer |
|---|---|---|---|
| Doctor In The House 041577912 942 W. South Boulder Road Louisville CO 80027 | 7/1/2004 to 7/1/2004 | 08/02/2004 | $0.00 |
| | 26. Date of bill 07/28/2004 | 29. Date final verification received 08/02/2004 | 32. Amount in dispute $175.00 |
| 24. Type of service rendered Office Visit | 27. Date bill received by insurer 08/02/2004 | 30. Amount of bill $175.00 | |

33. State reason for denial fully and explicitly (attach extra sheets if needed):
Claimant is only eligible for med pay benefits up to 3 years from date of loss. This time period has now expired a date of loss is 04/20/01.

| 8/3/2004 | Denise Winant | 315-449-8907 |
|---|---|---|
| DATE | Name and Title of Representative of Insurer | Telephone No. & Ext. |

Kemper Auto and Home Claim Administration  PO BOX 4780 Syracuse, NY 13221

Name and address of Insurer claim processor (Third Party Administrator), if applicable          Telephone No. & Ext

Copy to:    Arthur W Davies 117 N. Lincoln Avenue Liverpool NY 13088