# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth
Greg S. Krieger

237 Buckingham Street
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
jgs@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe

99 East Center Street
Manchester, CT 06040
(860) 646-8075

Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

March 23, 2005

Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attn:  Atty Robert Guendelsberger

Re:    Arthur Davies v. Pawan Jindal & Surrinder Jindal
       Date of accident: April 20, 2001

Dear Attorney Guendelsberger,

On March 7, 2005, Magistrate Judge Smith entered an order granting my client's Motion to Compel. Under D.Conn. L. Civ. R. 37(a)(5), "[u]nless a different time is set by the Court, compliance with discovery ordered by the Court shall be made within ten (10) days of the filing of the Court's order." No different time was set by Magistrate Judge Smith's order. More than ten days has passed without any compliance. If I do not have compliance by the end of the week, I will have no alternative but to pursue further motion practice and sanctions.

Very truly yours,

*Jack G. Steigelfest*

Jack G. Steigelfest

JGS:dmo

cc.   Surinder Jindal
      Liberty Mutual Insurance Company