UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
DAVIES, ARTHUR                              :      CIVIL ACTION: 303CV0341 CFD
    Plaintiff                              :
                                            :
V.                                          :
                                            :
JINDAL, PAWAN K. and AMERICAN               
MANUFACTURERS MUTUAL                        
INSURANCE COMPANY                           :
    Defendant                              :      APRIL 5, 2005
---------------------------------------------------x

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my Appearance "in lieu of" Attorney Edward W. Case as counsel in this matter for the defendant, **Pawan Jindal.**

_4-4-05_
Date

_[signature]_
Signature
**Frederick M. Vollono**
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar # CT00597

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the _____ day of April, 2005:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney Jack G. Steigelsfest
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

By_____
Frederick M. Vollono
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar # CT00597