UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K. and AMERICAN : | |
| MANUFACTURERS MUTUAL : | |
| INSURANCE COMPANY : | July 7, 2004 |
|     Defendants : | |

REQUEST FOR EXTENSION OF TIME IN WHICH

TO ANSWER INTERROGATORIES

The plaintiff in the above-entitled matter respectfully requests the Court grant an extension of time until September 6, 2004, in which to answer Defendant Surinder Jindal's Interrogatories and Requests for Production dated July 6, 2004 to allow the plaintiff and counsel more time to fully prepare the responses to same and to get the necessary documentation requested in production.

WHEREFORE, the plaintiff requests the Court grant an extension of time until September 6, 2004.

                                            THE PLAINTIFF
                                            ARTHUR W. DAVIES

                                            By /s/
                                            Robert J. Guendelsberger, for
                                            Guendelsberger & Taylor
                                            28 Park Lane
                                            New Milford, CT 06776
                                            (860) 354-4444
                                            Federal Bar No. CT06534

## ORDER

The foregoing Motion having been heard, is hereby GRANTED/DENIED.

    BY THE COURT

_____
Judge/Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on July 7, 2004.

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT 06126

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By /s/
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

-3-