UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
:
DAVIES, ARTHUR                              :        CIVIL ACTION: 303CV0341 CFD
    Plaintiff                              :
:
:
V.                                          :
:
:
JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY                           :
    Defendant                              :        APRIL 12, 2005
-------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned respectfully requests that he be permitted to withdraw his Appearance for **Pawan K. Jindal.** An Appearance has been entered on behalf of Pawan K. Jindal by Attorney Frederick M. Vollono of the Law Offices of Nancy S. Rosenbaum, 655 Winding Brook Drive, Glastonbury, Connecticut.

_____4/13/05_____                _____/s/ Edward W. Case_____
Date                                                          Signature

**Edward W. Case**
Law Office of Jack V. Genovese II
200 Glastonbury Boulevard
Suite 301
Glastonbury, CT 06033
Tel. # 860 633-4797
US District Bar # CT00597

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

# CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the 12th day of April, 2005:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney Jack G. Steigelsfest
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

By_____
**Edward W. Case**
Law Office of Jack V. Genovese II
200 Glastonbury Boulevard
Suite 301
Glastonbury, CT 06033
Tel. # 860 633-4797
US District Bar # CT00597

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566