**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K. and : | |
| JINDAL, SURINDER : | |
| Defendants : | APRIL 25, 2005 |

**OBJECTION TO MOTION FOR SANCTIONS**

The Plaintiff in the above-captioned action hereby respectfully objects to Defendant Surinder Jindal's motion for sanctions dated April 7, 2005. In support of his objection, the Plaintiff represents as follows:

1. On December 17, 2004 the Defendant filed a motion to compel with this Court seeking discovery;

2. On March 7, 2005 the Court granted said motion "absent objection", despite the fact that Plaintiff's objections were explicitly contained within Defendant's motion;

3. On March 24, 2005 Plaintiff filed a motion for reconsideration of the Court's ruling on Defendant's motion to compel, and to date said motion for reconsideration has not been ruled on;

4. On April 7, 2005 Defendant filed the instant motion for sanctions;

5. The Plaintiff respectfully submits that, until his motion for reconsideration is ruled on, Defendant's motion for sanctions is premature.

WHEREFORE, the Plaintiff respectfully request that the Court deny the Defendant's motion for sanctions in that same is premature.

        THE PLAINTIFF
        ARTHUR W. DAVIES


By_____
    Robert J. Guendelsberger, for
    Guendelsberger & Taylor
    28 Park Lane
    New Milford, CT 06776
    (860) 354-4444
    Federal Bar No. CT06534

## **CERTFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record this 25TH day of April, 2005, specifically:

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
PO Box 261798
Hartford, CT 06126-1798

Frederick Vollano, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

                                                                                 Robert J. Guendelsberger