Exh. 1

# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth
Greg S. Krieger

237 Buckingham Street
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
jgs@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe

99 East Center Street
Manchester, CT 06040
(860) 646-8075

Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

March 23, 2005

Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attn: Atty Robert Guendelsberger

Re: **Arthur Davies v. Pawan Jindal & Surrinder Jindal**
    **Date of accident: April 20, 2001**

Dear Attorney Guendelsberger,

On March 7, 2005, Magistrate Judge Smith entered an order granting my client's Motion to Compel. Under D.Conn. L. Civ. R. 37(a)(5), "[u]nless a different time is set by the Court, compliance with discovery ordered by the Court shall be made within ten (10) days of the filing of the Court's order." No different time was set by Magistrate Judge Smith's order. More than ten days has passed without any compliance. If I do not have compliance by the end of the week, I will have no alternative but to pursue further motion practice and sanctions.

Very truly yours,

*Jack G. Steigelfest*

Jack G. Steigelfest

JGS:dmo

cc. Surinder Jindal
    Liberty Mutual Insurance Company



Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES | : | CIVIL ACTION NO.: |
| | : | 303 CV 0341 (CFD) |
| V. | : | |
| PAWAN K. JINDAL & SURINDER JINDAL | : | JULY 6, 2004 |

### NOTICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

1.   Please identify every neuropsychologist, psychologist, counselor, psychiatrist, master of social work or similar professional who has ever examined, counseled or treated the plaintiff and the date of each treatment, counseling session or examination.

**ANSWER:**




2.   Please provide the plaintiff's complete educational history, including the names and addresses of all schools attended and the dates of attendance.

**ANSWER:**

3. Please identify by dates, educational establishment and subject matter any remedial education or special education classes or developmental programs attended by the plaintiff while in school.

**ANSWER:**

4. Other than tests which have been conducted by experts who have been retained in anticipation of litigation, for every test of intelligence, behavior, or cognitive development that has been conducted on the plaintiff including but not limited to visual/motor performance, auditory/memory performance, speech/language ability, intelligent quotient, standardized scholastic achievement, assessment or aptitude tests, please identify the person who conducted the test, the test itself and the results of the test.

**ANSWER:**

5. If the plaintiff or anyone on his/her behalf has ever made any claim for or received any health or accident insurance benefits, private disability plan benefits, social security benefits or state or federal benefits for any disability or medical condition resulting from the accident, please identify the company or agency, all documents relating to the claim or receipt of benefits and the amounts of any benefits received.

**ANSWER**:

6. List each and every item of damage or expense which is claimed to have been incurred as a result of the occurrence alleged in the Complaint, including the amount of each item and the name and address of each person or entity to whom each item has been paid or is payable.

**ANSWER**:

7. Describe in detail all out-of-pocket expenses claimed to have been suffered as a result of the incident alleged in the Complaint including, but not limited to,

hospital charges, and medical charges and expenditures for medicines, identifying the person to whom paid, the date of payment and the amount paid.

**ANSWER**:


8.   Please identify all doctors and medical establishments who examined the plaintiff in a 10 year period prior to the accident referenced in the complaint and the dates of such examinations.

ANSWER:


9.   Please identify all employers of the plaintiff, whether the plaintiff was employed as an employee or as an independent contractor, for the 10 year period prior to the accident referenced in the Complaint and the dates of such employment.

Answer:

### DEFENDANT'S REQUEST FOR PRODUCTION

1.  Produce copies of or execute authorizations to obtain all medical records, hospital records, diagnostic films or other test results, reports of all doctors and health care providers, or reports or other documents reflecting the examination, testing, diagnosis or treatment of the plaintiff, for any medical examinations, treatment for injuries, illnesses, accidents or operations for the last 10 years to the present

**ANSWER:**

2.  Produce copies of or execute authorizations to obtain all tests administered to or taken by the plaintiff from birth to the present involving intellectual, educational, behavioral, psychological neuropsychological, fine and gross motor developmental skills, intelligence, behavior or cognitive development, including but not limited to the results, evaluations, conclusions, opinions, reports, and recommendations made as a result of any such tests.

**ANSWER:**

    3.    Produce copies of or execute authorizations to obtain all documents comprising or reflecting any psychological, neuropsychological or psychiatric testing, counseling, examination or treatment received by the plaintiff for any condition claimed in the Complaint to be in issue in this case.

**ANSWER**:

    4.    Produce copies of or execute authorizations to obtain all records of the plaintiff from any school, special education program, or other educational facility, including but not limited to report cards, reports, test results, standardized test results, achievement scores, evaluations, and teacher progress notes.

**ANSWER**:

     5.   All documents comprising or reflecting any claim or receipt of benefits referred to in response to Interrogatory No. 5.

**ANSWER:**




     6.   Produce copies of or execute authorizations to obtain all documents reflecting any out-of-pocket expenses the plaintiff or anyone on his or her behalf claim to have suffered as a result of the accident referenced in the Complaint.

**ANSWER:**




     7.   Produce copies of or execute authorizations to obtain all documents including but not limited to medical bills which refer or relate to any expenses incurred by the plaintiff as a result of the accident referenced in the Complaint.

**ANSWER:**

    8.   All correspondence, notes or diaries created by the
plaintiff which refer or relate to the allegations of the
Complaint, other than correspondence to your attorney.

**ANSWER:**

## AUTHORIZATION FOR RELEASE OF SCHOOL RECORDS

TO:                                                           DATE:

RE:  _____
    D/O/B: _____
    SSN:   _____

    This is to authorize you to disclose and provide copies of all educational records in your possession concerning <u>Arthur W. Davies (dob 01/19/1958)</u>, including but not limited to report cards, reports, test results, standardized test results, achievement scores, evaluations and teacher progress notes to: Jack G. Steigelfest, Esq., Howard, Kohn, Sprague & FitzGerald, Post Office Box 261798, Hartford, CT 06126-1798, or their authorized representatives.

**A PHOTOCOPY OF THIS AUTHORIZATION SHALL
BE AS VALID AS THE ORIGINAL**

_____

      THE DEFENDANT
      SURINDER JINDAL


BY_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101   Juris No. 28160


## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 6th day of July, 2004, to:

Robert J. Guendelsberger, Esq.
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Edward W. Case
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033


      _____
      Jack G. Steigelfest
      Commissioner of the Superior Court

Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVIES, ARTHUR          :
    Plaintiff           :
                        :
V.                      :        NO. 303 CV 0341 CFD
                        :
JINDAL, PAWAN K. and AMERICAN  :
MANUFACTURERS MUTUAL    :
INSURANCE COMPANY       :        July 7, 2004
    Defendants          :

## REQUEST FOR EXTENSION OF TIME IN WHICH
## TO ANSWER INTERROGATORIES

The plaintiff in the above-entitled matter respectfully requests the Court grant an extension of time until September 6, 2004, in which to answer Defendant Surinder Jindal's Interrogatories and Requests for Production dated July 6, 2004 to allow the plaintiff and counsel more time to fully prepare the responses to same and to get the necessary documentation requested in production.

WHEREFORE, the plaintiff requests the Court grant an extension of time until September 6, 2004.

                      THE PLAINTIFF
                      ARTHUR W. DAVIES

                 By /s/
                      Robert J. Guendelsberger, for
                      Guendelsberger & Taylor
                      28 Park Lane
                      New Milford, CT 06776
                      (860) 354-4444
                      Federal Bar No. CT06534

## ORDER

The foregoing Motion having been heard, is hereby GRANTED/DENIED.

    BY THE COURT

    _____
    Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on July 7, 2004.

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT  06126

Edward W. Case, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By /s/
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534