UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
| Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K. and : | |
| JINDAL, SURINDER : | |
| Defendants : | MAY 20, 2005 |

## SUPPLEMENTATL OBJECTION TO MOTION FOR SANCTIONS

The Plaintiff in the above-captioned action hereby respectfully objects to Defendant Surinder Jindal's motion for sanctions dated April 7, 2005. In support of his objection, the Plaintiff represents as follows:

1. Plaintiff has supplied defense counsel for Surinder Jindal all authorizations requested except education authorizations to Colgate University and secondary schools in Liverpool, New York.

2. The education authorizations have been sent to Plaintiff and will be forwarded to defense counsel upon receipt.

WHEREFORE, the Plaintiff respectfully request that the Court deny the Defendant's motion for sanctions.

THE PLAINTIFF
ARTHUR W. DAVIES

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## CERTFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro se parties of record this 29th day of May, 2005, specifically:

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
PO Box 261798
Hartford, CT 06126-1798

Frederick Vollano, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Robert J. Guendelsberger