03CV341 MTN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>**Plaintiff** | : <br> : <br> : |
| V. | :    NO. 303 CV 0341 (CFD) |
| | : |
| JINDAL, PAWAN K., JINDAL,<br>SURINDER and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>**Defendants** | : <br> : <br> : <br> :    December 10, 2004 <br> : |

### REQUEST FOR PERMISSION TO AMEND COMPLAINT

The Plaintiff in the above-captioned action hereby requests, pursuant to Local Rules 15(c), permission to amend his complaint. The Plaintiff represents that the only change to his complaint is located in Count Three, paragraph 10. The Plaintiff has attached hereto his proposed second amended complaint which effectuates the above-specified change.

THE PLAINTIFF,

_____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Fed. Bar No. CT06534

DENIED, without prejudice to renewal after the motion for summary judgment is decided. So ordered.

Christopher F. Droney
United States District Judge
8/1/05