FILED

2005 MAR -7 P 2:22

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR W. DAVIES              :              NO: 3:03 CV 0341 (CFD)

vs.                          :

PAWAN JINDAL, et al          :              APRIL 7, 2005

## MOTION FOR RECONSIDERATION OR CORRECTION

The defendant Surinder Jindal respectfully moves this Court for reconsideration or correction of its Ruling on Motion To Dismiss and Motion for Reconsideration filed on April 1, 2005. The defendant respectfully submits that the Ruling should be reconsidered or corrected because (1) although the defendant's Motion to Dismiss was "tightly focused on the requirement of Fed. R. Civ. Pro. 15(c)(3)(B)" that Surinder Jindal knew or should have known that, but for a mistake as to the identity of the party, he would have been named as a defendant and was limited to the allegations in the Amended Complaint, the Court's Ruling concludes that the claims against Surinder Jindal "relate back to the date of the original complaint," where the other elements of the relation back doctrine have not yet been raised by the defendant and could not be properly raised in the context of a Motion to Dismiss because they require reference to facts outside the pleadings and (2) the authority relied upon by the Court as persuasive, G.F Co. v. Pan Ocean Shipping Co.,

1

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

GRANTED. After reconsideration, the Court's Ruling on defendant Surinder Jindal's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 15(c)(3)(B) [Doc. #64] is VACATED, and the motion to dismiss is converted to a motion for summary judgment. See Fed. R. Civ. P. 12(b). Defendant shall have until September 12, 2005 to file supplemental papers; plaintiff shall have until October 10, 2005 to file supplemental papers. The motion for summary judgment may address all issues raised by the relation back doctrine. So ordered.

Christopher F. Droney
United States District Judge
08/11/05