AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of CONNECTICUT

ARTHUR W. DAVIES

V.

PAWAN K. JINDAL
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

303CV0341 CFD

TO: (Name and address of Defendant)

AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY
C/O INSURANCE COMMISSIONER COGSWELL
153 MARKET STREET, 7th FLOOR
HARTFORD, CT 06103

*JLA → no appearance*

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. GUENDELSBERGER
GUENDELSBERGER & TAYLOR
28 PARK LANE
NEW MILFORD, CT 06776

ATTEST
A TRUE COPY
JOSEPH L. ANTINERELLA
CT. STATE MARSHAL

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

DATE 2/26/03

(By) DEPUTY CLERK

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ARTHUR W. DAVIES

## DEFENDANTS

PAWAN K. JINDAL
AMERICAN MANUFACTURERS MUTUAL INSURANCE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **BOULDER**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ROBERT J. GUENDELSBERGER
GUENDELSBERGER & TAYLOR
28 PARK LANE    (860) 354-4444
NEW MILFORD, CT 06776

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Jurisdiction pursuant to 28 U.S.C. 1332. Plaintiff's auto struck from behind on highway by Pawan K. Jindal.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 20,000,000.00    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE 2/26/03

SIGNATURE OF ATTORNEY OF RECORD
/s/ Robert J. Guendelsberger

**FOR OFFICE USE ONLY**

RECEIPT # ____    AMOUNT ____    APPLYING IFP ____    JUDGE ____    MAG. JUDGE ____

| | |
|---|---|
| ARTHUR W. DAVIES | : FEDERAL DISTRICT COURT |
|  | : DISTRICT OF CONNECTICUT |
| vs. | : |
|  | : FILE NO. |
| PAWAN K. JINDAL AND AMERICAN | : |
| MANUFACTURERS MUTUAL INSURANCE | : FEBRUARY 25, 2003 |

## COMPLAINT

### JURISDICTION

1. This Court has jurisdiction over this matter by virtue of diversity of citizenship of the parties, pursuant to 28 U.S.C. § 1332.

2. The plaintiff, ARTHUR W. DAVIES, is a resident of the Town of Lafayette, State of Colorado.

3. The defendant, PAWAN K. JINDAL, is a resident of the Town of Wappingers Falls, State of New York.

4. The defendant, AMERICAN MANUFACTURERS MUTUAL INSURANCE, is a domestic corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

5. The amount of the matter in controversy exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00).

<u>COUNT ONE</u> (By the Plaintiff, Arthur W. Davies as against the Defendant, Pawan K. Jindal)

1. On or about April 1, 2001, at approximately 6:36 PM, the Plaintiff, Arthur W. Davies was operating a motor vehicle in an eastbound direction on Interstate 84, a public thoroughfare located in Middlebury, Connecticut.

2. On said date and time, the Defendant, Pawan K. Jindal was also operating a motor vehicle in an eastbound direction on said Interstate 84 in Middlebury, Connecticut.

3. On said date and time, the Plaintiff, Arthur W. Davies, had stopped for the motor vehicles in front of him that had stopped for traffic, when the Defendant, Pawan K. Jindal failed to stop the motor vehicle he was operating and collided with the rear portion of the motor vehicle operated the Plaintiff, Arthur W. Davies.

4. Said collision and the resulting injuries and losses sustained by the Plaintiff, Arthur W. Davies, were directly and proximately caused by the negligence and/or carelessness of the Defendant, Pawan K. Jindal in that he:

a. was following too closely to the rear of the Plaintiff's motor vehicle, and, therefore, could not stop the motor vehicle he was operating in time to avoid collision, in violation of Connecticut General Statute Section 14-240;

-2-

b. failed to keep the motor vehicle he was operating under reasonable and proper control;

c. failed to keep a proper and reasonable lookout for other motor vehicles upon the road;

d. failed to apply the brakes of the motor vehicle he was operating in time to avoid a collision, although by a proper and reasonable exercise of his faculties, he could have and should have done so;

e. failed to turn the motor vehicle he was operating to the right or left so as to avoid a collision, although by a proper and reasonable exercise of his faculties, he could have, and should have done so;

f. was operating a vehicle at an unreasonable rate of speed.

5. As a direct and proximate result of said collision, caused by the negligence and/or carelessness of the Defendant, Pawan K. Jindal, the Plaintiff, Arthur W. Davies, suffered physical injuries, some, or all, of which are likely to be permanent in nature, including the following:

a. Cervical strain;

b. Compressive myelopathy

-3-

    c      Traumatic Brain Injury;

    d.     Difficulty with sense of balance;

    e.     Weakness of left arm and left leg;

    f.     Difficulty with his gait;

    g.     Bulging disc at L1-2

    h.     Loss of cervical lordosis;

    i.     Circumferential bulging of disc annulus with annular tear at C5-6;

    j.     Large focal protrusion of the intervertebral disc in a left posterolateral/foraminal distribution at C6-7;

    k.     Left radiculopathy;

    l.     Brachial plexopathy

    m.    Left shoulder impingement;

    n.     Shock and trauma to the entire nervous system;

    o.     Permanent partial disability.

6. As a further direct and proximate result of the negligence and/or carelessness of the Defendant, Pawan K. Jindal, the Plaintiff, Arthur W. Davies, was forced to expend sums for, hospitals, doctors, x-rays, medicines, diagnostic testing, medical care and treatment,

-4-

and may be caused to expend further such sums in the future.

7. As a further direct and proximate result of the negligence and/or carelessness of the Defendant, Pawan K. Jindal, the Plaintiff, Arthur W. Davies, has been permanently impaired in his ability to pursue and enjoy life's activities.

8. As a further direct and proximate result of the negligence and/or carelessness of the Defendant, Pawan K. Jindal, the Plaintiff, Arthur W. Davies, was caused to miss work and lose wages, may be caused to miss work and lose wages in the future, and has suffered a diminution in earning capacity, all to his financial detriment.

9. As a further direct and proximate result of the negligence and/or carelessness of the Defendant, Pawan K. Jindal, the Plaintiff, Arthur W. Davies, suffered injuries rendering him unable to operate his flight business. The Plaintiff has suffered pecuniary losses relating thereto in that:

   a. The Plaintiff invested considerable sums of money in the aforementioned business, including but not limited to the purchase of two (2) small aircraft, with the expectation that such investment would be recouped by the Plaintiff as the business became profitable;

   b. The Plaintiff invested considerable time and labor in the startup and organization

      of the aforementioned business, with the expectation that such investment would be recouped by the Plaintiff as the business became profitable;

c.     The Plaintiff is now unable to exploit the business opportunity represented by the aforementioned business, and has lost expected and future profits relating thereto.

COUNT TWO (By the Plaintiff, Arthur W. Davies as against the Defendant, American Manufacturers Mutual Insurance Company)

1.-9.     Paragraphs one through nine (9) of Count One of this Complaint are hereby incorporated as paragraphs one through nine (9) of this Count Two.

10.     At all times relevant to this complaint, the Plaintiff, Arthur W. Davies, was a covered person under a contract of motor vehicle insurance with the Defendant, American Manufacturers Mutual Insurance Company, hereinafter "American".

11.     At all times relevant to this complaint, the Plaintiff's insurance contract contained a provision for uninsured/underinsured motorist coverage pursuant to Section 38a-336 of the Connecticut General Statutes.

12.     In accordance with the law of the State of Connecticut and its contract of insurance with the Plaintiff, Arthur W. Davies, the Defendant, American, agreed to pay to him all sums

-6-

which the Plaintiff, Arthur W. Davies, was legally entitled to recover from the owner or operator of an uninsured or underinsured motor vehicle for damages resulting from bodily injury sustained by the Plaintiff, Arthur W. Davies, in an accident involving the maintenance or use of the uninsured or underinsured motor vehicle, up to the limits of its contract.

13. The Plaintiff, Arthur W. Davies, has complied with his duties under the insurance contract between himself and the Defendant, American.

14. The Defendant, American, is liable to the Plaintiff, Arthur W. Davies, pursuant to the terms of the above-mentioned insurance contract for damages resulting from the bodily injuries sustained by the Plaintiff, Arthur W. Davies which are not compensated for by the other involved operator's insurance coverage, if any.

THE PLAINTIFF,
ARTHUR W. DAVIES

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane, New Milford, CT 06776
Phone: (860) 354-4444
Fax: (860) 210-2128
Federal Bar No. CT06534

-7-

WHEREFORE, the Plaintiff demands:

1. Judgment in the amount of twenty million dollars ($20,000,000.00);

2. Underinsured monetary damages pursuant to Connecticut General Statute Section 38a-336;

3. Such other and further relief as this court may deem proper, just and reasonable.

THE PLAINTIFF,
ARTHUR W. DAVIES

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Phone: (860) 354-4444
Fax: (860) 210-2128
Federal Bar No. CT06534

-8-

ATTEST:
A TRUE COPY
JOSEPH L ANNUNERELLA
CT. STATE MARSHAL