## AFFIDAVIT

I, Surinder Jindal, being duly sworn, depose and say:

1. I am over 18 years of age, and believe in the obligations of an oath.

2. The statements in this affidavit are true and based upon my personal knowledge.

3. I was the owner of a 1993 Toyota Camry, VIN 4T1SK12E8PU01244, as of April 20, 2001.

4. I did not give my brother Pawan Jindal permission to use the 1993 Toyota Camry on April 20, 2001 and did not even know that he had taken the vehicle until after the accident on that date.

5. Pawan Jindal was not doing anything for me with the 1993 Toyota Camry on April 20, 2001.

6. Pawan Jindal did not live with me on April 20, 2001. He moved out in May of 2000, as demonstrated in the attached lease.

7. I did not learn that Pawan Jindal had been sued because of the accident until I was served with a complaint myself on May 29, 2004.

8. When I heard about the accident, I had no knowledge or understanding that I could be sued because of the accident where someone else was driving my vehicle for his own purposes without my knowledge.

9. I never saw the police report for the accident until after I was sued and had

no knowledge that the police report erroneously failed to list me as the owner of the 1993 Toyota Camry.

10. My ownership of the 1993 Toyota Camry as of April 20, 2001 was on record with the New York motor vehicles department and available to anyone who checked after that time.

11. Before I was served with a complaint on May 29, 2004, I was not informed by my insurer, Liberty Mutual, or by anyone else that Pawan Jindal had been sued for the accident of April 20, 2001, that I could potentially be sued for that accident, or that anyone was trying to add me as a defendant to the lawsuit.

12. Before I was served with a complaint on May 29, 2004, I had never heard of, let alone been represented by, Attorney Edward Case or the Law Offices of Nancy Rosenbaum.

13. I did not ask Attorney Edward Case or the Law Offices of Nancy Rosenbaum to appear on my behalf in this case and only learned that he had done so after the fact.

14. I did not do anything to prevent anyone from finding out that I owned the 1993 Toyota Camry or from bringing a lawsuit against me.

By _____
Surinder Jindal

STATE OF  New York  )
                    ) ss.:      Sept. ~~August~~ 9, 2005
COUNTY OF  Dutchess )

Personally appeared before me Surinder Jindal who made oath to the truth of the matters contained in the above statement.

*Beverly Lynn Smith*

Notary Public
My Commission Expires: Sept. 19, 2006

BEVERLY LYNN SMITH
NOTARY PUBLIC, STATE OF NEW YORK
RESIDING IN DUTCHESS COUNTY
MMISSION EXPIRES ~~MARCH 30,~~
Sept. 19, 2006