```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF CONNECTICUT

 3        _____

 4        ARTHUR DAVIES                    )
                                           )   Case No.
 5                       Plaintiff,        )   303 CV 0341 CFD
                                           )
 6        vs.                              )
                                           )
 7        JINDAL, PAWAN K., AMERICAN       )
          MANUFACTURERS MUTUAL             )
 8        INSURANCE COMPANY and            )
          SURINDER JINDAL                  )   October 13, 2004
 9                                         )
                         Defendants.       )
10        _____)

11

12              DEPOSITION OF SURINDER JINDAL, M.D.

13

14                         APPEARANCES:

15        On Behalf of the Plaintiff:

16        ROBERT J. GUENDELSBERGER, ESQ.
          GUENDELSBERGER & TAYLOR
17        28 Park Lane
          New Milford, Connecticut   06776
18        860-354-4444

19

20                           SANDRA J. CHADWICK, R.M.R
                             CT LICENSE NO. 00025
21

22          NIZIANKIEWICZ AND MILLER REPORTING SERVICES
                        972 Tolland Street
23            East Hartford, Connecticut 06108-1533
                    Telephone 860-291-9191
24

25
```

1   S-h-m-m-i.

2   Q.  Did you live at 11 Peter Drive in Wappingers
3   Falls on April 20, 2001?

4   A.  Yes.

5   Q.  For how long have you owned that house?

6   A.  I live in that house as I mentioned more than
7   ten years.

8   Q.  And on April 20, 2001, who lived at 11 Peter
9   Drive, Wappingers Falls, New York in addition to
10  yourself?

11  A.  In addition to myself, the people I named,
12  nobody.

13  Q.  Do you know who Pawan, P-a-w-a-n, Jindal is?

14  A.  Yes.

15  Q.  Who is that?

16  A.  He is my brother.

17  Q.  And did your brother live at 11 Peter Drive,
18  Wappingers Falls New York on April 20, 2001?

19  A.  No.

20  Q.  Where did he live then?

21  A.  He has his own apartment.

22  Q.  Where was that?

23  A.  That was, that is in Fishkill.

24  Q.  Fishkill.  And was that an apartment that was
25  owned by you?

```
 1        A.   By me, no.
 2        Q.   Do you have any idea why your brother listed
 3   11 Peter Drive, Wappingers Falls, New York as his legal
 4   address on his driver's license on April 20, 2001?
 5        A.   Which date?
 6        Q.   April 20, 2001.
 7        A.   No.
 8        Q.   So if your brother told the police as a result
 9   of this accident on April 20, 2001, that that was his
10   address, you would disagree with that?
11             MR. STEIGELFEST:  Objection.  Disagree that he
12   told the police that?
13             BY MR. GUENDELSBERGER:
14        Q.   No.  You disagree that that was not his
15   address?
16        A.   No.  That address -- there's two types.  If
17   you ask me he was living there, not.  If he used that
18   for mailing purpose, okay, I don't know.
19        Q.   And is your brother Pawan married to Aruna,
20   A-r-u-n-a, Jindal?
21        A.   Yes.
22        Q.   Are you aware of the fact that on April 20,
23   2001 your brother's wife Aruna told the police that her
24   address was 11 Peter Drive, Wappingers Falls, New York?
25        A.   I am not aware.
```

1   Q. And did you purchase that car new?

2   A. Yes.

3   Q. And according to the police report there was a
4 1993 Toyota Camry automobile that was involved in an
5 automobile accident with my client on April 20, 2001.
6 Are you aware of the fact that that accident occurred?

7   A. Yes.

8   Q. And was that the car that you owned that was
9 involved in that accident?

10  A. Yes.

11  Q. And according to the police report the
12 automobile was being driven by your brother Pawan, is
13 that correct, as far as you know?

14  A. Yes.

15  Q. And did your brother Pawan have your
16 permission to use that motor vehicle on April 20, 2001?

17  A. No.

18  Q. He didn't?

19  A. No.

20  Q. Did your brother Pawan have a car of his own
21 on April 20, 2001?

22  A. Yes.

23  Q. What kind of car was that?

24  A. I think it's a Honda Accord or a Honda Civic,
25 I'm not sure, but he owned the car.

```
 1       Q.   Did your brother ever live with you prior to
 2  April 20, 2001?
 3       A.   Yes.
 4       Q.   When was that?
 5       A.   Yes.  He lived with me, I think he was living
 6  with me to the best of my knowledge like 1999, 2000.
 7       Q.   He was living with you in '99, 2000?
 8       A.   No.  Not after 2000.  That I know because then
 9  he moved.  Then he got his own place to live.
10       Q.   When you say he was living with me was that at
11  11 Peter Drive?
12       A.   Yes.
13       Q.   Did he live there with his wife?
14       A.   Yes.
15       Q.   And while he was living with you at 11 Peter
16  Drive did he have permission to use any of your
17  automobiles?
18       A.   No.
19       Q.   Not a one?
20       A.   No.
21       Q.   So when the police report indicates that the
22  car that was involved in the April 20, 2001 accident was
23  owned by Pawan Jindal, it would be your testimony that
24  that's not correct, it was your car?
25       A.   Absolutely.
```

```
 1      Q.   So it was your car?
 2      A.   Yes.
 3      Q.   So it's your testimony that you did not know
 4   in advance of April 20, 2001 that your brother was going
 5   to take that '93 Toyota Camry to Boston, is that
 6   correct?
 7      A.   Sir, that's correct.
 8      Q.   Do you know whether or not your wife gave him
 9   permission to use that car on that day?
10      A.   I don't know that.
11      Q.   You don't know.  Did your wife have permission
12   to use the 1993 Toyota Camry?
13      A.   Yes.
14      Q.   Did she have permission to give your brother
15   permission to use the car?
16      A.   Could you say the question again.
17      Q.   Did she have permission to give your brother
18   permission to use the car?
19      A.   Not at all.
20      Q.   Not at all?
21      A.   No.
22      Q.   So if she told your brother he could use the
23   '93 Toyota Camry, it would be your testimony that that
24   was without your permission?
25      A.   Yes.
```

```
 1      Q.   Did he take the car from your office that day?
 2      A.   I don't remember.
 3      Q.   Did you drive that car to work that day?
 4      A.   No.
 5      Q.   How do you know that?
 6      A.   How I know that?
 7      Q.   Yes.  How do you know you didn't drive that
 8  car to work that day?
 9      A.   Because the car, he took from home to the best
10  of my knowledge.  So I -- it happened during daytime,
11  and it was -- to the best of my knowledge I got to be at
12  work because it was working day.  This car was not in
13  the office on that day.
14      Q.   You didn't drive it there?
15      A.   I didn't drive it.  To the best of my
16  knowledge I didn't drive it.
17      Q.   Do you remember whether or not he was at work
18  that day and left early to go on his trip or whatnot?
19      A.   I don't remember when he left that day, when
20  he worked.  I don't remember.  I cannot recall.
21      Q.   When did you discover that the car was taken
22  without your permission?
23      A.   When the accident, you know, when I found that
24  he had the accident.
25      Q.   And you said you did not contact the police
```

```
 1   STATE OF CONNECTICUT          )
                                   ) ss
 2   COUNTY OF LITCHFIELD          )

 3

 4        I, Sandra J. Chadwick, R.M.R., CT License 00025, a

 5   Notary Public for the State of Connecticut, do hereby

 6   certify that the deposition of SURINDER JINDAL, M.D., a

 7   Defendant, was taken before me pursuant to the Federal

 8   Rules of Civil Procedure, at the offices of

 9   Guendelsberger & Taylor, 28 Park Lane, New Milford,

10   Connecticut 06776, commencing at 3:30 p.m., on

11   Wednesday, October 13, 2004.

12        I further certify that the witness was first sworn

13   by me to tell the truth, the whole truth, and nothing

14   but the truth, and was examined by counsel, and his

15   testimony stenographically reported by me and

16   subsequently transcribed as herebefore appears.

17        I further certify that I am not related to the

18   parties hereto or their counsel, and that I am not in

19   any way interested in the event of said cause.

20        Dated at New Milford, Connecticut, the 30th day

21   of October, 2004.

22                              Sandra J. Chadwick

23                              Sandra J. Chadwick, R.M.R.
                                      Notary Public
24                                Ct License No. 00025

25   My Commission Expires November 30, 2008
```