# DAVIES -V- JINDAL - PAWAN K. JINDAL - 1/29/04

## Page 1 to Page 86

CONDENSED TRANSCRIPT AND CONCORDANCE
-PREPARED BY: NIZIANKIEWICZ & MILLER

NIZIANKIEWICZ & MILLER
972 Tolland St.
East Hartford, CT    06108-1533
Phone:   860-291-9191
FAX:   860-528-1972

## Page 1

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT

ARTHUR DAVIES,                :
Plaintiff                     : NO.303 CV 0341 CFD

VS                            :
                              : JANUARY 29, 2004
PAWAN K. JINDAL and AMERICAN  :
MANUFACTURERS MUTUAL          :
INSURANCE COMPANY,            :
Defendants                    :
```

---------------------------------------------------
        Deposition of: PAWAN K. JINDAL
---------------------------------------------------

    Taken before Teri A. Dougan, Notary Public/Stenographer for the State of Connecticut, at the office of Nancy Rosenbaum, 655 Winding Brook Drive, Glastonbury, Connecticut, on January 29, 2004, commencing at approximately 11:07 a.m.


                Teri A. Dougan
                Court Reporter
                LIC. #00217

## Page 2

APPEARANCES:

For the PLAINTIFF

ROBERT J. GUENDELSBERGER, ESQUIRE
GUENDELSBERGER & TAYLOR
28 PARK LANE
NEW MILFORD, CONNECTICUT 06776
860-354-4444

For the DEFENDANT

EDWARD W. CASE, ESQUIRE
LAW OFFICES OF NANCY ROSENBAUM
655 WINDING BROOK DRIVE
GLASTONBURY, CONNECTICUT 06033

For the DEFENDANT

THOMAS M. MCKEON, ESQUIRE
LAW OFFICES OF BAI, POLLOCK, BLUEWEISS & MULCAHEY
10 MIDDLE STREET
BRIDGEPORT, CONNECTICUT 06604

## Page 3

STIPULATIONS

It is stipulated by the attorneys for the Plaintiff and the Defendants that all objections are reserved until the time of trial, except those objections as are directed to the form of the question.

It is stipulated and agreed between counsel for the parties that the proof of the authority of the Commissioner before whom this deposition is taken is waived.

It is further stipulated that any defects in the notice are waived.

It is further stipulated that the reading and signing of the deposition transcript by the witness is waived.

## Page 4

(Plaintiff's Exhibit No. 1, copy of police report, previously marked for identification.)

(Deposition commenced at 11:07 a.m.)

PAWAN K. JINDAL, deponent, residing at 205 Jefferson Boulevard, Fishkill, New York 12524, after first having been duly sworn by Teri A. Dougan, a Notary Public within and for the State of Connecticut, deposes and states as follows:

DIRECT EXAMINATION
BY ATTORNEY GUENDELSBERGER

Q. Mr. Jindal, my name is Bob Guendelsberger, and I represent Arthur Davies in a lawsuit that has been brought against you involving an automobile accident which occurred on April 20, 2001. And it is pursuant to that that you have been asked to be here and have your deposition taken. Do you understand that?

A. Yes.

Q. Have you ever been deposed before?

A. No.

### Page 9

1   A.   I was an engineer.
2   Q.   What is your educational background?
3   A.   A Master's in water sources engineering.
4   Q.   In water sources engineering?
5   A.   Yes.
6   Q.   And where did you get that Master's degree?
7   A.   It is Bunjab Agricultural University.
8   Ludhiana, L-U-D-H-I-A-N-A, Bunjab, B-U-N-J-A-B,
9   India.
10  Q.   Prior to obtaining your Master's from the
11  Bunjab Agricultural University, did you get a prior
12  college degree?
13  A.   Yes.
14  Q.   And what was that degree?
15  A.   That was BSC in Agricultural Engineering
16  and Technology.
17  Q.   And where did you get that degree from?
18  A.   From the same university.
19  Q.   What year did you receive your Master's
20  degree, sir?
21  A.   '77.
22  Q.   After receiving your Master's degree in
23  1977, were you gainfully employed over in India?
24  A.   Yes.
25  Q.   And for whom did you work?

### Page 10

1   A.   With the Bunjab University.
2   Q.   You worked for the University?
3   A.   Yes.
4   Q.   And what did you do for them?
5   A.   I was an engineer. I was doing research in
6   the water shed management project.
7   Q.   Did you have any other jobs prior to coming
8   to the United States in '93 outside of working for
9   the University as a research engineer?
10  A.   No. All my jobs in the University.
11  Q.   And when you married your wife, did you get
12  married over in India?
13  A.   Yes.
14  Q.   And so when you came here you arrived here
15  with your wife and whatever children you had?
16  A.   Yes.
17  Q.   Now, on your driver's license it says that
18  your height is five foot five inches. Is that
19  correct?
20  A.   I think so.
21  Q.   And it says class D as in David on your
22  license. Do you know what a class D license is
23  from the State of New York?
24  A.   No.
25  Q.   Are you licensed to drive any vehicles

### Page 11

1   outside of just a regular motor vehicle?
2   A.   I'm sorry?
3   Q.   For example, does your license allow you to
4   drive a motorcycle?
5   A.   No.
6   Q.   Does it allow you to drive a limousine?
7   A.   No.
8   Q.   Does it allow you to drive a commercial
9   vehicle?
10  A.   No.
11  Q.   Do you have any restrictions on your
12  license? For example, is it required that you wear
13  glasses when you are driving?
14  A.   No.
15  Q.   I notice that you have glasses with you
16  today. Is that correct?
17  A.   These are used for reading only.
18  Q.   Okay. You use your glasses for reading
19  only?
20  A.   Yes.
21  Q.   How long have you had glasses?
22  A.   About six years.
23  Q.   Now, this license says it was issued on
24  August 21, 2002. Is that not correct?
25  A.   Renewed.

### Page 12

1   Q.   It was renewed on--
2   A.   Correct.
3   Q.   And it purports to have a signature
4   underneath the issue date. Is that your signature,
5   sir?
6   A.   Yes, that is my signature.
7   Q.   Now, your driver's license says your
8   address is 11 Peters Drive in Wappingers Falls, New
9   York. Does it not?
10  A.   Yes.
11  Q.   Okay. Why don't you tell me what that
12  address is?
13  A.   That is an apartment address. My brother
14  lives there.
15  Q.   11 Peters Drive is an apartment?
16  A.   No. That is my brother's residence, but I
17  also was putting up there also.
18  Q.   11 Peters Drive in Wappingers Falls, the
19  residence that belongs to your brother?
20  A.   Yes.
21  Q.   What is his name, and spell that, please?
22  A.   Surinder P. Jindal, S-U-R-I-N-D-E-R , P.
23  middle initial, and then Jindal, J-I-N-D-A-L.
24  Q.   And who lives at 11 Peters Drive,
25  Wappingers Falls?

## Page 13

1  A. He lives.
2  Q. Okay. Anybody else live there with him?
3  A. His family.
4  Q. Okay. Does his wife live there?
5  A. Wife and children.
6  Q. What is her name?
7  A. Neerja, N-E-E-R-J-A, Jindal, J-I-N-D-A-L.
8  Q. And how many children does he have?
9  A. He has three children.
10 Q. Do any of them still live at home?
11 A. One has gone to the university. The other
12 two are with him.
13 Q. Why is it that you use your brother's
14 address for your driver's license?
15 A. Because my cars and all that, most of the
16 time they are here, at that address. Because it is
17 very near to, one, my brother's office is also
18 there. Two--so I was using that house, my
19 apartment and that is why being the apartment at
20 that one, the address I use that.
21 Q. You say you use your brother's house?
22 A. I'm sorry?
23 Q. You use your brother's house?
24 A. I use my brother's house, right.
25 Q. Do you live there?

## Page 14

1  A. Not permanently. 205 Jefferson Boulevard,
2  that is apartment that I rented, apartment where I
3  live, but, also, my brother, I use that residence
4  for articles. That apartment is small so we have
5  put over there some house articles there and we go
6  there. And so likewise. So it is otherwise I'm
7  living in that apartment at 205 Jefferson
8  Boulevard.
9  Q. Do you ever live at 11 Peters Drive-
10 A. Yes.
11 Q. -in Wappingers-
12 A. Yes.
13 Q. -Falls?
14 A. Yes.
15 Q. How often do you live there?
16 A. Before this in May of 2001.
17 Q. You lived there in May of 2001?
18 A. I don't remember exactly the month, but in
19 2001.
20 Q. Did you own part of that house-
21 A. No.
22 Q. -in May of 2001?
23 A. No.
24 Q. Have you ever owned part of that house?
25 A. No.

## Page 15

1  Q. Do you own any real estate here in the
2  United States?
3  A. No.
4  Q. Have you ever owned real estate in the
5  United States?
6  A. Yeah.
7  Q. Where?
8  A. In Boston. My son was studying there and
9  we got one apartment for him.
10 Q. Was it a condominium that you purchased?
11 A. Yeah.
12 Q. For how long has your residence been 205
13 Jefferson Boulevard in Fishkill?
14 A. I'm sorry?
15 Q. How long has your official residence been
16 205 Jefferson Boulevard in Fishkill, New York?
17 A. How long?
18 Q. Yeah.
19 A. Since 2001.
20 Q. Okay. Where did you live prior to that?
21 A. Eleven Peters Drive.
22 Q. And how long did you live at 11 Peters
23 Drive?
24 A. We came in April 1993 to 2001, so about
25 eight years.

## Page 16

1  Q. So you lived at 11 Peters Drive from 1993
2  to roughly 2001?
3  A. Yes.
4  Q. You lived with your brother?
5  A. Yes.
6  Q. When did your brother come to the United
7  States?
8  A. Uh-huh.
9  Q. When-
10 A. I don't know the exact year but-
11 Q. -did he come?
12 A. Maybe in '81 or '82.
13 Q. So he came before you?
14 A. Yeah. Yeah.
15 Q. Is that why you came to the United States
16 because your brother was here?
17 A. Yes.
18 Q. Okay. And did he already own 11 Peters
19 Drive at the time that you arrived-
20 A. Yes.
21 Q. -in the States?
22 A. Yes.
23 Q. And outside of this residence in Boston,
24 have you owned any other real property?
25 A. Boston I don't own now. That is three

## Page 45

1  Q. Did you put the condominium proceeds from
2  that sale up in the Boston area into the savings
3  account?
4  A. Into this, and also into some other
5  account, yes.
6  Q. You have another account, also?
7  A. Yes.
8  Q. And where is that?
9  A. A list of accounts I can give you if you
10 want.
11 Q. Do you have another bank that you have an
12 account in?
13 A. I don't remember at this time.
14 Q. Who does the banking, you or your wife?
15 A. Mostly my wife.
16 Q. Really?
17 A. Really, yes.
18 Q. Is her name on your savings account?
19 A. Yes.
20 Q. And how about a checking account, do you
21 have a checking account, sir?
22 A. Yeah, we do have checking account.
23 Q. What bank is your checking account with?
24 A. M & T.
25 Q. Do you have any mutual funds that you own?

## Page 46

1  A. Mutual funds, not much.
2  Q. What mutual funds do you own?
3  A. I don't remember.
4  Q. Do you have a stockbroker you use?
5  A. I'm sorry?
6  Q. Do you have a stockbroker you use?
7  A. Stockbroker?
8  Q. Oppienhiemer, Salmon Brothers, Faunstock?
9  A. You can talk to my wife.
10 Q. You let your wife do your stock investing?
11 A. She does not do like stock investing, but
12 you can talk to her.
13 Q. Do you have more than one savings accounts?
14 A. I don't know.
15 Q. After this automobile accident did you take
16 any funds out of your name and transfer them to
17 your wife's name?
18 A. I'm sorry?
19 Q. After this automobile accident of April 20,
20 2001, did you take any funds out of your name and
21 transfer them to your wife's name?
22 ATTORNEY CASE: I'm going to object. I
23 want to state for the record there is no-this case
24 does not involve application for PG or the granting
25 of any application to allow questioning along the

## Page 47

1  lines, but to the extent you have any knowledge
2  about any of this that you can accurately answer
3  truthfully stated. If you can't, I don't want you
4  to guess.
5  MR. JINDAL: Yes.
6  BY ATTORNEY GUENDELSBERGER
7  Q. Can you answer that?
8  A. No.
9  Q. You can't answer it because you don't know?
10 A. Yes.
11 Q. What is your wife's date of birth?
12 A. June 18, 1954.
13 Q. 6/13/54?
14 A. 6/18/54.
15 Q. June 13th or 6/18/54?
16 A. Yes.
17 Q. When you were working for your brother
18 Sirindar, did he open up a retirement account for
19 you?
20 A. At one point there is some account, but I
21 don't know what is there at this point.
22 Q. When is the last time you made a trip in
23 which you left the United States?
24 A. I left United States?
25 Q. When is the last time you took a trip in

## Page 48

1  which you left the United States?
2  A. Uh-huh. In September 2003.
3  Q. Where did you go?
4  A. India.
5  Q. And how long did you go for?
6  A. It is about three months.
7  Q. What did you do over there?
8  A. There are my brothers', families,
9  relatives, just to--
10 Q. Did you take your wife with you?
11 A. Yes.
12 Q. Did you take your children?
13 A. Children also joined for some time, but
14 otherwise they were busy.
15 Q. Did you leave in the beginning of September
16 2003?
17 A. No.
18 Q. The end of the month?
19 A. End of the month.
20 Q. When did you return?
21 A. This I don't remember it.
22 Q. Did you return before Christmas?
23 A. Yes. I returned in the month of November.
24 Q. Sometime in the month of November?
25 A. The 24th of November.

### Page 77

1   A.   No.
2   Q.   Now, after this accident occurred before
3   the police arrived, were the cars stopped on the
4   highway?
5   A.   Yes.
6   Q.   Okay. Did you exit your car? Did you get
7   out of your car?
8   A.   No. We were inside the car.
9   Q.   Okay. At any time did you see Mr. Davies
10  get out of his Toyota Landcruiser?
11  A.   Yes.
12  Q.   Did you observe him walking around the
13  accident scene?
14  A.   Yes.
15  Q.   Did you have any conversations with him?
16  A.   I don't have.
17  Q.   Okay. For about how long would you say you
18  were able to observe him walking around the scene?
19  A.   It was about for an hour.
20  Q.   Okay. And during that hour of time, did
21  he, as he has alleged in his complaint, appear to
22  be holding his neck as if he was in pain?
23  A.   No.
24  Q.   Was he in tears?
25  A.   No.

### Page 78

1   Q.   Did he appear to have any swelling or
2   bruises about his head or face?
3   A.   No. He was laughing and talking.
4   Q.   Did he appear to have any indication that
5   might lead you to believe that he had traumatic
6   brain injury?
7   A.   No.
8   Q.   Did he have any difficulty with his sense
9   of balance as far as you could tell, walking
10  around?
11  A.   No.
12  Q.   He wasn't falling or stumbling to the
13  ground?
14  A.   No.
15  Q.   Was he able to move his arms and legs in a
16  way that would lead you to believe that he didn't
17  have any weakness of those parts of his body?
18  A.   No.
19  Q.   Was he able to move his arms and his legs?
20  A.   Yes.
21  Q.   Did he look like he had any trouble
22  walking?
23  A.   No.
24  Q.   Did he complain to you of any pain?
25  A.   No.

### Page 79

1   Q.   Was he taken away by way of a stretcher
2   from the accident scene?
3   A.   No.
4   Q.   Do you know if he got in his vehicle and
5   drove it away from the accident scene?
6   A.   Yes.
7   Q.   After this accident happened and prior to
8   you being served with this complaint, were you ever
9   notified that Mr. Davies was claiming that he had
10  been injured as a result of this accident, car
11  accident?
12  A.   No.
13  Q.   So the first time you learned that he had
14  claimed that he was injured from this incident was
15  when you got served the complaint?
16  A.   Yes.
17  Q.   And I take it that since the date you
18  received this complaint you haven't spoken to him.
19  Correct?
20  A.   Yes.
21  Q.   You have not spoken to him?
22  A.   No, I have not spoken to him.
23  Q.   That's all I have. Thank you.
24  REDIRECT EXAMINATION
25  BY ATTORNEY GUENDELSBERGER

### Page 80

1   Q.   Mr. Jindal, you said the distance from your
2   apartment to your brother's office is shorter than
3   the distance from your brother's house at 11 Peters
4   Drive to his office. Is that correct?
5   A.   The distance from my brother's office to my
6   apartment?
7   Q.   From your brother's office to your
8   apartment is shorter in distance from your
9   brother's office to your brother's house?
10  A.   Yes.
11  Q.   How much shorter?
12  A.   Shorter? The office is about one mile.
13  Q.   From your apartment, one mile?
14  A.   Yes.
15  Q.   And how far roughly from his house?
16  A.   Roughly three miles.
17  Q.   Three miles?
18  A.   Uh-huh.
19  Q.   Would you explain to us once again why it
20  is that since you have owned your apartment or been
21  in your apartment that you still stay at your
22  brother's house during the week?
23  A.   During the week?
24  Q.   Yes.
25  A.   I don't stay.

### Page 81

1  Q.   Why is it that his house is still written
2  as your address on your driver's license?
3  A.   That is--because, you see, I am going to
4  shift from this building which I'm renting so this
5  apartment which I rent I'm thinking to shift from
6  that apartment from quite a bit of time. So I
7  might be a person bothering people and all those
8  things so I just use that address because I'm not
9  sure that I will get everything.
10 Q.   Does your wife drive?
11 A.   Yes.
12 Q.   Does she have a car in addition to your
13 car?
14 A.   Now she has. We both have one car.
15 Q.   You both share the same car?
16 A.   Yes.
17 Q.   I have nothing further.
18 CROSS EXAMINATION
19 BY ATTORNEY MCKEON
20 Q.   And your brother Sirindar Jindal he would
21 let you use the 1993 Toyota Camry when you wanted
22 to use it?
23 A.   I did not use it that much, but sometimes
24 if needed I could--you can say take it.
25 Q.   He would let you do that? He never told

### Page 82

1  you don't take the car?
2  A.   Yeah. I don't know whether he liked it or
3  not, but I--suppose my car is out of order, then I
4  can--I could have taken that.
5  Q.   But just so I'm clear, he let you use it?
6  He never told you you can't use that car?
7  A.   My point is that I'm using that much the
8  car. This time, of course, when the accident took
9  place I did not involve him that I was taking his
10 car.
11 Q.   On that day you didn't--
12 A.   Yeah.
13 Q.   Let me finish. But my question is before
14 that day did your brother ever say to you you're
15 not allowed to use the 1993 Camry?
16 A.   My brother, no, he didn't state that.
17 Q.   So he would let you use it when you needed
18 to use it?
19 A.   That is my perception.
20 Q.   Okay. Thank you.
21 REDIRECT EXAMINATION
22 BY ATTORNEY GUENDELSBERGER
23 Q.   Was your wife also allowed to borrow one of
24 your brother's cars if she needed it prior to April
25 of 2001?

### Page 83

1  A.   Actually, first thing is we are not that
2  regular borrowers. My point is if she need, of
3  course, she could have taken.
4  Q.   You were living--
5  A.   She could have taken--
6  Q.   --at your brother's house--
7  A.   For so many years.
8  Q.   --eight or nine years?
9  A.   Yes.
10 Q.   During that time if the need arose, you
11 would borrow one of your brother's cars. Is that
12 correct?
13 A.   Yes.
14 Q.   Could your wife also borrow one of your
15 brother's cars if the need arose--
16 A.   Yes.
17 Q.   --during that time?
18 A.   Yes.
19 Q.   And was it just generally understood that
20 if you or your wife needed a car that you could
21 take one of his during the time that you were
22 living at the house with your brother at 11 Peters
23 Drive?
24 A.   My wife does not drive that much. She
25 drives very rarely.

### Page 84

1  Q.   But your brother allowed you or your wife
2  to borrow one of his cars if you needed it during
3  that period of time you were living there.
4  Correct?
5  A.   He did not give us anything in writing
6  saying, "yes, you can use this car" or "use that
7  car", but we could have taken the car.
8  Q.   Did he ever say, "no, you cannot drive one
9  of my cars"?
10 A.   No.
11 Q.   Thank you. I'm all set.
12 ATTORNEY GUENDELSBERGER:   Thank you.
13
14       (Deposition concluded at 11:12 a.m.)

Page 85

1  STATE OF CONNECTICUT
2
3  I, Teri A. Dougan, Commissioner duly
4  commissioned and qualified in and for the State of
5  Connecticut, do hereby certify that pursuant to
6  notice there came before me on the 29th day of
7  January 2004, the following-named person to wit:
8  PAWAN K. JINDAL who was by me duly sworn to testify
9  to the truth and nothing but the truth; that he was
10 thereupon carefully examined upon his oath and his
11 examination reduced to writing under my
12 supervision; that this deposition is a true record
13 of the testimony given by the witness.
14 I further certify that I am neither
15 attorney nor counsel for nor related to nor
16 employed by any of the parties to the action in
17 which this deposition is taken, and further that I
18 am not a relative or employee of any attorney or
19 counsel employed by the parties hereto, or
20 financially interested in this action.
21 IN WITNESS THEREOF, I have hereunto set my
22 hand this 3rd day of February 2004.
23
24
 - Teri A. Dougan, Notary Public
25  My Commission Expires: March 31, 2005

Page 86

1  INDEX
2
3
   DIRECT EXAMINATION
4  BY ATTORNEY GUENDELSBERGER........................ 4
5  CROSS EXAMINATION
   BY ATTORNEY MCKEON............................... 66
6
   CROSS EXAMINATION
7  BY ATTORNEY CASE................................. 74
8  REDIRECT EXAMINATION
   BY ATTORNEY GUENDELSBERGER....................... 80
9
   CROSS EXAMINATION
10 BY ATTORNEY MCKEON............................... 81
11 REDIRECT EXAMINATION
   BY ATTORNEY GUENDELSBERGER....................... 82
12
13
14 EXHIBITS
15
16
17 Plaintiff's Exhibit No. 1, copy of police
   report............................................ 4
18
   Plaintiff's Exhibit No. 2, photocopy of Mr.
19 Jindal's license................................. 8
20 Defendants' Exhibit Nos. 1-4, color copied
   photographs...................................... 66
21
   Defendants' Exhibit No. 5, Dec pages on the D
22 & P.............................................. 73
23 Defendants' Jindal Exhibit No. 1, copy of
   complaint........................................ 74
24
25