UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------x

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | CIVIL ACTION: 303CV0341 CFD |
| V. | |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>    Defendant | JULY 18, 2003 |

-----------------------------------------------------x

## NOTICE OF COMPLIANCE WITH INTERROGATORIES AND REQUESTS FOR PRODUCTION

    The defendant, PAWAN K. JINDAL, hereby states that he has answered all of the interrogatories contained in the plaintiff's Interrogatories and Requests for Production dated June 24, 2003, except for those Interrogatories which were previously objected to. Said defendant, PAWAN K. JINDAL, further states that he has provided copies of all material requested in the plaintiff's Request for Production except for those items which were not applicable or previously objected to.

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

DEFENDANT -PAWAN K. JINDAL

By _____
**Edward W. Case**
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this 18th day of July, 2003.

Robert J. Guendelsberger, Esq.
Gundelsberger & Taylor
28 Park Lane
New Milford, CT 06776

John P. Majewski, Esq.
Law Offices of Tracey G. Cleary
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

By_____
Edward W. Case
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
:
DAVIES, ARTHUR                    :      CIVIL ACTION: 303CV0341 CFD
    Plaintiff                       :
:
V.                                :
:
JINDAL, PAWAN K. and AMERICAN     :
MANUFACTURERS MUTUAL              :
INSURANCE COMPANY                 :
    Defendant                       :      JUNE 24, 2003
-------------------------------------------------x

## PLAINTIFF'S INTERROGATORIES

The undersigned, on behalf of the Plaintiff, hereby propounds the following interrogatories to be answered by the Defendant, **PAWAN K. JINDAL**, under oath, within thirty (30) days of the filing hereof insofar as the disclosure sought will be of assistance in the prosecution of this action and can be provided by the Defendant with substantially greater facility than could otherwise be obtained.

1. Please state the following:

  (a) your full name and any other name(s) by which you have been known;

  (b) your date of birth;

  (c) your motor vehicle operator's license number;

  (d) your home address;

Page 1

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

    (e)    your business address

**ANSWER:**

(A)    PAWAN K. JINDAL
(B)    08/30/47
(C)    NEW YORK OPERATOR LICENSE # 257 044 194
(D)    11 PETERS DRIVE, WAPPINGERS FALLS, NY 12590
(E)    1081 MAIN STREET, SUITE B, FISHKILL, NY 12524, AT PRESENT WILL BE OUT OF A JOB BY 8/31/03

2.    Have you made any statements, as defined in the Connecticut Practice Book Rule 13-1, to any person regarding any of the incidents alleged in your Complaint?

**ANSWER:**

NO.

3.    If the answer to Interrogatory #2 is affirmative, state:

    (a)    the name and address of the person or persons to whom such statements were made;

    (b)    the date on which such statements were made;

    (c)    the form of the statement (i.e., whether written, made by recording device or recorded by a stenographer, etc.);

    (d)    the name and address of each person having custody, or a copy or copies of each statement.

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

**ANSWER:**

**NOT APPLICABLE.**

    4.    Write the names and addresses of all persons known to you who were present at the time of the incident alleged in the Complaint or who observed or witnessed all or part of the incident.

**ANSWER:**

**ONLY THOSE INDIVIDUALS LISTED ON THE CONNECTICUT UNIFORM POLICE ACCIDENT REPORT (POLICE CASE #A01-128306).**

    5.    As to each individual named in response to Interrogatory #4, state whether to your knowledge, or to the knowledge of your attorney, such individual has given any statement or statements as defined in the Connecticut Practice Book Rule 13-1 concerning the subject matter of the Complaint in this lawsuit. If your answer to this Interrogatory is affirmative, state also:

    (a)    the date on which the statement or statements were taken;

    (b)    the names and addresses of the person or persons who took such statement or statements;

    (c)    the names and addresses of any person present when such statement or statements were taken;

    (d)    whether such statement or statements were written, made by recording device, or taken by court reporter or stenographer;

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

(e) the names and addresses of each person having custody or a copy or copies of such statement or statements.

**ANSWER:**

**THE DEFENDANT IS NOT AWARE OF ANY STATEMENTS.**

6. Please identify, by stating the name and address of any person, other than an expert who will not testify at trial, who took or prepared any and all of the following photographs in your possession or control or in the possession and control of your attorney, and state the dates on which photographs were prepared and by whom:

(a) photographs depicting the accident scene;

(b) photographs depicting any condition or injury alleged to have been caused by the incident alleged in the Complaint;

(c) state the number of photographs taken;

(d) state the date on which each of the photographs were taken.

**ANSWER:**

(A) NONE
(B) PLAINTIFF'S VEHICLE, TAKEN BY LIBERTY MUTUAL INSURANCE COMPANY
GAILE BENNETT'S VEHICLE, TAKEN BY LIBERTY MUTUAL INSURANCE COMPANY
(C) ELEVEN (11) PLAINTIFF'S VEHICLE
FIVE (5) BENNETT'S VEHICLE
(D) ON OR ABOUT 6/7/01
ON OR ABOUT 4/27/01

7. If, at the time of the incident alleged in the Complaint, you were covered by an insurance policy under which an insurer may be liable to satisfy part or all of a judgment or reimburse you for payments to satisfy part or all of a judgment, state the following:

    (a) the name(s) and address(es) of the insured(s);

    (b) the amount of coverage under each insurance policy;

    (c) the name(s) and address(es) of said insurer(s).

**ANSWER:**

(A) SURINDER P. JINDAL
    11 PETER DRIVE, WAPPINGERS FALLS, NY 12590-4935
(B) $300,000 LIABILITY/$5,000 MEDICAL PAYMENTS
(C) LIBERTY MUTUAL INSURANCE COMPANY
    P.O. BOX 5009, WALLINGFORD, CT 06492

8. If at the time of the incident, which is the subject of this lawsuit, you were protected against the type of risk which is the subject of this lawsuit by excess umbrella insurance, or any other insurance, state:

    (a) the name(s) and address(es) of the named insured;

    (b) the amount of coverage effective at this time;

    (c) the name(s) and address(es) of said insurer(s).

**ANSWER:**

**NOT APPLICABLE.**

Page 5

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

## DEFENDANT'S CERTIFICATION

This is to certify that the, defendant in this action, have read the foregoing answers to interrogatories and state that they are true and accurate to the best of my knowledge on this 14th day of July, 2003.

_____
PAWAN K. JINAL

STATE OF NEW YORK     )
                      ) S.S.:
COUNTY OF Dutchess    )

On the 14th day of July, 2003 before me, personally appeared as Pawan K. Jinal, who affirmed under oath, the truth of the foregoing interrogatories and also acknowledged his execution of the above document.

_____
Notary Public
My Commission Expires_____

CARLY BROOME
Notary Public, State of New York
Qualified in Dutchess County
My Commission Expires 04/21/2007

Page 8

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x

DAVIES, ARTHUR
    Plaintiff

V.

JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY
    Defendant

CIVIL ACTION: 303CV0341 CFD

JULY 24, 2003

-------------------------------------------------x

## REQUESTS FOR PRODUCTION

A. The Plaintiff hereby request(s) that the Defendant provide counsel for the Plaintiff with copies of the documents described in the following requests for production, or afford counsel for said Plaintiff the opportunity or, if necessary, sufficient written authorization, to inspect, copy, photograph or otherwise reproduce said documents.

1. A copy of the appraisal or bill for repairs as identified in response to Interrogatory #11.

**SEE ATTACHED.**

2. A copy of declaration page(s) evidencing the insurance policy or policies identified in response to Interrogatory #7.

**SEE ATTACHED.**

Page 9

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

3. A copy of the declaration page or pages evidencing the insurance agreement identified in response to Interrogatory #8.

**NOT APPLICABLE.**

4. A copy of any photographs identified in response to Interrogatory #6.

**SEE ATTACHED.**

5. A copy of any non-privileged statement, as defined in Practice Book Rule 13-1, of any party in this lawsuit concerning this action or its subject matter.

**NOT APPLICABLE.**

PLAINTIFF

By_____
Robert J. Guendelsberger, Esq.
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
Telephone No. (860) 354-4444
Federal Bar No. CT06534

Page 10

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

# CONNECTICUT UNIFORM POLICE ACCIDENT REPORT   FORM PR-1 RF 94

MAY 03 2001

**GPS READINGS:** Latitude: _____  Longitude: _____
Time: _____

**FOR DOT USE ONLY**

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 04/20/01 | 1836 | ☐ Fatal  ☒ Injury  ☐ PDO | 4 | 1 of 5 | A01-128306 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON (Street Name or Route #) | AT ITS INTERSECTION WITH (Street Name or Route #) |
|---|---|---|---|
| Middlebury | 081 | I-84 EASTBOUND | at _____ |

**IF NOT AT INTERSECTION**
1. MEASURE DISTANCE: 10
   ☐ Feet  ☒ Tenths of Mile  ☐ Meters  ☐ Kilometers
2. DIRECTION: ☐ North  ☐ South  ☐ East  ☒ West
3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE OR MILE MARKER: of Exit 17

Accident Occurred: ☐ On Private Property  ☐ Parking Lot

## TRAFFIC UNIT #1 — ☒ Vehicle  ☐ Pedestrian  ☐ Non-Contact Vehicle

| | |
|---|---|
| OPERATOR #1 or PEDESTRIAN NAME | BENNETT, GAIL E. |
| ADDRESS | 34 B Alpine Dr. |
| PROPER LICENSE CLASS | ☒ Yes  ☐ No |
| CITY OR TOWN | WAPPINGERS FALLS |
| STATE | NY |
| ZIP CODE | 12590 |
| SEX | ☐ M  ☒ F |
| OPERATOR LICENSE # | 611595420 |
| STATE | NY |
| DATE OF BIRTH | 12/11/48 |
| OWNER'S NAME | SAME |
| BODY TYPE | 4D SED |
| REGISTRATION # | FV887M |
| STATE | NY |
| VEHICLE YEAR AND MAKE | 2000 NISSAN ALTIMA |
| VIN | 1N4DL01D54C228473 |

## TRAFFIC UNIT #2 — ☒ Vehicle  ☐ Pedestrian  ☐ Non-Contact Vehicle

| | |
|---|---|
| OPERATOR #2 or PEDESTRIAN NAME | BARTHOLOMAY, GWYNN |
| ADDRESS | 119 GRIFFIN POND RD |
| PROPER LICENSE CLASS | ☒ Yes  ☐ No |
| CITY OR TOWN | CLARKS SUMMIT |
| STATE | PA |
| ZIP CODE | 18411 |
| SEX | ☐ M  ☒ F |
| OPERATOR LICENSE # | 23595900 |
| STATE | PA |
| DATE OF BIRTH | 1/28/59 |
| OWNER'S NAME | DEMETRO, CYNTHIA J. |
| ADDRESS | 31 BUTTERNUT LANE |
| CITY OR TOWN | VERNON |
| STATE | CT |
| ZIP CODE | 06066 |
| BODY TYPE | 2 DR |
| REGISTRATION # | MN4762 |
| STATE | CT |
| VEHICLE YEAR AND MAKE | 1995 GMC JIMMY |
| VIN | 1GKDT13W7S2116950 |

**Unit #1**
- ENFORCEMENT ACTION TAKEN: ☒ None
- AUTOMOBILE INSURANCE — NAME — POLICY #: NEW YORK MUTUAL #7000645
- PARTS OF VEHICLE DAMAGED: REAR BUMPER (PASSENGERS SIDE)
- VEHICLE TOWED TO: _____  ☐ TOWED DUE TO DAMAGE

**Unit #2**
- ENFORCEMENT ACTION TAKEN: ☒ None
- AUTOMOBILE INSURANCE — NAME — POLICY #: TRAVELER'S PROPERTY #941499239/011
- PARTS OF VEHICLE DAMAGED: DAMAGE TO FRONT + REAR BUMPERS
- VEHICLE TOWED TO: _____  ☐ TOWED DUE TO DAMAGE

## NAME AND ADDRESS OF EACH INVOLVED PERSON

| # | L | M | N | Name / Role | Date of Birth |
|---|---|---|---|---|---|
| 1 | 1 | N | 01 | TRAFFIC UNIT #1 OPERATOR | |
| 2 | 2 | N | 01 | TRAFFIC UNIT #2 OPERATOR | |
| 3 | 1 | N | 03 | SLAYTON, DAVID L. 305 CHERRY HILL DR. Poughkeepsie, NY | 07/29/40 |