**ACCIDENT DIAGRAM** — Page # 2 of 6 — Police Case Number A01-128306 — INDICATE NORTH ↑

NOT TO SCALE

METAL BEAM GUARDRAIL

I-84 EASTBOUND 1 MILE WEST OF x 17

MEDIAN

E/B, LL — VEH#4 ▸ VEH#3 ▸ VEH#2 ▸ VEH#1 ▸    FINAL REST    VEH#4 ▸ VEH#3 ▸ VEH#2 ▸ VEH#1
                                                                    AOI#1  AOI#2  AOI#3

E/B, RL

SHOULDER

EXIT 17 1 MILE AHEAD SIGN

TRAFFIC UNIT # 1   TRAVELING  ☒E  ON I-84 E/B 1 MILE WEST OF x 17
TRAFFIC UNIT # 2   TRAVELING  ☒E  ON I-84 E/B 1 MILE WEST OF x 17

VEHICLE'S #1, 2, 3, + 4 WERE TRAVELING I-84 EASTBOUND (1) ONE MILE WEST OF EXIT 17 IN THE LEFT LANE OF (2) TWO LANES, WHEN SUDDENLY VEHICLE #1 (BENNETT) APPLIED THE BRAKES AND CAME TO A COMPLETE STOP DUE TO THE SLOWING AND STOPPING TRAFFIC AHEAD. VEHICLE #2 (BARTHOLOMAY) OBSERVING THIS APPLIED HER BRAKES AND CAME TO A COMPLETE STOP DUE TO THE STOPPING TRAFFIC AHEAD. VEHICLE #3 (DAVIES) THEN APPLIED HIS BRAKES AND CAME TO A COMPLETE STOP DUE TO THE STOPPING TRAFFIC AHEAD OF HIM. VEHICLE #4 (JINDAL) OBSERVED THE SUDDEN STOPPED TRAFFIC AND APPLIED HIS BRAKES ATTEMPTING TO STOP. VEHICLE #4 SKIDDED LEAVING APPROXIMATELY 15 FT OF SKID MARKS AND STRUCK VEHICLE #3 (AOI #1). THE MOMENTUM OF THE IMPACT CAUSED VEHICLE #3 TO STRIKE VEHICLE #2 (AOI #2) CAUSING VEHICLE #2 TO STRIKE VEHICLE #1 (AOI #3). OPERATOR #1 (BENNETT) STATED THAT SHE WAS TRAVELING IN THE LEFT LANE WHEN SHE HAD TO SLOW DOWN AND STOP FOR THE TRAFFIC AHEAD OF HER. SHE THEN STATED THAT SHE HAD COME TO A

1. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE
NAME AND ADDRESS OF PROPERTY OWNER
2. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE
NAME AND ADDRESS OF PROPERTY OWNER

RANK AND SIGNATURE OF INVESTIGATING OFFICER #1117 | OFFICER ID# 1117 | POLICE AGENCY IDENTIFICATION CSP-A | REPORT DATE 04/25/01 | CASE STATUS OPEN | SUPERVISOR

# CONNECTICUT UNIFORM POLICE ACCIDENT REPORT — FORM PR-1 REV

**GPS READINGS:** Latitude: _____  Longitude: _____  Time: _____

**FOR DOT USE ONLY:** 09 / A1 / B1 / C1 / D1 / E0 / F4 / G2

| DATE OF ACCIDENT | MILITARY TIME | ACCIDENT SEVERITY | # VEHICLES INVOLVED | PAGE # | POLICE CASE NUMBER |
|---|---|---|---|---|---|
| 04 20 01 | 1836 | ☐ Fatal ☑ Injury ☐ PDO | 4 | 3 of 5 | A01-128306 |

| TOWN OR CITY NAME | TOWN CODE | ACCIDENT OCCURRED ON | AT ITS INTERSECTION WITH |
|---|---|---|---|
| Middlebury | 081 | I-84 EAST BOUND | |

**IF NOT AT INTERSECTION:**
1. MEASURE DISTANCE: 10 ☑ Tenths of Mile ☐ Feet ☐ Meters ☐ Kilometers
2. DIRECTION: ☐ North ☐ South ☐ East ☑ West
3. NAME OF NEAREST INTERSECTING STREET, TOWN LINE OR MILE MARKER: Exit 17

Accident Occurred: ☐ On Private Property ☐ Parking Lot

---

**TRAFFIC UNIT #1:** ☑ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

Side markers: 02 / 3S / 35 / 29J / (blank) / K2

| Field | Value |
|---|---|
| OPERATOR #1 NAME | DAVIES, ARTHUR W. |
| ADDRESS | 117 N. LINCOLN AVE |
| PROPER LICENSE CLASS | ☐ Yes ☐ No |
| CITY OR TOWN | LIVERPOOL |
| STATE | NY |
| ZIP CODE | 13088 |
| SEX | ☑ M ☐ F |
| OPERATOR LICENSE # | 801875928 |
| STATE | NY |
| DATE OF BIRTH | 09/1/1958 |
| OWNER'S NAME | SAME |
| ADDRESS | SAME |
| BODY TYPE | 4DR |
| REGISTRATION # | X547PL |
| STATE | NY |
| VEHICLE YEAR AND MAKE | 1996 Toyota Suburban, GRN |
| VIN | JT3HJ85J4T0119301 |

SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☐ Side of Vehicle ☑ USDOT ☐ ICCMC
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☑ No
HAZARDOUS CARGO RELEASED? ☐ Yes ☑ No
ENFORCEMENT ACTION TAKEN: ☑ None ☐ Arrest ☐ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S: _____
SUBJECT OF ACTION: ☐ Operator ☐ Owner ☐ Carrier ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME / POLICY #: AMERICAN MANUFACTURERS / CU820918
PARTS OF VEHICLE DAMAGED: REAR + FRONT BUMPER, HOOD
VEHICLE TOWED TO: _____  ☐ TOWED DUE TO DAMAGE

---

**TRAFFIC UNIT #2:** ☑ Vehicle ☐ Pedestrian ☐ Non-Contact Vehicle

Side markers: 02 / 3S / 35 / 29J / K2 / V4 / W08

| Field | Value |
|---|---|
| OPERATOR #2 NAME | JINDAL, PAWAN K. |
| ADDRESS | 11 PETERS DR. |
| PROPER LICENSE CLASS | ☐ Yes ☐ No |
| CITY OR TOWN | WAPPINGERS FALLS |
| STATE | NY |
| ZIP CODE | 12590 |
| SEX | ☑ M ☐ F |
| OPERATOR LICENSE # | 257 044 194 |
| STATE | NY |
| DATE OF BIRTH | 08/30/47 |
| OWNER'S NAME | SAME |
| ADDRESS | SAME |
| BODY TYPE | 4DR SED |
| REGISTRATION # | B401CC |
| STATE | NY |
| VEHICLE YEAR AND MAKE | 1993 Toyota CAMRY |
| VIN | 4T1SK12E8PU301244 |

SOURCE OF CARRIER NAME: ☐ Shipping Papers/Trip Manifest ☐ Driver ☐ Side of Vehicle ☑ USDOT ☐ ICCMC
HAZARDOUS MATERIAL PLACARD REQUIRED? ☐ Yes ☑ No
HAZARDOUS CARGO RELEASED? ☐ Yes ☑ No
ENFORCEMENT ACTION TAKEN: ☐ None ☑ Arrest ☐ Written Warning ☐ Verbal Warning
STATUTE OR ORDINANCE #'S: 14-240
SUBJECT OF ACTION: ☑ Operator ☐ Owner ☐ Carrier ☐ Pedestrian
AUTOMOBILE INSURANCE — NAME / POLICY #: Liberty Mutual INS / A02221454 03709
PARTS OF VEHICLE DAMAGED: ENTIRE FRONT END — AIR BAG DEPLOYED
VEHICLE TOWED TO: FORD'S AUTOMOTIVE, MIDDLEBURY, CT  ☐ TOWED DUE TO DAMAGE

---

## NAME AND ADDRESS OF EACH INVOLVED PERSON

| # | L | M | N | Name/Address | Date of Birth | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 | 3 | N | 01 | TRAFFIC UNIT 3 OPERATOR | ███ | 4 | 2 | 1 |
| 2 | 4 | C | 01 | TRAFFIC UNIT 4 OPERATOR | ███ | 4 | 1 | 1 |
| 3 | 4 | D | 03 | JINDAL, ARUNA, 11 PETERS DR, WAPPINGERS FALLS, NY | 06/18/49 | 4 | 2 | 1 |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |

| ACCIDENT DIAGRAM | Page # 4 of __ | Police Case Number 401-128306 |

INDICATE NORTH 

# SEE MAP PAGE 2

TRAFFIC UNIT # 3  TRAVELING ☐N ☐S ☒E ☐W ON I-84 E/B 1 MILE WEST OF X 17

TRAFFIC UNIT # 4  TRAVELING ☐N ☐S ☒E ☐W ON I-84 E/B 1 MILE WEST OF X 17

COMPLETE STOP. A SECOND OR TWO LATER HER VEHICLE WAS STRUCK BY VEHICLE #2. OPERATOR #2 (BARTHOLOMAY) STATED THAT SHE WAS TRAVELING IN THE LEFT LANE WHEN SHE HAD TO SLOW DOWN AND STOP FOR THE TRAFFIC AHEAD OF HER. OPERATOR #2 ALSO STATED THAT SHE HAD COME TO A COMPLETE STOP BEFORE BEING STRUCK BY VEHICLE #3. OPERATOR #3 (DAVIES) STATED THAT HE WAS TRAVELING IN THE LEFT LANE WHEN HE HAD TO SLOW DOWN AND STOP FOR TRAFFIC AHEAD OF HIM. HE THEN STATED THAT HE HAD COME TO A COMPLETE STOP WHEN HIS VEHICLE WAS STRUCK BY VEHICLE #4. OPERATOR #4 (JINDAL) STATED THAT HE WAS TRAVELING IN THE LEFT LANE WHEN THE VEHICLES IN FRONT OF HIM CAME TO A SUDDEN STOP. OPERATOR #4 STATED THAT HE APPLIED HIS BRAKES AND ATTEMPTED TO STOP BUT COULDN'T CAUSING HIM TO STRIKE VEHICLE #3. THE OCCUPANTS IN VEHICLES 1, 2, +3 APPEARED TO BE UNINJURED. OPERATOR #4 STATED HE WAS UNINJURED, HOWEVER, HIS PASSENGER, ARUNA JINDAL, (DOB 06/18/54) WAS TRANSPORTED BY AMBULANCE TO WATERBURY HOSPITAL FOR COMPLAINTS OF PAIN IN THE

1. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE

NAME AND ADDRESS OF PROPERTY OWNER

2. DESCRIBE THE NATURE AND EXTENT OF PROPERTY DAMAGE

NAME AND ADDRESS OF PROPERTY OWNER

| RANK AND SIGNATURE OF INVESTIGATING OFFICER #1117 | OFFICER ID# 1117 | POLICE AGENCY IDENTIFICATION CSP-A | REPORT DATE 04/25/01 | CASE STATUS OPEN ☐ CLOSED ☒ | SUPERVISOR |

| STATE OF CONNECTICUT DEPARTMENT OF PUBLIC SAFETY DIVISION OF STATE POLICE DPS-302-C-1 REV. 5/95 | | CONTINUATION OF INVESTIGATION REPORT | | | | |
|---|---|---|---|---|---|---|
| CASE NUMBER A01-128306 | INCIDENT TYPE 4 CAR MVA | PROSECUTOR'S REPORT ☐ HAS BEEN SENT | ☐ SUPPLEMENTARY | ☐ RE-OPEN | ☐ ASSIST | ☒ CLOSING |

NECK, BACK AND HANDS. DAMAGE TO VEHICLE #1 CONSISTED OF (MINOR) DAMAGE TO THE REAR PASSENGERS SIDE BUMPER. VEHICLE #2 SUSTAINED (MINOR) DAMAGE TO THE FRONT AND REAR BUMPERS. VEHICLE #3 SUSTAINED (MINOR) DAMAGE TO THE HOOD AND FRONT AND REAR BUMPERS. VEHICLE #4 SUSTAINED (HEAVY) FRONT END DAMAGE AND AIRBAG DEPLOYMENT (DRIVERS SIDE) AND WAS THEREFORE TOWED TO FORD'S AUTOMOTIVE, MIDDLEBURY, CT.

BASED UPON EVIDENCE AT THE SCENE, DAMAGE TO THE VEHICLES INVOLVED, OPERATOR AND WITNESS STATEMENTS, I CONCLUDE THAT OPERATOR #4 WAS FOLLOWING TOO CLOSELY TO VEHICLE #3, FAILING TO LEAVE A SAFE DISTANCE SO THAT HE MAY REACT IN TIME FOR A SUDDEN STOP. OPERATOR #4, IN APPLYING HIS BRAKES, LEFT APPROXIMATELY 15 FT OF SKID MARKS IN HIS ATTEMPT TO STOP FOR THE VEHICLES AHEAD OF HIM, CAUSING HIM TO STRIKE VEHICLE #3. THEREFORE, OPERATOR #4 (JINDAL) WAS GIVEN AN INFRACTION TICKET FOR FAILURE TO DRIVE A REASONABLE DISTANCE APART SS14-240.

| STATUS OF CASE | 1. ACTIVE 2. CLEARED ARREST | 3. SUSPENDED 4. X-CLEARED | F. FUGITIVE 6. NO CRIMINAL ASPECT | CODE 6 | AGE OF OLDEST ACCUSED (MUST BE USED WHEN CODE 2 OR 4 IS USED) | PAGE NUMBER 5 OF 5 |
|---|---|---|---|---|---|---|
| SUPERVISOR'S SIGNATURE | | ID NO. 112 | INVESTIGATING TPR'S SIGNATURE TPR | | ID NO. 1117 | DATE OF REPORT 04/ /01 |

ENDORSEMENT 02

LIBERTY MUTUAL FIRE INSURANCE COMPANY
LIBERTYGUARD AUTO POLICY DECLARATIONS
BOSTON, MASSACHUSETTS

POLICY NUMBER: AO2-221-454039-900 0        THESE DECLARATIONS EFFECTIVE 12/30/00

NAMED INSURED AND MAILING ADDRESS
SURINDER P JINDAL
11 PETER DR
WAPPINGERS FALLS NY  12590-4935

FOR SERVICE CALL OR WRITE:
1110 RT 55
LAGRANGEVILLE NY 12540

845-471-6500/800-342-0280
CLAIMS: 800-252-5730

POLICY PERIOD: 07/30/00 TO 07/30/01 12:01AM STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED IN THE POLICY.

CHANGES MADE: CHANGE LIABILITY*VEH 1,2
              INCREASE OTHER THAN COLLISION DEDUCTIBLE*VEH 1,2
              INCREASE COLLISION DEDUCTIBLE*VEH 1,2

PREMIUM ADJUSTMENT FROM 12/30/00 TO 07/30/01:    VEH 1     VEH 2
                                              $   18CR      20CR
TOTAL ADJUSTMENT:  $    38.00CR

COVERAGES AND LIMITS UNDER YOUR AUTO POLICY:  COVERAGE IS PROVIDED WHERE A
                                              PREMIUM IS SHOWN FOR THE COVERAGE
PART                                              VEH 1     VEH 2
A. LIABILITY                  $ 300,000 EACH ACCIDENT  $  290      290
B. MEDICAL PAYMENTS           $   5,000 EACH PERSON    $    2        2
C. SUPPLEMENTARY UNINSURED/UNDERINSURED                $   22       22
   MOTORISTS (SUM)
   BODILY INJURY              $  25,000 EACH PERSON
                              $  50,000 EACH ACCIDENT

PERSONAL INJURY PROTECTION (PIP)
MANDATORY BASIC ECONOMIC LOSS         $  50,000    $  102       92
   ~~NO DEDUCTIBLE~~
OPTIONAL BASIC ECONOMIC LOSS          $  25,000    $    7        7
ADDITIONAL PIP                        $  50,000    $   11       11
                                      --------       -----    -----
AGGREGATE PIP BENEFITS AVAILABLE      $ 125,000    $  120      110

MAXIMUM MONTHLY INCOME                $   2,500
OTHER NECESSARY EXPENSES (PER DAY)    $      50
DEATH BENEFIT                         $   2,000

D. COVERAGE FOR DAMAGE TO YOUR AUTO
   OTHER THAN COLLISION                              $   49       55
     ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN:
        VEH 1 $1000/GLASS*  VEH 2 $1000/GLASS*
*NO DEDUCTIBLE APPLIES TO GLASS COVERAGE LOSSES
   COLLISION                                         $  103      113
     ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN:
        VEH 1 $1000          VEH 2 $1000

| OFFICE | REP | N/R | IST YR | POL CODE | AMOUNT | ISSUED | USH | CSH | MAIL | AQ. | VEH | USE | TAX TERR | TOWN/COUNTY CODE | IO | MERIT | PF | FRS | ED | INSP | OSR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807 | 0000 | 3 | 87 | 10 | 0 | 12/29/00 | 00 | 00 | | N2 | 1 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 4 | 04 | N |
| | | | | | | | | | | | 2 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 4 | 04 | N |

JACKET 3075 1289
X807B70FLEMIN/      /

RESTRAINT 2100

LIBERTY MUTUAL FIRE INSURANCE COMPANY  
LIBERTYGUARD AUTO POLICY DECLARATIONS  
BOSTON, MASSACHUSETTS

ENDORSEMENT 02  
PAGE 03

POLICY NUMBER: A02-221-454039-900 0  
THESE DECLARATIONS EFFECTIVE: 12/30/00

NAMED INSURED AND MAILING ADDRESS  
SURINDER P JINDAL  
11 PETER DR  
WAPPINGERS FALLS NY 12590-4935

FOR SERVICE CALL OR WRITE:  
1110 RT 55  
LAGRANGEVILLE NY 12540

845-471-6500/800-342-0280  
CLAIMS: 800-252-5730

(CONTINUED FROM PREVIOUS PAGE)

THE FOLLOWING DISCOUNTS DISPLAYED WITH "YES" HAVE BEEN APPLIED TO YOUR POLICY. THE DISCOUNTS INDICATED AS "NO" HAVE NOT BEEN APPLIED TO YOUR POLICY. IF YOU BELIEVE THAT YOU MAY BE ELIGIBLE FOR ANY DISCOUNT(S) LISTED AS "NO", PLEASE CONTACT YOUR LOCAL SALES OR SERVICE REPRESENTATIVE SHOWN ON THE FIRST PAGE OF YOUR POLICY DECLARATIONS.

| DISCOUNTS | VEH 1 | VEH 2 |
|---|---|---|
| ACCIDENT PREVENTION COURSE | NO | NO |
| ANTI-LOCK BRAKES | YES | YES |
| ANTI-THEFT DEVICE(S) | YES | YES |
| DAYTIME RUNNING LAMPS | NO | NO |
| DRIVER TRAINING | NO | NO |
| MULTI-CAR | YES | YES |
| PASSIVE RESTRAINT (AUTOMATIC SEAT BELT AND/OR AIR BAGS) | YES | YES |
| PIP CREDIT | NO | NO |

OPERATOR INFORMATION:

| NO. | NAME | DATE OF BIRTH |
|---|---|---|
| 1 | SURINDER P JINDAL | 10/28/52 |
| 2 | NEER JINDAL | 10/07/59 |

| OFFICE | REP | N/R | 1ST YR | POL CODE | AMOUNT | ISSUED | USH | CSH | MAIL | RQ | VEH | USE | TAX TERR | TOWN/COUNTY CODE | IO | MERIT | PF | FAS | EO | INSP | OSR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807 | 0000 | 3 | 87 | 10 | 0 | 12/29/00 | 00 | 00 | | N2 | 1 | 01 | 1325 | 000 | 4 | 910 | 8 | 004 | 04 | N | |
| | | | | | | | | | | | 2 | 01 | 1325 | 000 | 4 | 910 | 8 | 004 | 04 | N | |

JACKET 3075 1289  
X807B70FLEMIN/    /

RESTRAINT 2100

ENDORSEMENT 03

LIBERTY MUTUAL FIRE INSURANCE COMPANY
LIBERTYGUARD AUTO POLICY DECLARATIONS
BOSTON, MASSACHUSETTS

POLICY NUMBER: A02-221-454039-900 0

THESE DECLARATIONS EFFECTIVE: 04/24/01

NAMED INSURED AND MAILING ADDRESS:
SURINDER P JINDAL
11 PETER DR
WAPPINGERS FALLS NY 12590-4935

FOR SERVICE CALL OR WRITE:
1110 RT 55
LAGRANGEVILLE NY 12540

845-471-6500/800-342-0280
CLAIMS: 800-252-5730

POLICY PERIOD: 07/30/00 TO 07/30/01 12:01AM STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED IN THE POLICY.

CHANGES MADE: ELIMINATE OTHER THAN COLLISION*VEH 1
ELIMINATE COLLISION*VEH 1
ELIMINATE FULL GLASS*VEH 1
ELIMINATE TOWING AND LABOR VEH 1

ELIMINATE ANTI-THEFT*VEH 1

PREMIUM ADJUSTMENT FROM 04/24/01 TO 07/30/01:   VEH 1   VEH 2
TOTAL ADJUSTMENT:   $  43.00CR                   $ 43CR

COVERAGES AND LIMITS UNDER YOUR AUTO POLICY:   COVERAGE IS PROVIDED WHERE A
PART                                           PREMIUM IS SHOWN FOR THE COVERAGE
                                                 VEH 1     VEH 2
A. LIABILITY                 $ 300,000 EACH ACCIDENT  $ 290    290
B. MEDICAL PAYMENTS          $   5,000 EACH PERSON    $   2      2
C. SUPPLEMENTARY UNINSURED/UNDERINSURED               $  22     22
   MOTORISTS (SUM)
   BODILY INJURY             $  25,000 EACH PERSON
                             $  50,000 EACH ACCIDENT

PERSONAL INJURY PROTECTION (PIP)
MANDATORY BASIC ECONOMIC LOSS      $ 50,000    $ 102    92
   NO DEDUCTIBLE
OPTIONAL BASIC ECONOMIC LOSS       $ 25,000    $   7     7
ADDITIONAL PIP                     $ 50,000    $  11    11
                                   -------     -----   -----
AGGREGATE PIP BENEFITS AVAILABLE   $125,000    $ 120   110

MAXIMUM MONTHLY INCOME             $  2,500
OTHER NECESSARY EXPENSES (PER DAY) $     50
DEATH BENEFIT                      $  2,000

D. COVERAGE FOR DAMAGE TO YOUR AUTO
   OTHER THAN COLLISION
   ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN:    $ N/A    55
       VEH 2 $1000/GLASS*
*NO DEDUCTIBLE APPLIES TO GLASS COVERAGE LOSSES

| OFFICE | REP | M/R | IST YR | POL CODE | AMOUNT | ISSUED | USH | CSH | MAIL | RQ | VEH | USE | TAX TERR | TOWN/COUNTY CODE | IO | MERIT | PF | FRS | EO | INSP | OSR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807 | 0000 | 3 | 87 | 10 | 0 | 05/15/01 | 00 | 00 | | N2 | 1 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 1 | 00 | N |
| | | | | | | | | | | | 2 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 4 | 04 | N |

JACKET 3075 1289
X807B65HOOSE*/H58/

RESTRAINT 2100

LIBERTY MUTUAL FIRE INSURANCE COMPANY  
LIBERTYGUARD AUTO POLICY DECLARATIONS  
BOSTON, MASSACHUSETTS

ENDORSEMENT 03  
PAGE 02

POLICY NUMBER  
A02-221-454039-900  0

THESE DECLARATIONS EFFECTIVE 04/24/01

NAMED INSURED AND MAILING ADDRESS  
SURINDER P JINDAL  
11 PETER DR  
WAPPINGERS FALLS NY  12590-4935

FOR SERVICE CALL OR WRITE:  
1110 RT 55  
LAGRANGEVILLE NY 12540

845-471-6500/800-342-0280  
CLAIMS: 800-252-5730

(CONTINUED FROM PREVIOUS PAGE)

COLLISION  
   ACTUAL CASH VALUE LESS DEDUCTIBLE SHOWN:   $  N/A  113  
   VEH 2 $1000

OPTIONAL COVERAGE  
   TOWING AND LABOR COST - $50 EACH DISABLEMENT    $       6

NY MOTOR VEHICLE LAW ENFORCEMENT FEE:           $    1    1

ANNUAL PREMIUM PER VEHICLE:                 $  435   599

TOTAL ANNUAL POLICY PREMIUM:                $ 1034.00

ENDORSEMENTS ATTACHED TO YOUR POLICY:  
2330             CHANGE OF FACSIMILE SIGNATURE  
2323             ANNUAL MEETING DATE CHANGE  
PP 05 87 02 00  PIP COVERAGE - NY  
PP 05 88 02 00  ADDITIONAL PIP COVERAGE - NY  
PP 05 93 11 91  OPTIONAL BASIC ECONOMIC LOSS COVERAGE  
PP 04 09 04 98  SUPPLEMENTARY UNINSURED MOTORISTS - NEW YORK  
PP 04 10 04 98  SPLIT SUPPLEMENTARY UNINSURED MOTORISTS - NEW YORK  
PP 01 79 01 96  AMENDMENT OF POLICY PROVISIONS  
PP 03 03 04 86  TOWING AND LABOR COSTS COVERAGE  
PP 03 65 08 86  FULL COVERAGE WINDOW GLASS - NEW YORK  
PP 03 46 08 90  RENTAL VEHICLE COVERAGE ENDORSEMENT - NEW YORK

VEHICLES COVERED BY YOUR POLICY:

| VEH | YR | MAKE | MODEL | IDENTIFICATION # | CLASS | STATE | RATING TERRITORY | RATING SYMBOL |
|---|---|---|---|---|---|---|---|---|
| 1 | 93 | TOYO | CAMRY | 4T1SK12E8PU301244 | 07 | NY 31 | 033 | 07 |
| 2 | 94 | TOYO | CAMRY | 4T1SK12E9RU363979 | 07 | NY 31 | 033 | 08 |

YOUR PREMIUM REFLECTS THE FOLLOWING. IF INCORRECT, CONTACT YOUR SERVICE OFFICE.

CLASS  07 PREFERRED RATE - PLEASURE USE - NO YOUTHFUL OPERATORS - COMMUTING LESS  
      THAN 3 MILES ONE WAY - PRINCIPAL OPERATOR AGE 40-64.

VEH 1,2    GARAGED AT NAMED INSURED'S ADDRESS

SAFE DRIVER INSURANCE PLAN:  
   VEH 1    10% CREDIT             VEH 2    10% CREDIT

| OFFICE | REP | N/R | 1ST YR | POL CODE | AMOUNT | ISSUED | USH | CSH | MAIL | RQ | VEH | USE | TAX TERR | TOWN/COUNTY CODE | TO | MERIT | PF | FRS | EO | INSP | OSR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807 | 0000 | 3 | 87 | 10 | 0 | 05/15/01 | 00 | 00 | | N2 | 1 | 01 | 1325 | 000 | 4 | 910 | 8 | 001 | 00 | N | |
| | | | | | | | | | | | 2 | 01 | 1325 | 000 | 4 | 910 | 8 | 004 | 04 | N | |

JACKET 3075 1289  
X807B65HOOSE*/H58/

RESTRAINT 2100

LIBERTY MUTUAL FIRE INSURANCE COMPANY  
LIBERTYGUARD AUTO POLICY DECLARATIONS  
BOSTON, MASSACHUSETTS

ENDORSEMENT 03  
PAGE 03

POLICY NUMBER: A02-221-454039-900 0

THESE DECLARATIONS EFFECTIVE: 04/24/01

NAMED INSURED AND MAILING ADDRESS:  
SURINDER P JINDAL  
11 PETER DR  
WAPPINGERS FALLS NY 12590-4935

FOR SERVICE CALL OR WRITE:  
1110 RT 55  
LAGRANGEVILLE NY 12540

845-471-6500/800-342-0280  
CLAIMS: 800-252-5730

(CONTINUED FROM PREVIOUS PAGE)

THE FOLLOWING DISCOUNTS DISPLAYED WITH "YES" HAVE BEEN APPLIED TO YOUR POLICY. THE DISCOUNTS INDICATED AS "NO" HAVE NOT BEEN APPLIED TO YOUR POLICY. IF YOU BELIEVE THAT YOU MAY BE ELIGIBLE FOR ANY DISCOUNT(S) LISTED AS "NO", PLEASE CONTACT YOUR LOCAL SALES OR SERVICE REPRESENTATIVE SHOWN ON THE FIRST PAGE OF YOUR POLICY DECLARATIONS.

DISCOUNTS

| | VEH 1 | VEH 2 |
|---|---|---|
| ACCIDENT PREVENTION COURSE | NO | NO |
| ANTI-LOCK BRAKES | YES | YES |
| ANTI-THEFT DEVICE(S) | NO | YES |
| DAYTIME RUNNING LAMPS | NO | NO |
| DRIVER TRAINING | NO | NO |
| MULTI-CAR | YES | YES |
| PASSIVE RESTRAINT (AUTOMATIC SEAT BELT AND/OR AIR BAGS) | YES | YES |
| PIP CREDIT | NO | NO |

OPERATOR INFORMATION:  
NO.  NAME  
1   SURINDER P JINDAL  
2   NEER JINDAL

DATE OF BIRTH  
10/28/52  
10/07/59

| OFFICE | REP | N/R | 1ST YR | POL CODE | AMOUNT | ISSUED | USH | CSH | MAIL | RQ | VEH | USE | TAX YEAR | TOWN/COUNTY CODE | IO | MERIT | PF | FAS | ED | INSP | OSR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 807 | 0000 | 3 | 87 | 10 | 0 | 05/15/01 | 00 | 00 | | N2 | 1 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 1 | 00 | N |
| | | | | | | | | | | | 2 | 01 | 1325 | 000 | 4 | 910 | 8 | 00 | 4 | 04 | N |

JACKET 3075 1289  
X807B65HOOSE*/H58/

RESTRAINT 2100

```
                       AUTO APPRAISAL REPORT
                  LIBERTY MUTUAL INSURANCE COMPANY
              325 ESSJAY ROAD, SUITE 210      P.O. BOX 9030
                    WILLIAMSVILLE, NEW YORK 14231-9030
         REP. SHOP LIC.# R5151624      (716) 631-9140      1 (800) 457-9140

        CD LOG NO 2639   -0                           06-07-01  8:40 AM
                              ESTIMATE
```

CLAIM INFORMATION
  CLAIM #         001458159-09                POLICY #       LA163
  COMPANY         LIBERTY MUTUAL              CLM REP/AGNT   GAISER LAW FIRM,
  INSURED         SURINDER JINDAL,            LOSS DATE      04-20-01
  CLAIMANT        ARTHUR DAVIES,              LOSS TYPE      LIABILITY

INSPECTION
  TYPE            FIELD
  APPRAISER NAME  MICHAEL VENTRONE
  LICENSE #       IA-871765
  WORK PHONE
  ADDRESS                                     FAX            (716) 839-4845
  CITY STATE                                  INSP DATE      06-07-01
  ZIP                                         LOCATION       117 N.LINCOLN AVE
                                              CITY STATE     LIVERPOOL       NY

OWNER
  DAVIES,ARTHUR
  117 NORTH LINCOLN AVE.                      WORK#(800) 603-6852
  LIVERPOOL  NY                               HOME#

REPAIR
                                              REPAIR    30 DAYS

VEHICLE
  1996 TOYOTA LAND CRUISER STD 4 DR WAGON
  6CYL GASOLINE 4.5

OPTIONS
  TWO-STAGE - EXTERIOR SURFACES        TWO-STAGE - INTERIOR SURFACES
  WHEEL FLARES                         RUNNING BOARDS
  ELEC REMOTE CONTROL MIRRORS          POWER DOOR LOCKS
  POWER WINDOWS                        MOONROOF
  LUGGAGE RACK                         PRIVACY GLASS
  REAR SPOILER                         FRAME MOUNTED TRAILER HITCH
  ANTI-LOCK BRAKE SYSTEM               AIR CONDITIONING
  CRUISE CONTROL

  BODY COLOR      GRAY         MILEAGE    113,698
  CONDITION       GOOD         VIN        NY51567
  LICENSE #       X547PL       CODE       Y642
  LICENSE STATE   NY           VEH INSP #

REMARKS:

OP CODES:
  *  = USER-ENTERED VALUE    E  = REPLACE OEM            NG = REPLACE NAGS
  EC = QUALITY REPL. PART    EU = LIKE KIND & QUALITY    EP = QUALITY REPL. PART

-1-

```
 1996 TOYOTA LAND CRUISER S    DR WAGON
 CLAIM # 001458159-09               LOG 2639    -0              06-07-01  8:40 AM

 TE = PARTL REPL PRICE      ET = PARTL REPL LABOR     IT = PARTIAL REPAIR
  I = REPAIR                 L = REFINISH             SB = SUBLET
  N = ADDITIONAL LABOR      RI = R&I ASSEMBLY          P = CHECK
 AA = APPEAR ALLOWANCE      RP = RELATED PRIOR        UP = UNRELATED PRIOR

 OP  GDE  MC  DESCRIPTION                 MFR.PART NO.       PRICE   AJ%   HOURS R
 --  ---  --  -----------                 ------------       -----   ---   ----- -
  E  0006     BUMPER,FRONT                5211160540         179.52         2.5 1
  L  0006     BUMPER,FRONT                REFINISH                          1.0 4
                                           SURFACE                          0.8
                                           TWO-STAGE                        0.2
  E  0012     EXTN,FRONT BUMPER OTR    LT 5210360210          73.14        INC 1
  E  0013     EXTN,FRONT BUMPER OTR    RT 5210260210          73.14        INC 1
  E  0019     GRILLE,FRT BUMPER LWR    LT 5311360020          13.60        INC 1
  E  0020     GRILLE,FRT BUMPER LWR    RT 5311260030          13.60        INC 1
  E  0017     BRACE,FRONT BUMPER       LT 5214360040          14.60            1
  E  0018     BRACE,FRONT BUMPER       RT 5214360040          14.60            1
  E  0021     BRKT,FRONT BUMPER MTG    LT 5214960030          12.98            1
  E  0022     BRKT,FRONT BUMPER MTG    RT 5214960030          12.98            1
  E  0007     BRKT,FRONT BUMPER MTG    LT 5214260060          45.96        INC 1
  E  0008     BRKT,FRONT BUMPER MTG    RT 5214160070          45.96        INC 1
  E  0011     PANEL,FRONT END             5390360030         136.95         1.3 1
  L  0011     PANEL,FRONT END             REFINISH                          1.4 4
                                           SURFACE                          0.7
                                           TWO-STAGE                        0.1
                                           TWO-STAGE SETUP                  0.6
  E  0041     HEADLAMP ASSY,HALOGEN    LT 8115060215         256.44         0.2 1
  N  0973     HEADLAMPS AIM               ADDITIONAL LABOR                  0.5 1
  E  0083     PANEL,HOOD                  5330160250         372.38         1.4 1
  L  0083     PANEL,HOOD                  REFINISH                          5.2 4
                                           SURFACE                          2.8
                                           EDGE                             1.5
                                           TWO-STAGE                        0.9
  E  0094     SUPT,HOOD LOCK VERT         5321760070          48.02         0.7 1
  E  0731     CONDENSER,A/C               8846060160         313.33         0.7 2
  I  0587     FRAME ASSY,COMPLETE         REPAIR                            6.0*3
  E  0103     FENDER,FRONT             LT 5380260063         383.78         2.7 1
  L  0103     FENDER,FRONT             LT REFINISH                          3.0 4
                                           SURFACE                          2.0
                                           EDGE                             0.5
                                           TWO-STAGE                        0.5
  I  0105     FLARE,WHEEL OPENING      LT REPAIR                            1.0*1
  L  0105     FLARE,WHEEL OPENING      LT REFINISH                          1.0 4
                                           SURFACE                          0.8
                                           TWO-STAGE                        0.2
  I  0106     FLARE,WHEEL OPENING      RT REPAIR                            1.0*1
  L  0106     FLARE,WHEEL OPENING      RT REFINISH                          1.0 4
                                           SURFACE                          0.8
                                           TWO-STAGE                        0.2
 RI  0106     FLARE,WHEEL OPENING      RT R&I ASSEMBLY                      1.1 1
  E  0678     HUB,FRONT WHEEL          LT 4350269045         201.72         0.6 2
  E  0662     KNUCKLE,STEERING        L/F 4321260120         213.35         3.2 2
  E  0664     SPINDLE,WHEEL           L/F 4340160080         237.67        INC 2
 RI  0259     MLDG,FRONT DOOR BELT     LT R&I ASSEMBLY                      0.3 1
```

-2-

```
1996 TOYOTA LAND CRUISER S    - DR WAGON
CLAIM # 001458159-09              - LOG 2639 - -0                06-07-01  8:40 AM

RI 0239    HANDLE,FRONT DOOR OTR   LT R&I ASSEMBLY                      1.5 1
I  0389    PANEL,QUARTER           LT REPAIR                            3.0*1
  >>AFTER PULL
L  0389    PANEL,QUARTER           LT REFINISH                          3.3 4
                                      SURFACE
                                      TWO-STAGE                    2.9
                                                                   0.4
I  0390    PANEL,QUARTER           RT REPAIR                            3.0*1
  >>AFTER PULL
L  0390    PANEL,QUARTER           RT REFINISH                          2.8 4
                                      SURFACE                      2.8
L  0434    FLARE,WHEEL OPENING     LT REFINISH                          0.5 4
                                      SURFACE                           0.5
RI 0434    FLARE,WHEEL OPENING     LT R&I ASSEMBLY                      1.3 1
I  0406    FLARE,WHEEL OPENING     RT REPAIR                            0.5*1
L  0406    FLARE,WHEEL OPENING     RT REFINISH                          0.5 4
                                      SURFACE                           0.5
RI 0406    FLARE,WHEEL OPENING     RT R&I ASSEMBLY                      0.3 1
I  0435    FLARE,WHEEL OPENING     RT REPAIR                            1.0*1
L  0435    FLARE,WHEEL OPENING     RT REFINISH                          0.5 4
                                      SURFACE                           0.5
RI 0435    FLARE,WHEEL OPENING     RT R&I ASSEMBLY                      1.1 1
I  0589    PAN,REAR FLOOR          REPAIR                               3.0*1
  >>AFTER PULL
L  0589    PAN,REAR FLOOR          REFINISH                             3.0 4
                                      SURFACE                      2.5
                                      TWO-STAGE                    0.5
E  0570    EXTN,RR BUMPER OUTER  LT 5210760180         208.32           INC 1
E  0571    EXTN,RR BUMPER OUTER  RT 5210660210         208.32           INC 1
E  0594    STEP,REAR BUMPER         5235160021         172.25           0.3 1
E  0578    TRAILER HITCH            0021460960         346.50           0.5 1
L  M16     COLOR BLEND              REFINISH                            1.0*4
SB M60     HAZARDOUS WASTE REMOVAL  SUBLET              2.50*               1
SB         EVAC,RECHARGE & FREON    SUBLET             69.65*               1
L          ANTICORROSION PRIMER     REFINISH
E          FOUR WHEEL ALIGNMENT     REPLACE OEM                         0.3*4*
E          FRONT GRILLE GUARD       REPLACE OEM        69.95*                2
I          SETUP AND MEASURE        REPAIR            600.00*           1.0*1*
                                                                        2.0*1*

58 ITEMS

FINAL CALCULATIONS & ENTRIES
PARTS
  GROSS PARTS                                    $  4,269.06
  OTHER PARTS
  PAINT MATERIAL                                 $    392.00

ADJUSTMENTS           DISCOUNT      MARKUP
  PARTS TOTAL                                    $  4,661.06
  TAX ON PARTS & MATERIAL @  7.000%              $    326.27

LABOR            RATE    REPLACE HRS   REPAIR HRS
 1-SHEET METAL  $ 40.00     16.2         15.0    $  1,248.00
 2-MECH/ELEC    $ 40.00      4.5                 $    180.00
 3-FRAME        $ 42.00                   6.0    $    252.00

                                   -3-
```