```
1996 TOYOTA LAND CRUISER S       DR WAGON
CLAIM # 001458159-09                  LOG 2639    -0
                                                              06-07-01  8:40 AM
    4-REFINISH      $ 40.00       24.5
    5-PAINT         $ 16.00                         $      980.00

LABOR TOTAL
    TAX ON LABOR @   7.000%                         $    2,660.00
    TAX ON SUBLET @  7.000%                         $      186.20
    SUBLET REPAIRS                                  $        5.05
    TOWING                                          $       72.15
    STORAGE

GROSS TOTAL
    LESS: DEDUCTIBLE                                $    7,910.73
                                                           NONE-
NET TOTAL
                                                    $    7,910.73

PXN  Y/01/00/00/01/01   CUM  01/00/00/01/01   GEOCODE: 13204 SYRACUSE
SPPL YES               GEOCODE:
ADP PENPRO W0338   ES LOG 2639   -0    06-07-01 14:40:16 REL 3.38 CD 05/01
             COPYRIGHT, AUTOMATIC DATA PROCESSING, INC. 1999
```

3.6 HOURS WERE ADDED TO THIS ESTIMATE BASED ON ADP'S TWO-STAGE REFINISH FORMULA: 20% OF REFINISH HOURS, AFTER OVERLAP, PLUS SETUP TIME FOR THE FIRST MAJOR PANEL, WHERE NOTED.

ESTIMATE CALCULATED USING THE 2.5 HOUR MAXIMUM ALLOWANCE FOR TWO-STAGE REFINISH OF NON-FLEX, EXTERIOR SURFACES.
-----------------------------------------------------------------

PLEASE PRESENT THIS ESTIMATE TO SHOP PRIOR TO START OF REPAIRS.
NO SUPPLEMENTS WITHOUT PRIOR APPROVAL.

-4-









