```
                    AUTO APPRAISAL REPORT
               LIBERTY MUTUAL INSURANCE COMPANY
                        101 BARNES ROAD
                   WALLINGFORD, CT 06492-7509
                        (203) 294-1505

      CD LOG NO 747      -0                      04-24-01 10:58 AM
                              ESTIMATE
```

CLAIM INFORMATION
   CLAIM #     001458159-08                 POLICY #       PD163
   COMPANY     TOTAL LOSS                 CLM REP/AGNT
   INSURED     JINDAL,SURINDER           LOSS DATE      04-20-01
   CLAIMANT                                LOSS TYPE      COLLISION

INSPECTION
   TYPE          FIELD
   APPRAISER NAME D. MICHAEL STEARNS
   ADDRESS                             INSP DATE   04-23-01
   CITY STATE                      LOCATION    FORD'S AUTOMOTIVE
   ZIP                                   CITY STATE MIDDLEBURY        CT

OWNER
     JINDAL,SURINDER
     11 PETER DR                        WORK#(914) 896-6969
     WAPPINGERS FALL  NY  12590-4935    HOME#(914) 896-5125

REPAIR
                                       REPAIR    10 DAYS

VEHICLE
    1993 TOYOTA CAMRY LE 4 DR SEDAN
    4CYL GASOLINE 2.2

OPTIONS
   TWO-STAGE - EXTERIOR SURFACES    ELEC REMOTE CONTROL MIRRORS
   POWER DOOR LOCKS                 POWER WINDOWS
   AIR CONDITIONING                 AUTOMATIC TRANS
   CRUISE CONTROL

   BODY COLOR     BLACK       MILEAGE     104,703
   CONDITION      FAIR        VIN        4T1SK12E8PU301244
   LICENSE #      B401CC      CODE        Y172
   LICENSE STATE  NY          VEH INSP #

REMARKS:
SHOPS ADDRESS AND PHONE #:550 MIDDLEBURY RD. 203-758-2446

OP CODES:
  *  = USER-ENTERED VALUE    E  = REPLACE OEM       NG = REPLACE NAGS
  EC = QUALITY REPL. PART   EU = LIKE KIND & QUALITY EP = QUALITY REPL. PART
  TE = PARTL REPL PRICE     ET = PARTL REPL LABOR    LT = PARTIAL REPAIR
  I  = REPAIR              L  = REFINISH          SB = SUBLET
  N  = ADDITIONAL LABOR     RI = R&I ASSEMBLY      P  = CHECK
  AA = APPEAR ALLOWANCE     RP = RELATED PRIOR     UP = UNRELATED PRIOR

```
1993 TOYOTA CAMRY LE 4 DR SEL
CLAIM # 001458159-08                LOG 747      -0              04-2  )1 10:58 AM

OP GDE  MC DESCRIPTION              MFR.PART NO.           PRICE   AJ%  HOURS R
--  --- -- -----------              ------------           -----   ---  ----- -
EU 0601 07 SECTION,FRONT BODY 1/2   LIKE KIND & QUALI    1,750.00*  +25  31.6 1
   >>LKQ LOCATED AT TOMS. 800-255-6656
L  0601    SECTION,FRONT BODY 1/2   REFINISH                             15.0 4
                                    SURFACE                              12.5
                                    TWO-STAGE                             2.5
E  0276    AIRBAG SENSOR,FENDER     LT 8917309060          153.70         0.3 2
E  0277    AIRBAG SENSOR,FENDER     RT 8917309050          153.70         0.3 2
E  0865    CLOCK SPRING                8430633020          208.77         1.0 2
E  0878 01 AIRBAG,STEERING WHEEL       4513033031W3        555.16         INC 2
I  0207    DOOR SHELL,FRONT         LT REPAIR                             4.0*1
L  0207    DOOR SHELL,FRONT         LT REFINISH                           3.6 4
                                    SURFACE                               2.5
                                    TWO-STAGE                             0.5
                                    TWO-STAGE SETUP                       0.6
I          SET-UP AND MEASURE       REPAIR                                2.0*1*
SB         FLEX ADDITIVE            SUBLET                 8.00*          4
I          ROUGH PULL/ALIGN         REPAIR                                1.0*1*
SB         CORROSION PROTECTION     SUBLET                12.00*          1
SB         CAR COVER                SUBLET                 4.00*          1
SB         HAZARDOUS WASTE REMOVAL  SUBLET                 3.00*          1
EC         ANTI-FREEZE-COOLANT      QUALITY REPL. PAR      8.00*          1
SB         AC RECOVER AND RECHARGE  SUBLET                85.00*          1

16 ITEMS

                      MC MESSAGE
                      01 CALL DEALER FOR EXACT PART # / PRICE
                      07 STRUCTURAL PART AS IDENTIFIED BY I-CAR


FINAL CALCULATIONS & ENTRIES
PARTS
   GROSS PARTS                                          $  1,071.33
   OTHER PARTS                                          $  1,758.00
   PAINT MATERIAL                                       $    297.60

ADJUSTMENTS           DISCOUNT       MARKUP
   LINE ITEMS                       $   437.50
   PARTS TOTAL                                          $  3,564.43
   TAX ON PARTS & MATERIAL @   6.000%                   $    213.87

LABOR          RATE     REPLACE HRS  REPAIR HRS
1-SHEET METAL  $ 40.00     31.6          7.0    $  1,544.00
2-MECH/ELEC    $ 40.00      1.6                 $     64.00
3-FRAME        $ 40.00
4-REFINISH     $ 40.00     18.6                 $    744.00
5-PAINT        $ 16.00

LABOR TOTAL                                          $  2,352.00
   TAX ON LABOR @   6.000%                            $    141.12
   TAX ON SUBLET @  6.000%                            $      6.72
   SUBLET REPAIRS                                     $    112.00
```

```
1993 TOYOTA CAMRY LE 4 DR SE.
CLAIM # 001458159-08            LOG 747   -0              04-2  1 10:58 AM

TOWING
STORAGE

GROSS TOTAL                                      $  6,390.14
   LESS: DEDUCTIBLE                              $  1,000.00-

NET TOTAL                                        $  5,390.14 TOTAL LOSS

PXN  Y/00/00/00/00/00  CUM 00/00/00/00/00  GEOCODE: 06492 CT
SPPL YES              GEOCODE:
ADP PENPRO W0338  ES LOG 747    -0    04-24-01 11:02:07 REL 3.38 CD 03/01
            COPYRIGHT, AUTOMATIC DATA PROCESSING, INC. 1999
```

   3.6 HOURS WERE ADDED TO THIS ESTIMATE BASED ON ADP'S TWO-STAGE REFINISH
FORMULA: 20% OF REFINISH HOURS, AFTER OVERLAP, PLUS SETUP TIME FOR THE FIRST
MAJOR PANEL, WHERE NOTED.
QUALITY REPLACEMENT PARTS INCLUDED IN THIS APPRAISAL ARE AVAILABLE FROM THE
SUPPLIERS SHOWN ON THE PARTS EXCHANGE (PX) LOCATE REPORT.  THE ONLY QUALITY
REPLACEMENT PARTS SUBJECT TO CAPA CERTIFICATION ARE BUMPER COVERS, HEADER
PANELS, AND NON-STRUCTURAL SHEET METAL PARTS.  LIBERTY MUTUAL REQUIRES THE USE
OF CAPA CERTIFIED PARTS FOR ANY REPLACEMENT PARTS SUBJECT TO CAPA
CERTIFICATION.

                              NOTICE
THIS REPAIR ESTIMATE IS BASED IN PART ON THE USE OF REPLACEMENT PARTS WHICH
ARE NOT MADE BY THE ORIGINAL MANUFACTURER OF THE DAMAGED PARTS IN YOUR MOTOR
VEHICLE.

--------------------------------------------------------------------------

**********    THIS IS NOT AN AUTHORIZATION TO REPAIR    **********

ATTENTION:   PRESENT THIS APPRAISAL TO THE REPAIRING GARAGE BEFORE ANY REPAIRS
BEGIN.  WE RESERVE THE RIGHT TO INSPECT ANY ADDITIONAL DAMAGE BEFORE
CONSIDERING PAYMENT OF SUPPLEMENTAL REPAIR CHARGES.

OLENDER'S BODY SHOP, INC.                              PAGE    1
704 TALCOTTVILLE ROAD
VERNON, CT 06066
OFFICE: 860-875-2517
FAX: 860-871-9626
CD LOG NO    0007211    DATE 04/25/01

SHOP CONTACT:   JEFF                           INSP DATE    04/24/01

OWNER           DEMETRO, CYNTHIA
ADDRESS         31 BUTTERNUT LANE
CITY STATE      VERNON CT
ZIP             06066                          HOME PHONE   (860)875-9713
                                               WORK PHONE

CLAIM#          001458159-03                   POLICY#      LA163
INSURED         SURINDER JINDAL,               CLAIM REP
LOSS DATE       04/20/01                       CLAIMANT     DEMETRO, CYNTHIA
POINT OF IMPACT 3                              TYPE OF LOSS    LIAB/DRP

INS CO          LIBERTY MUTUAL
                                               CONTACT
                                               DEDUCTIBLE   NONE

LIC#            MN4762
BODY COLOR      BLACK                          VIN          1GKDT13W7S25169500
CONDITION       GOOD                           MILEAGE      106785
                                               ACCT'NG CTL#

E=NEW PART                 EC=ECONOMY PART                EU=SALVAGE PART
EP=SEE PX REPORT           P=CHECK                        I=REPAIR/ALIGN/SUBLET
L=REFINISH                 N=ADDN'L LABOR OPERATION       TE=PART/PARTIAL REPLACE
ET=LABOR/PARTIAL REPLACE   IT=LABOR/PARTIAL REPAIR        AA=APPEARANCE ALLOWANCE
RP=RELATED PRIOR DAMAGE    UP=UNRELATED PRIOR DAMAGE      *=USER ENTERED VALUE

LKQ N.C.E.
NO CAPA BUMPER COVERS

1995 GMC JIMMY 4 DOOR SPORT UTILITY    U8623A/A OPTNS F/24KA

OPTIONS:  TWO-STAGE - EXTERIOR SURFACES    TWO-STAGE - INTERIOR SURFACES
          4-WHEEL DRIVE                    AIR DAM

| OP | GDE | MC | DESCRIPTION | MFG. PART NO. | PRICE | AJ% | HOURS | R |
|----|-----|----|-------------|---------------|-------|-----|-------|---|
| E  | 016 | 01 | COVER, FRONT BUMPER | 12471887 GM PART | 325.00 | | 1.8 | 1 |
| E  | 074 | 01 | DAM, AIR | 15998321 GM PART | 38.25 | | .2 | 1 |
| EU | 009 |    | FRAME, LICENSE PLATE | | | * | .2 | 1 |
|    | 479 |    | TAILGATE ASSEMBLY R & I | | | | .2 | 1 |
|    | 479 | 09 | TAILGATE ASSEMBLY REFINISH | 12389427 GM PART | 311.74 | | 3.0 | 1 |
|    | 431 |    | N/PLATE, TAILGATE | 15675400 GM PART | 19.00 | | 4.2 | 4 |
| EU | 475 |    | N/PLATE, TAILGATE R & I | | | * | .2 | 1 |
|    | 489 |    | BLADE, TAILGATE WIPER | 15712630 GM PART | 23.26 | | .2 | 1 |
|    | 565 |    | BUMPER, REAR | 15031422 GM PART | 112.00 | | .1 | 1 |
|    |     |    |             |               |       |     | 1.2 | 1 |

GMC JIMMY 4 DOOR SPORT UTILITY                          PAGE    2

CD LOG NO    0007211

04/25/01

OP GDE   MC DESCRIPTION              MFG. PART NO.              PRICE   AJ%   HOURS  R

```
L   565    BUMPER, REAR                REFINISH                                    1.4 4
EU  584    EXTN, RR BUMPER OUTER       LT R & I                                        1
L   584    EXTN, RR BUMPER OUTER       LT REFINISH                                  .7 4
EC  585    EXTN, RR BUMPER OUTER       RT ECONOMY PART              56.00*             1
L   585    EXTN, RR BUMPER OUTER       RT REFINISH                                  .7 4
E   551    PAD, REAR BUMPER STEP       15154211 GM PART             20.70             1
E   543    MLDG, REAR BUMPER           RT 12375250 GM PART          92.50             1
L   543    MLDG, REAR BUMPER           RT REFINISH                                  .4 4
EU  541    TRAILER HITCH               R & I                             *         1.5 1
I          ALIGN LT FENDER             REPAIR/ALIGN                                .5*1*
EC         SELF ETCHING PRIMER         ECONOMY PART                  2.00*          * *
EC         CORROSION PROTECTION        ECONOMY PART                 18.00*          * *
EC         CAR MASK                    ECONOMY PART                  4.00*          * *
EC         FLEX ADDITIVE               ECONOMY PART                 12.00*          * *

   23 ITEMS

         MC MESSAGE

         01 CALL DEALER FOR EXACT PART NUMBER / PRICE
         09 INCLUDES 0.6 HOURS MAJOR PANEL TWO-STAGE ALLOWANCE


FINAL CALCULATIONS & ENTRIES
     GROSS PARTS
     OTHER PARTS                                                942.45
     PAINT MATERIAL                                              92.00
PARTS TOTAL                                                     118.40
     TAX ON PARTS & MATERIAL                                  1,152.85
                                        @   6.000%               69.17

     LABOR               RATE     REPLACE HRS    REPAIR HRS
     1-SHEET METAL       40.00        8.4            .5
     2-MECH/ELEC         40.00                                  356.00
     3-FRAME             40.00
     4-REFINISH          40.00        7.4
     5-PAINT MATERIAL    16.00                                  296.00
LABOR TOTAL
     TAX ON LABOR                                               652.00
     SUBLET REPAIRS                   @   6.000%                 39.12
     TOWING
     STORAGE
GROSS TOTAL
     LESS:  DEDUCTIBLE                                        1,913.14
                                                                NONE
NET TOTAL
                                                             1,913.14

ADP SHOPLINK U4097            ES LOG 0007211 DATE 04/25/01 09:14:49 R4.2 CD 02/01
PXN:NN/00/00/00/00   CUM:00/00/00/00
COPYRIGHT, 2001 AUTOMATIC DATA PROCESSING

1.7 HOURS WERE ADDED TO THIS ESTIMATE BASED ON ADP'S TWO-STAGE REFINISH




     GMC JIMMY 4 DOOR SPORT UTILITY
     CD LOG NO    0007211                              PAGE      3
                                                       DATE  04/25/01

FORMULA: 20% OF REFINISH HOURS, AFTER OVERLAP, PLUS 0.6 HOURS FOR THE FIRST
MAJOR PANEL, WHERE NOTED.

ASK ABOUT OUR GUARANTEE!!!    PARTS PRICES SUBJECT TO CHANGE
THIS IS AN ESTIMATE BASED ON OUR VISUAL INSPECTION ONLY --
POSSIBLE FURTHER DAMAGE MAY BE EVIDENT AFTER DISMANTLING.
```

```
                         AUTO APPRAISAL REPORT
                      LIBERTY MUTUAL INSURANCE COMPANY
                              101 BARNES ROAD
                         WALLINGFORD, CT 06492-7509
                              (203) 294-1505

     CD LOG NO 198    -0                              04-27-01  6:01 PM
                                ESTIMATE

CLAIM INFORMATION
    CLAIM #      001458159-01
    COMPANY      NO Q C                    POLICY #        LA163
    INSURED      SURINDER JINDAL,          CLM REP/AGNT
    CLAIMANT     BENNETT,GAILE             LOSS DATE       04-20-01
                                           LOSS TYPE       LIABILITY

INSPECTION
    TYPE             FIELD
    APPRAISER NAME   IZYDOR POPLAWSKI
    LICENSE #        001023221
    WORK PHONE       (203) 294-1505        FAX           (203) 294-0674
    ADDRESS          BARNES RD             INSP DATE     04-30-01
    CITY STATE       WALLINGFORD      CT   LOCATION      OWNER'S WORK
    ZIP              06492-1801            CITY STATE

OWNER
    BENNETT,GAILE
    34 B ALPINE DR.                        WORK#
    WAPPINGERS FALL   NY  12590-           HOME#(845) 298-7162

REPAIR
                                           REPAIR     4    DAYS

VEHICLE
   2000 NISSAN ALTIMA GXE 4 DR SEDAN
   4CYL GASOLINE 2.4
_____

OPTIONS
   TWO-STAGE - EXTERIOR SURFACES     POWER DOOR LOCKS
   AIR CONDITIONING                  AUTOMATIC TRANS
   ALARM SYSTEM

   BODY COLOR      SILVER         MILEAGE       18,704
   CONDITION       GOOD           VIN           1N4DL01D5YC228473
   LICENSE #       FV887M         CODE          Z185
   LICENSE STATE   NY             VEH INSP #

REMARKS:

OP CODES:
  *  = USER-ENTERED VALUE    E  = REPLACE OEM           NG = REPLACE NAGS
  EC = QUALITY REPL. PART    EU = LIKE KIND & QUALITY   EP = QUALITY REPL. PART
  TE = PARTL REPL PRICE      ET = PARTL REPL LABOR      IT = PARTIAL REPAIR
  I  = REPAIR                L  = REFINISH              SB = SUBLET
  N  = ADDITIONAL LABOR      RI = R&I ASSEMBLY          P  = CHECK
  AA = APPEAR ALLOWANCE      RP = RELATED PRIOR         UP = UNRELATED PRIOR

                                  -1-
```

```
2000 NISSAN ALTIMA GXE 4 DR   V
CLAIM # 001458159-01              LOG 198    -0           04-2,   6:01 PM

OP GDE  MC  DESCRIPTION           MFR.PART NO.         PRICE  AJ%  HOURS R
--  ---  --  -----------          ------------         -----  ---  ----- -
I   0479     LID,REAR DECK        REPAIR
    >>ALIGN ONLY.                                                  0.5*1
I   0509     PANEL,REAR BODY      REPAIR
L   0509     PANEL,REAR BODY      REFINISH                         2.0*1
                                  SURFACE                          1.1 4
RI  0534     TAILLAMP ASSEMBLY    RT R&I ASSEMBLY             1.1
E   0566     COVER,REAR BUMPER    H50220Z825                       0.7 1
L   0566     COVER,REAR BUMPER    REFINISH            178.15       0.4 1
                                  SURFACE                          3.6 4
                                  TWO-STAGE                   2.5
                                  TWO-STAGE SETUP             0.5
E   0580     REINF,REAR BUMPER    850360Z800          199.30       0.6
E   0567     ABSORBER,REAR BUMPER 850900Z800           52.87       1.1 1
I            SETUP & MEASURE      REPAIR                           INC 1
SB           FLEX ADDITIVE        SUBLET                           2.0*1*
SB           CAR COVER            SUBLET                8.00*          4
SB           HAZARDOUS WASTE REMOVAL SUBLET             4.00*          4
I   -        PULLREAR TO ALIGN    REPAIR                2.00*          4
                                                                   1.0*1*

    13 ITEMS

FINAL CALCULATIONS & ENTRIES
PARTS
   GROSS PARTS
   OTHER PARTS                                       $    430.32
   PAINT MATERIAL
                                                     $     75.20
ADJUSTMENTS            DISCOUNT        MARKUP
   PARTS TOTAL                                       $    505.52
   TAX ON PARTS & MATERIAL @  6.750%                 $     34.12

   LABOR             RATE     REPLACE HRS    REPAIR HRS
   1-SHEET METAL  $  37.00       2.2            5.5    $    284.90
   2-MECH/ELEC    $  37.00
   3-FRAME        $  39.00
   4-REFINISH     $  37.00       4.7                   $    173.90
   5-PAINT        $  16.00

LABOR TOTAL                                          $    458.80
   TAX ON LABOR @   6.750%                           $     30.97
   TAX ON SUBLET @  6.750%                           $      0.95
   SUBLET REPAIRS                                    $     14.00
   TOWING
   STORAGE

GROSS TOTAL                                          $  1,044.36
   LESS: DEDUCTIBLE                                          NONE-
NET TOTAL
                                                     $  1,044.36

PXN  C/00/00/00/00/00  CUM 00/00/00/00/00  GEOCODE: 06492 CT
SPPL YES              GEOCODE:
```

-2-

2000 NISSAN ALTIMA GXE 4 DR    V
CLAIM # 001458159-01         LOG 198    -0              04-2.  1  6:01 PM
ADP PENPRO W0338  ES LOG 198    -0     04-30-01 10:36:47 REL 3.38 CD 04/01
              COPYRIGHT, AUTOMATIC DATA PROCESSING, INC. 1999

  1.1 HOURS WERE ADDED TO THIS ESTIMATE BASED ON ADP'S TWO-STAGE REFINISH
FORMULA: 20% OF REFINISH HOURS, AFTER OVERLAP, PLUS SETUP TIME FOR THE FIRST
MAJOR PANEL, WHERE NOTED.
  QUALITY REPLACEMENT PARTS INCLUDED IN THIS APPRAISAL ARE AVAILABLE FROM THE
SUPPLIERS SHOWN ON THE PARTS EXCHANGE (PX) LOCATE REPORT.  THE ONLY QUALITY
REPLACEMENT PARTS SUBJECT TO CAPA CERTIFICATION ARE BUMPER COVERS, HEADER
PANELS, AND NON-STRUCTURAL SHEET METAL PARTS.  LIBERTY MUTUAL REQUIRES THE USE
OF CAPA CERTIFIED PARTS FOR ANY REPLACEMENT PARTS SUBJECT TO CAPA
CERTIFICATION.

                              NOTICE
THIS REPAIR ESTIMATE IS BASED IN PART ON THE USE OF REPLACEMENT PARTS WHICH
ARE NOT MADE BY THE ORIGINAL MANUFACTURER OF THE DAMAGED PARTS IN YOUR MOTOR
VEHICLE.

----------------------------------------------------------------

**********    THIS IS NOT AN AUTHORIZATION TO REPAIR    **********

ATTENTION:  PRESENT THIS APPRAISAL TO THE REPAIRING GARAGE BEFORE ANY REPAIRS
BEGIN.  WE RESERVE THE RIGHT TO INSPECT ANY ADDITIONAL DAMAGE BEFORE
CONSIDERING PAYMENT OF SUPPLEMENTAL REPAIR CHARGES.









