UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x

DAVIES, ARTHUR  
    Plaintiff

V.

JINDAL, PAWAN K. and AMERICAN
MANUFACTURERS MUTUAL
INSURANCE COMPANY  
    Defendant

------------------------------------------------x

CIVIL ACTION: 303CV0341 CFD

JANUARY 20, 2004

## NOTICE OF SUPPLEMENTAL COMPLIANCE WITH INTERROGATORIES AND REQUESTS FOR PRODUCTION

The defendant, PAWAN K. JINDAL, hereby states that he has answered all of the interrogatories contained in the defendant's Interrogatories and Requests for Production dated June 24, 2003.

DEFENDANT -PAWAN K. JINDAL

By _____
    Edward W. Case
    His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this 20th day of January, 2004.

Robert J. Guendelsberger, Esq.
Gundelsberger & Taylor
28 Park Lane
New Milford, CT 06776

John P. Majewski, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

By_____
Edward W. Case
His Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 633-9471
Juris # 016566

Page 2

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x

DAVIES, ARTHUR  : CIVIL ACTION: 303CV0341 CFD
   Plaintiff :
 :
V. :
 :
JINDAL, PAWAN K. and AMERICAN :
MANUFACTURERS MUTUAL
INSURANCE COMPANY :
   Defendant : JANUARY 20, 2004
------------------------------------------------x

## AMENDED RESPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION

   Pursuant to Federal R. Civ. P. 26, the defendant, American Manufacturers Mutual Insurance Company, hereby requests that te co-defendant, Pawan Jindal, answer the following Interrogatories and Request for Production.

   1.    If at the time of the incident, which is the subject of this lawsuit, you were protected against the type of risk which is the subject of this lawsuit by excess umbrella insurance, or any other insurance, state:

     (a)   the name(s) and address(es) of the named insured;

     (b)   the amount of coverage effective at this time;

     (c)   the name(s) and address(es) of said insurer(s).

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

## ANSWER:

UPON OUR KNOWLEDGE AND BELIEF:
(A)  PAWAN JINDAL
     205 JEFFERSON BOULEVARD, FISHKILL, NY  12524
(B)  $50,000 LIABILITY
(C)  LIBERTY MUTUAL INSURANCE COMPANY
     P.O. BOX 5009, WALLINGFORD, CT 06492

DEFFENDANT, PAWAN JINDAL

By_____
Edward W. Case
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT  06033
860-633-9471

Page 2

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT  06033  •  (860) 633-9471  •  JURIS NO. 016566

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x

DAVIES, ARTHUR : CIVIL ACTION: 303CV0341 CFD
    Plaintiff :
 :
V. :
 :
JINDAL, PAWAN K. and AMERICAN :
MANUFACTURERS MUTUAL :
INSURANCE COMPANY :
    Defendant :
 : JANUARY 20, 2004
-------------------------------------------------x

## SUPPLEMENTAL REQUESTS FOR PRODUCTION

1.    Please produce a copy of the declaration page or other insurance document evidencing the insurance policy identified in response to Interrogatory #1.

**WILL BE PROVIDED UPON RELEASE.**

                                   DEFFENDANT,

                                   By_____
                                   Edward W. Case
                                   Law Offices of Nancy S. Rosenbaum
                                   655 Winding Brook Drive
                                   Glastonbury, CT 06033
                                   860-633-9471

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566