UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Arthur Davies

vs.

Pawan Jindal & Surrinder Jindal

CIVIL ACTION NO:
303 CV 0341

JUNE 24, 2004

## APPEARANCE

TO:	Clerk, U.S. District Court
	450 Main Street
	Hartford, CT 06103

Please enter the Appearance of Jack G. Steigelfest of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut 06106, Federal Bar No. ct05733, as Attorney for the defendant, Surrinder Jindal in the above-captioned matter.

THE DEFENDANT
SURRINDER JINDAL



BY_____
Jack G. Steigelfest. (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 24th day of June, 2004, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

John P. Majewski, Esq.
10 Middle Street
Bridgeport, CT 06604

_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
DAVIES, ARTHUR                           :    CIVIL ACTION: 303CV0341 CFD
   Plaintiff                                 :
:
V.                                             :
:
JINDAL, PAWAN K. and AMERICAN   :
MANUFACTURERS MUTUAL           :
INSURANCE COMPANY                  :
   Defendant                               :    MAY 17, 2004
---------------------------------------------------x

### APPEARANCE

To the Clerk of this Court and all parties of record:

   Enter my Appearance as counsel in this case for the defendant,

**Surinder Jindal.**

5/17/04

Date

_Signature_
**Edward W. Case**
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #CT02273

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the __17th__ day of May, 2004:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

By_____
Edward W. Case
Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #CT02273

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | CIVIL ACTION: 303CV0341 CFD |
| V. | |
| JINDAL, PAWAN K. and AMERICAN<br>MANUFACTURERS MUTUAL<br>INSURANCE COMPANY<br>    Defendant | JUNE 22, 2004 |

-------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that he be permitted to withdraw his appearance for **Surinder Jindal.**.  An appearance will be entered on behalf of Surinder Jindal by Attorney Jack Steigelfest, Howard, Kohn, Sprague & Fitzgerald, PO Box 260896, Hartford, Connecticut, 06126-0896.  The defendant, Surinder Jindal is being represented by Attorney Jack Steigelfest at this time.

_June 23_ _____  _[signature]_ _____
Date                    Signature
                        **Edward W. Case**
                        Law Offices of Nancy S. Rosenbaum
                        655 Winding Brook Drive
                        Glastonbury, CT 06033
                        Tel. # 860 633-9471
                        US District Bar #CT02273

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the 23rd day of June, 2004:

Attorney Robert Guendelsberger
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776

Attorney Jack Steigelfest
Howard, Kohn, Sprague & Fitzgerald
PO Box 260896
Hartford, CT 06126-0896

By _[signature]_ _____
**Edward W. Case**
Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #CT02273

2