UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | :<br>:<br>: |
| V. | :    NO. 303 CV 0341 CFD<br>: |
| JINDAL, PAWAN K and<br>SURRINDER JINDAL<br>    Defendants | :<br>:    SEPTEMBER 30, 2005<br>: |

REQUEST FOR EXTENSION OF TIME IN WHICH OBJECT TO

DEFENDANT'S MOTION TO DISMISS

The plaintiff in the above-entitled matter respectfully requests the Court grant an extension of time until November 15, 2005, in which to object to Defendant's Motion to Dismiss dated July 2, 2004. Counsel for Pawan Jindal and Surrinder Jindal have no objection to this extension. Plaintiff's counsel requests more time to fully prepare the objection to same and to research the necessary law for a rebuttal.

WHEREFORE, the plaintiff requests the Court grant an extension of time until November 15, 2005.

THE PLAINTIFF
ARTHUR W. DAVIES

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## ORDER

The foregoing Motion having been heard, is hereby GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on September 30, 2005.

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT   06126

Frank Vollono, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

By /s/ Robert J. Guendelsberger
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR : | |
|     Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| JINDAL, PAWAN K., AMERICAN : | |
| MANUFACTURERS MUTUAL : | |
| INSURANCE COMPANY and : | |
| SURINDER JINDAL : | SEPTEMBER 30, 2005 |
|     Defendants : | |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff in the above action, Arthur Davies, has manually filed the following documents or things:

1. Request for Extension of Time in Which to Object to Defendant's Motion to Dismiss dated September 30, 2005.

These materials have not been filed electronically because:

- Plaintiff's counsel does not possess software capable of electronically filing this document, and to do so would therefore be unduly burdensome on the Plaintiff.

The above referenced material has been manually served on all parties.

                                      THE PLAINTIFF,
                                      ARTHUR W. DAVIES

                                      By _____
                                      Robert J. Guendelsberger, for
                                      Guendelsberger & Taylor
                                      28 Park Lane, Ne Milford, CT 06776
                                      Phone: (860) 354-4444
                                      Fax: (860) 210-2128
                                      Federal Bar No. CT06534

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on September 30, 2005 to all counsel and pro se parties of record, specifically:

Jack Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
P.O. Box 261798
Hartford, CT   06126

Frederick Vollono, Esq.
Law Offices of Nancy Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 0033

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

-3-