**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DAVIES, ARTHUR** : | |
| Plaintiff : | |
| : | |
| V. : | NO. 303 CV 0341 CFD |
| : | |
| **JINDAL, PAWAN K.** and : | |
| **JINDAL, SURINDER** : | OCTOBER 28, 2005 |
| Defendants : | |

**DECLARATION OF ROBERT J. GUENDELSBERGER**

ROBERT J. GUENDELSBERGER hereby declares under penalty of perjury that the following is a true and accurate statement based on his personal knowledge:

1. I am over the age of eighteen (18), believe in the obligation of an oath, and am licensed to practice law in the State of Connecticut as well as Connecticut District Court;

2. I am competent to attest to the matters stated herein, and make this Declaration on the basis of my personal knowledge;

3. I am counsel for the Plaintiff in this action, Arthur Davies;

4. Attached hereto as Exhibit A is a true and accurate copy of the marshal's return of service on Pawan Jindal in this action;

5. Attached hereto as Exhibit B is a true and accurate copy of the deposition transcript of Pawan K. Jindal;

6. Attached hereto as Exhibit C is a true and accurate copy of the police report in this action;

7. Attached hereto as Exhibit D is a true and correct copy of the deposition of Surinder

Jindal in this action;

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2005.

                                                                                     Robert J. Guendelsberger
                                                                                     (CT 06534)