## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVIES, ARTHUR | : | |
|     Plaintiff | : | |
| | : | |
| V. | : | NO. 303 CV 0341 CFD |
| | : | |
| JINDAL, PAWAN K. and | : | |
| JINDAL, SURINDER | : | OCTOBER 28, 2005 |
|     Defendants | : | |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiff in the above action, Arthur Davies, has manually filed the following documents or things:

1. Objection to Summary Judgment

   These materials have not been filed electronically because:

   - Plaintiff's counsel does not possess software capable of electronically filing this document, and to do so would therefore be unduly burdensome on the Plaintiff.

2. Plaintiff's Rule 56(a)(2) Statement

   These materials have not been filed electronically because:

   - Plaintiff's counsel does not possess software capable of electronically filing this document, and to do so would therefore be unduly burdensome on the Plaintiff.

3.  Declaration of Robert J. Guendelsberger (with supporting exhibits)

These materials have not been filed electronically because:

- Plaintiff's counsel does not possess software capable of electronically filing this document, and to do so would therefore be unduly burdensome on the Plaintiff.

- Documents contained therein are not convertable to electronic format

The above referenced material has been manually served on all parties.

                                THE PLAINTIFF,

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

-2-