UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR<br>    Plaintiff | : <br> : <br> : |
| V. | :     NO. 303 CV 0341 CFD |
| JINDAL, PAWAN K. and<br>JINDAL, SURINDER<br>    Defendants | : <br> : <br> : <br> :     JULY 10, 2006 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) of the District of Connecticut Local Rules of Civil Procedure, the Plaintiff's Counsel, Robert J. Guendelsberger, hereby seeks leave of this court to withdraw his appearance as there has been an irretrievable breakdown in the attorney/ client relationship. As the Court is well aware, the Plaintiff, ARTHUR DAVIES, has written the Court and opposing counsel numerous times informing the same of his desire to discharge Robert J. Guendelsberger of Guendelsberger & Taylor as his attorney.

ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED

WHEREFORE, the Plaintiff's Counsel requests that the instant motion be granted.

PLAINTIFF'S COUNSEL

By /s/ Robert J. Guendelsberger
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

2

## CERTFICATION

This is to certify that a copy of the foregoing was sent via certified mail to all counsel and pro se parties of record this 10th day of July, 2006, specifically:

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
PO Box 261798
Hartford, CT 06126-1798

Frederick Vollano, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Arthur Davies
1407 Orchard Court
Lafayette, CO 80026

Robert J. Guendelsberger