FILED

2006 JUL 27 A 11: 56

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVIES, ARTHUR | : |
|     Plaintiff | : |
| | : |
| V. | :    NO. 303 CV 0341 CFD |
| | : |
| JINDAL, PAWAN K. and | : |
| JINDAL, SURINDER | : |
|     Defendants | :    JULY 26, 2006 |

### WITHDRAWAL OF MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) of the District of Connecticut Local Rules of Civil Procedure, the Plaintiff's Counsel, Robert J. Guendelsberger, hereby seeks leave of this court to withdraw his motion to withdraw his appearance in this matter and asks that the Court allow him to continue to represent the plaintiff, Arthur Davies.

WHEREFORE, the Plaintiff's Counsel requests that the instant motion be granted.

PLAINTIFF'S COUNSEL

By _____
Robert J. Guendelsberger, for
Guendelsberger & Taylor
28 Park Lane
New Milford, CT 06776
(860) 354-4444
Federal Bar No. CT06534

## CERTFICATION

This is to certify that a copy of the foregoing was sent via certified mail to all counsel of record this 26th day of July, 2006, specifically:

Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & Fitzgerald
PO Box 261798
Hartford, CT 06126-1798

Frederick Vollano, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

Mr. Arthur Davies
P.O. Box 270577
Louisville, CO 80027

Robert J. Guendelsberger