UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES | : | NO: 3:03 CV 0341 (CFD) |
| vs. | : | |
| PAWAN JINDAL, et al | : | AUGUST 9, 2006 |

## MOTION FOR PERMISSION TO FILE
## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

The defendant Surinder Jindal respectfully moves this Court for permission to file the Supplemental Motion for Summary Judgment and supporting documents, submitted contemporaneous with this Motion for Permission.

In support of this Motion for Permission, Surinder Jindal states that the defense of judicial estoppel, which forms the basis for the Supplemental Motion for Summary Judgment, is based on recent developments that could not have been anticipated and incorporated into the presently pending summary judgment papers. The presently pending summary judgment papers address a statute of limitations issue that was originally raised by Motion to Dismiss, which was then converted to a Motion for Summary Judgment. Since that time, the plaintiff has filed for bankruptcy and, in that context, made the representations and obtained the orders that form the basis for the claim of judicial estoppel.

The presently pending Motion for Summary Judgment has not yet been

scheduled for argument, and no ruling has yet been issued. The filing of the Supplemental Motion for Summary Judgment will not unreasonably delay the matter or unfairly prejudice any party.

WHEREFORE, the defendant Surinder Jindal requests that this Motion for Permission to File Supplemental Motion for Summary Judgment be granted.

THE DEFENDANT
SURRINDER JINDAL


BY_____
Jack G. Steigelfest. (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 9th day of August, 2006, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Fred Vollono, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

                                              Jack G. Steigelfest, Esq.
                                              Howard, Kohn, Sprague & FitzGerald