UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES | : | NO: 3:03 CV 0341 (CFD) |
| vs. | : | |
| PAWAN JINDAL, et al | : | AUGUST 9, 2006 |

### SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56, the defendant Surinder Jindal respectfully files this Supplemental Motion for Summary Judgment on the basis that there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law because the plaintiff's continued pursuit of this action is barred by the doctrine of judicial estoppel.

Surinder Jindal appends hereto his Memorandum of Law in Support of Supplemental Motion for Summary Judgment, his Supplemental Local Rule 56(a)(1) Statement, and an Affidavit in Support of Supplemental Motion for Summary Judgment, attaching documentary evidence in support of this Motion.

WHEREFORE, the defendant Surinder Jindal respectfully requests that summary judgment enter in his favor disposing of the claims of the plaintiff.

THE DEFENDANT
SURRINDER JINDAL


BY_____
Jack G. Steigelfest. (Fed. Bar No. ct05733)
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 9th day of August, 2006, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Fred Vollono, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033


_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald