# EXHIBIT 1A

LAW OFFICES OF
# ROSENBAUM & VOLLONO
655 WINDING BROOK DRIVE
GLASTONBURY, CT 06033

NANCY S. ROSENBAUM
FREDERICK M. VOLLONO
RICHARD M. ENDRELUNAS
JOHN D. WARD
MARIAN H. YUN
WILLIAM J. SHEA*
JESSICA M. ARGIROS**
WILLIAM A. MCGRATH

PHONE NUMBER: 860-633-9471
FAX NUMBER: 860-657-4168

*Also Admitted in Massachusetts
**Also Admitted in New York

<u>**VIA FACSIMILE & US MAIL**</u>
Fax Number: 240-2637

November 22, 2005

Honorable Christopher F. Droney
U.S. District Court - Hartford
450 Main Street
Hartford, CT 06103

     Re:    <u>*Davies, Arthur v. Jindal, Pawan, et al.*</u>
              *Our File Number: LA163-001458159-0009*
              *Docket Number: 303 CV 0341 CFD*

Dear Judge Droney:

I represent Pawan Jindal, one of two defendants in the above referenced litigation currently before the Court. Attorney Jack Steigelfest represents the second defendant, Surrinder Jindal and Attorney Robert Gundelsberger represents the plaintiff, Arthur Davies. This letter is to advise the court and all counsel that on Thursday, November 17, 2005 this office was in receipt of two voice mails in which the caller claimed to be the plaintiff, Mr. Davies. One voice mail was left with Attorney Nancy Rosenbaum and the other with me. In each voicemail, the caller identified himself as the plaintiff, Arthur Davies and stated that he had terminated the services of Mr. Gundelsberger and that he was now representing himself pro-se. He also said that he no longer wanted to pursue this litigation and he requested that Attorney Rosenbaum or I contact him to discuss the case. He further stated that for various reasons he did not feel it worth his while to pursue the litigation. This office has not received any confirmation of his claim to be pro se and needless to say, no one from this office has contacted Mr. Davies. I have advised Mr. Steigelfest of this message by telephone and have also advised Mr. Gundelsberger by letter faxed today to his office. I felt it necessary to advise the court of this development as the litigation is ongoing.

Page 2
Honorable Christopher F. Droney
U.S. District Court – Hartford
November 22, 2005


Please do not hesitate to contact me with any questions at the number listed above. Thank you very much.

Very truly yours,

*[signature]*

Frederick M. Vollono

FMV/cla

cc:   Attorney Jack G. Steigelfest
      Attorney Robert Guendelsberger