# EXHIBIT 2A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR W. DAVIES | : | NO: 3:03 CV 0341 (CFD) |
| vs. | : | |
| PAWAN JINDAL, et al | : | AUGUST 9, 2006 |

## AFFIDAVIT IN SUPPORT OF
## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  I am counsel for the defendant Surinder Jindal in the captioned matter.

3.  On September 21, 2005, I participated in a telephonic Status Conference with the Court, during which plaintiff's counsel reported that the plaintiff had filed for Bankruptcy in Colorado.

4.  On November 22, 2005 and again on a subsequent date, I received by fax and then regular mail a copy of the letter, attached to the Supplemental Local Rule 56(a)(1) Statement as Exhibit 1A, from Attorney Frederick Vollono to the Honorable Christopher F. Droney, in which counsel for the co-defendant reported two telephone messages from the plaintiff to the effect that he had terminated the services of Attorney Guendelsberger and that he no longer wanted

to pursue this litigation, which he did not feel was worth his while.

5. The docket sheet and filings related to the plaintiff's bankruptcy are accessible through the federal court system's Pacer and Case Management/Electronic Case Files (CM/ECF) programs, and I obtained some of those documents directly from the Clerk for the United States Bankruptcy Court for the District of Colorado.

6. Attached hereto as under heading 6 for this paragraph is a true and accurate copy of the docket sheet for the plaintiff's bankruptcy filing, Bankruptcy Petition #: 05-28660-EEB, as of April 3, 2006.

7. Attached hereto as under heading 7 for this paragraph is a true and accurate copy of the Voluntary Petition for the plaintiff's bankruptcy filing, Bankruptcy Petition #: 05-28660-EEB.

8. Attached hereto as under heading 8 for this paragraph is a true and accurate copy of the Statement of Financial Affairs and all Schedules for the plaintiff's bankruptcy filing, Bankruptcy Petition #: 05-28660-EEB.

9. Attached hereto as under heading 9 for this paragraph is a true and accurate copy of the Discharge of Debtor issued to the plaintiff regarding Bankruptcy Petition #: 05-28660-EEB.

10. Attached hereto as under heading 10 for this paragraph is a true and accurate copy of the Application to Employ Guendelsberger & Taylor as Special

Counsel to the Trustee in the plaintiff's bankruptcy case, Bankruptcy Petition #: 05-28660-EEB.

11. Attached hereto as under heading 11 for this paragraph is a true and accurate copy of the Objection to Application to Employ Guendelsberger & Taylor as Special Counsel to the Trustee in the plaintiff's bankruptcy case, Bankruptcy Petition #: 05-28660-EEB.

12. Attached to the Supplemental Local Rule 56(a)(1) Statement as Exhibit 3A is a certified transcript of the Evidential Hearing before the Honorable Elizabeth E. Brown, Bankruptcy Judge on the Application to Employ special counsel and the Objection thereto, held on February 23, 2006 in the plaintiff's bankruptcy case, Bankruptcy Petition #: 05-28660-EEB.

_____
Jack G. Steigelfest

STATE OF CONNECTICUT    )
                        ) ss.:  Hartford, CT   August 9, 2006
COUNTY OF HARTFORD      )

Personally appeared <u>Jack G Steigelfest</u> before me, who made oath to the truth of the matters contained in the above statement.

_____
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 9th day of August, 2006, to:

Robert J. Guendelsberger, Esq.
28 Park Lane
New Milford, CT 06776

Fred Vollono, Esq.
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033

_____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald