# U.S. Bankruptcy Court
## District of Colorado (Denver)
### Bankruptcy Petition #: 05-28660-EEB

*Assigned to:* Elizabeth E. Brown
Chapter 7
Voluntary
Asset

*Date Filed:* 07/28/2005
*Date Discharged:*
11/09/2005

**Arthur William Davies**
1407 Orchid Ct
Lafayette, CO 80026-2860
SSN: xxx-xx-3385
*Debtor*

represented by **Barton S. Balis**
728 Pearl St.
Boulder, CO 80302
( ) 303-443-6924
Fax : 303-449-6648
Email: bsb-bk@balisandbarrett.com

**Jeffrey A. Weinman**
730 17th St.
Ste. 240
Denver, CO 80202
( ) 303-572-1010
*Trustee*

**US Trustee**
999 18th St.
Ste. 1551
Denver, CO 80202
303-312-7230
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/03/2006 | | Zero Clerk's Fees Due. (mem) (Entered: 03/03/2006) |
| 02/26/2006 | 38 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)36 Minutes of Proceedings/Minute Order). No. of Notices: 1. Service Date 02/26/2006. (Admin.) (Entered: 03/02/2006) |
| 02/26/2006 | 37 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)36 Minutes of Proceedings/Minute Order). No. of Notices: 1. Service Date 02/26/2006. (Admin.) (Entered: 02/27/2006) |
| 02/24/2006 | | TRUSTEE'S NO ASSET REPORT. The Trustee having been duly appointed, reports that he/she has neither received any property or money nor paid any money on account of this estate; the Trustee has made diligent inquiry into the whereabouts of property belonging to the estate; and there are no assets in the estate over and above the |

| | | |
|---|---|---|
| | | exemptions claimed by the Debtor for distribution from the estate, and no objection has been filed to those exemptions. The Trustee further states that any nonexempt real or personal property listed by the Debtor under 11 U.S.C. Section 521(1) has not been administered, and it has no realizable value. The Trustee certifies that the meeting of creditors was held and concluded, the above captioned case has been fully administered and he/she is entitled to be discharged. WHEREFORE, the Trustee prays that the Court enter an Order discharging the trustee from office. Objection to Trustee Report due by 03/27/2006. (Weinman, Jeffrey) (Entered: 02/24/2006) |
| 02/24/2006 | 36 | Minutes Of Proceedings For the reasons stated on the record, the Trustee's Application is DENIED. (related document(s)27 Certificate of Contested Matter, 23 Application to Employ, 24 202 Notice, 26 Objection). (mem) (Entered: 02/24/2006) |
| 02/17/2006 | 35 | Supplemental Response Filed by Joel M. Shafferman on behalf of Whitehaven P.I. Fund LLC (related document(s):23 Application to Employ). (Shafferman, Joel) (Entered: 02/17/2006) |
| 02/09/2006 | 34 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)33 Order on Motion to Continue/Reschedule Hearing, ). No. of Notices: 1. Service Date 02/09/2006. (Admin.) (Entered: 02/09/2006) |
| 02/07/2006 | 33 | Order Granting Motion To Continue/Reschedule Hearing (related document(s):26 Objection, 23 Application to Employ, 27 Certificate of Contested Matter). Hearing to be held on 2/23/2006 at 2:30 PM Courtroom F for 23, Hearing to be held on 2/23/2006 at 2:30 PM Courtroom F for 26, Hearing to be held on 2/23/2006 at 2:30 PM Courtroom F for 27, (mem) (Entered: 02/07/2006) |
| 02/06/2006 | 32 | Motion to Continue Hearing Filed by Jeffrey A. Weinman on behalf of Jeffrey A. Weinman (related document(s)28 Order Setting Hearing, ). (Attachments: # 1 Proposed/Unsigned Order) (Weinman, Jeffrey) (Entered: 02/06/2006) |
| 02/03/2006 | 31 | Response Filed by Joel M. Shafferman on behalf of Whitehaven P.I. Fund LLC (related document(s):23 Application to Employ). (Attachments: # 1 Exhibit A) (Shafferman, Joel) (Entered: 02/03/2006) |
| 02/03/2006 | 30 | Notice of Appearance and Request for Notice Filed by Joel M. Shafferman on behalf of Whitehaven P.I. Fund LLC. (Shafferman, Joel) (Entered: 02/03/2006) |
| 01/20/2006 | 29 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)28 Order Setting Hearing, ). No. of Notices: 1. Service |

| | | |
|---|---|---|
| | | Date 01/20/2006. (Admin.) (Entered: 01/20/2006) |
| 01/18/2006 | 28 | Order Setting Hearing RE: (related document(s)27 Certificate of Contested Matter, 23 Application to Employ, 24 202 Notice, 26 Objection). Hearing to be held on 2/9/2006 at 09:30 AM Courtroom F for 27 and for 23 and for 24 and for 26. (mem) (Entered: 01/18/2006) |
| 01/13/2006 | 27 | Certificate of Contested Matter Filed by Jeffrey A. Weinman on behalf of Jeffrey A. Weinman (related document(s):23 Application to Employ, 26 Objection). (Weinman, Jeffrey) (Entered: 01/13/2006) |
| 12/30/2005 | 26 | Objection Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):23 Application to Employ). (Balis, Barton) (Entered: 12/30/2005) |
| 12/30/2005 | 25 | Amended Schedules D to move creditor from unsecured to secured schedule. Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):9 Statement of Financial Affairs and Schedules). (Balis, Barton) (Entered: 12/30/2005) |
| 12/07/2005 | 24 | 202 Notice Filed by Jeffrey A. Weinman on behalf of Jeffrey A. Weinman (related document(s):23 Application to Employ). 202 Objections due by 12/30/2005 for 23, (Attachments: # 1 Certificate of Service) (Weinman, Jeffrey) (Entered: 12/07/2005) |
| 12/07/2005 | 23 | Application to Employ Guendelsberger & Taylor as Special Counsel to the Trustee Filed by Jeffrey A. Weinman on behalf of Jeffrey A. Weinman. (Attachments: # 1 Affidavit # 2 Proposed/Unsigned Order) (Weinman, Jeffrey) (Entered: 12/07/2005) |
| 12/07/2005 | 22 | Bankruptcy Rule 6007(a) Notice of Intent to Abandon 1407 Orchid Ct., Lafayette, CO; 1994 Toyota 6007a Objections due by 12/30/2005 (Attachments: # 1 Proposed/Unsigned Order)(Weinman, Jeffrey) (Entered: 12/07/2005) |
| 11/19/2005 | 21 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)19 Order on Application to Dismiss/Withdraw Document). No. of Notices: 1. Service Date 11/19/2005. (Admin.) (Entered: 11/19/2005) |
| 11/19/2005 | 20 | Courts Notice and BNC Certificate of Mailing Re: Notice of Possible Dividend (related document(s)18 Notice of Possible Dividends, , ). No. of Notices: 39. Service Date 11/19/2005. (Admin.) (Entered: 11/19/2005) |
| 11/17/2005 | 19 | Order Granting Application to Dismiss/Withdraw Document (related document(s):17 Motion to Dismiss/Withdraw Document). (mem) |

| | | |
|---|---|---|
| | | (Entered: 11/17/2005) |
| 11/16/2005 | 18 | Notice of Possible Dividends. It appearing to the Trustee that a dividend to creditors is possible; Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than the date shown below. Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or the date shown below, whichever is later. All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code Proofs of Claim due by 2/21/2006. (Weinman, Jeffrey) (Entered: 11/16/2005) |
| 11/16/2005 | 17 | Motion to Dismiss/Withdraw Document Filed by Jeffrey A. Weinman on behalf of Jeffrey A. Weinman (related document(s) Trustee No Asset Report,,, ). (Attachments: # 1 Proposed/Unsigned Order) (Weinman, Jeffrey) (Entered: 11/16/2005) |
| 11/11/2005 | 16 | Courts Notice and BNC Certificate of Mailing Re: Order of Discharge (related document(s)15 Order Discharging Debtor-Auto Docket). No. of Notices: 38. Service Date 11/11/2005. (Admin.) (Entered: 11/11/2005) |
| 11/09/2005 | 15 | Order Discharging Debtor (Auto Docketed) (Admin.) (Entered: 11/09/2005) |
| 09/13/2005 | | Trustee statutory fees paid . (rdc) (Entered: 09/13/2005) |
| 09/02/2005 | | TRUSTEE'S NO ASSET REPORT. The Trustee having been duly appointed, reports that he/she has neither received any property or money nor paid any money on account of this estate; the Trustee has made diligent inquiry into the whereabouts of property belonging to the estate; and there are no assets in the estate over and above the exemptions claimed by the Debtor for distribution from the estate, and no objection has been filed to those exemptions. The Trustee further states that any nonexempt real or personal property listed by the Debtor under 11 U.S.C. Section 521(1) has not been administered, and it has no realizable value. The Trustee certifies that the meeting of creditors was held and concluded, the above captioned case has been fully administered and he/she is entitled to be discharged. WHEREFORE, the Trustee prays that the Court enter an Order discharging the trustee from office. Objection to Trustee Report due by 10/3/2005. (Weinman, Jeffrey) (Entered: 09/02/2005) |
| 08/18/2005 | 14 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)12 Order on Motion to Extend Time). No. of Notices: 1. Service Date 08/18/2005. (Admin.) (Entered: 08/18/2005) |
| | | |

| | | |
|---|---|---|
| 08/16/2005 | | Receipt of Declaration Re: Electronic Filing or Statement of Social Security Numbers Pursuant to GP0 2003-4. (lar) (Entered: 08/16/2005) |
| 08/16/2005 | 12 | Order Granting Motion to Extend Time (related document(s):2 Notice of Deficiency). All Schedules due 8/26/2005 for 2, Statement of Financial Affairs due 8/26/2005 for 2, (mjp) (Entered: 08/16/2005) |
| 08/15/2005 | 11 | Disclosure of Compensation In the Amount of $ $1300.00 Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):1 Voluntary Petition-Chapter 7). (Balis, Barton) (Entered: 08/15/2005) |
| 08/15/2005 | 10 | Statement of Intent. Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):1 Voluntary Petition-Chapter 7, 9 Statement of Financial Affairs and Schedules). (Balis, Barton) (Entered: 08/15/2005) |
| 08/15/2005 | 9 | Statement of Financial Affairs and Schedules Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):1 Voluntary Petition-Chapter 7). Declaration Re: Electronic Filing due by 8/25/2005. (Balis, Barton) (Entered: 08/15/2005) |
| 08/15/2005 | | Amendment to List of Creditors. Total Number of Creditors Added: 1.. Declaration Re: Electronic Filing Due Within Ten Days. Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s):1 Voluntary Petition-Chapter 7). (Balis, Barton) (Entered: 08/15/2005) |
| 08/15/2005 | 8 | Motion to Extend Time to File Schedules Filed by Barton S. Balis on behalf of Arthur William Davies (related document(s)1 Voluntary Petition-Chapter 7). (Attachments: # 1 Proposed/Unsigned Order) (Balis, Barton) (Entered: 08/15/2005) |
| 07/30/2005 | 6 | Courts Notice or Order and BNC Certificate of Mailing (related document(s)2 Notice of Deficiency). No. of Notices: 2. Service Date 07/30/2005. (Admin.) (Entered: 07/30/2005) |
| 07/30/2005 | 5 | Courts Notice and BNC Certificate of Mailing Re: First Meeting of Creditors (related document(s)4 First Meeting-Chapter 7). No. of Notices: 38. Service Date 07/30/2005. (Admin.) (Entered: 07/30/2005) |
| 07/29/2005 | | Receipt of Declaration Re: Electronic Filing or Statement of Social Security Numbers Pursuant to GP0 2003-4. (lar) (Entered: 08/01/2005) |
| | | |

| | | |
|---|---|---|
| 07/28/2005 | 3 | Receipt of Voluntary Petition-Chapter 7(05-28660) [misc,volp7a] ( 209.00) Filing Fee. Receipt number 3356823. Fee amount 209.00 (U.S. Treasury) (Entered: 07/28/2005) |
| 07/28/2005 | 2 | Notice of Deficiency For Failure orto File Statement of Financial Affairs, Schedules(related document(s)1 Voluntary Petition-Chapter 7). All Schedules due 8/12/2005. Statement of Financial Affairs due 8/12/2005. (sar) (Entered: 07/28/2005) |
| 07/28/2005 | 4 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Jeffrey A. Weinman with 341(a) meeting to be held on 09/02/2005 at 11:00 AM at Room 125 Objections to Discharge due by 11/01/2005. (Entered: 07/28/2005) |
| 07/28/2005 | 1 | Chapter 7 Voluntary Petition. Total Number of Creditors Uploaded: 43. Declaration Re: Electronic Filing due by 08/8/2005. (Balis, Barton) (Entered: 07/28/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2006 13:27:07 | | | |
| **PACER Login:** | hk0299 | **Client Code:** | jindal |
| **Description:** | Docket Report | **Search Criteria:** | 05-28660-EEB Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Colorado** | **Voluntary Petition** |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davies, Arthur William** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **3385** | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1407 Orchid Ct**<br>**Lafayette, CO 80026-2860** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Boulder** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [✓] Individual(s)<br>[ ] Corporation<br>[ ] Partnership<br>[ ] Other _____ | [ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank | [✓] Chapter 7    [ ] Chapter 11    [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>[✓] Consumer/Non-Business    [ ] Business | **Filing Fee** (Check one box)<br>[✓] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)     THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Davies, Arthur William** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Arthur William Davies**<br>Signature of Debtor     **Arthur William Davies**<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br>**July 28, 2005**<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X **/s/ Barton S. Balis**                              **7/28/05**<br>Signature of Attorney for Debtor(s)                       Date |
| **Signature of Attorney**<br><br>X **/s/ Barton S. Balis**<br>Signature of Attorney for Debtor(s)<br>**Barton S. Balis 481**<br>Printed Name of Attorney for Debtor(s)<br>**Barton S. Balis**<br>Firm Name<br>**728 Pearl Street**<br>Address<br>**Boulder, CO 80302**<br><br>**(303) 443-6924**<br>Telephone Number<br>**July 28, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                                Case No. _____

**Davies, Arthur William**                                                 Chapter **7**
                                       Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 28, 2005**            Signature: */s/ Arthur William Davies*
                                                              **Arthur William Davies**            Debtor

Date: _____     Signature: _____
                                                                                           Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:  Case No. **05-28660 EEB**

**Davies, Arthur William**  Chapter **7**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 105,012.00 | 2003 - Disability insurance |
| 105,012.00 | 2004 - Same |
| 61,257.00 | 2005 - Same |

### 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Countrywide Home Loans<br>PO Box 8239<br>Van Nuys, CA 91409-8239 | May, June and July 2005 for 1st mortgage | 6,300.00 | 232,705.00 |
| Davies, Joan And Paul<br>117 N Lincoln Ave<br>Liverpool, NY 13088-4360 | May, June and July 2005 for 2nd mortgage | 4,500.00 | 45,793.00 |

STATEMENT OF FINANCIAL AFFAIRS

None ☐ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or
☑ were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| In the Interest of:E.E.D. and I.G.D.W., Petitioner, Arthur Davies and Respondent, Regan Welsh | Support | Boulder County District Court | Notice of Attorney's Lien - Daryl James |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑ the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑ the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑ (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
☑ gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the**
☑ **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Barton S. Balis<br>728 Pearl St<br>Boulder, CO 80302-5006 | 7/05 | 1,300.00 |

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑ absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS