#### 18. Nature, location and name of business

<sup>None</sup> ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Seneca Air, Inc | | Wilmington, DE | Avaition | 1997-2001 |
| Erin Enterprises, Ltd | | Wilmington, DE | Aviation | 1977-2001 |

<sup>None</sup> ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

<sup>None</sup> ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Michael Paolini<br>Cherry St<br>Milford, CT | 1997-02 for both companies |

<sup>None</sup> ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

<sup>None</sup> ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<sup>None</sup> ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

#### 20. Inventories

<sup>None</sup> ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

<sup>None</sup> ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

#### 21. Current Partners, Officers, Directors and Shareholders

<sup>None</sup> ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

**STATEMENT OF FINANCIAL AFFAIRS**

IN RE **Davies, Arthur William** _____  Case No. **05-28660 EEB** _____
Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at:**<br>**1407 Orchid Ct**<br>**Lafayette, CO  80026-2860**<br><br>**1st mortgage: $232,705**<br>**2nd mortgage: $45,793** | sole ownership | | 290,000.00 | 278,498.00 |
| | | TOTAL | 290,000.00 | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Davies, Arthur William</u>                                                                Case No. <u>05-28660 EEB</u>
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods: Furniture: $1165; electronic equipment: $580; kitchen appliances and misc: $325; prints: $200; books: $250; tools: $250; bikes: $75** | | 2,845.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Wearing apparel** | | 250.00 |
| 7. Furs and jewelry. | | **Jewelry** | | 10.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports equipment** | | 110.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Davies, Arthur William _____ Case No. 05-28660 EEB
                        Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal injury claim - uncollectible** | | **undetermined** |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Toyota** | | **3,500.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Monthly disability income** | | **undetermined** |
| | | TOTAL | | 6,715.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

__0__ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Davies, Arthur William</u>                                                                  Case No. <u>05-28660 EEB</u>
                                         Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:** 1407 Orchid Ct Lafayette, CO 80026-2860  1st mortgage: $232,705 2nd mortgage: $45,793 | CRS §§38-41-201, 201.5 | 11,502.00 | 290,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Household goods:** Furniture: $1165; electronic equipment: $580; kitchen appliances and misc: $325; prints: $200; books: $250; tools: $250; bikes: $75 | CRS §13-54-102(1)(e) | 2,845.00 | 2,845.00 |
| Wearing apparel | CRS §13-54-102(1)(a) | 250.00 | 250.00 |
| Jewelry | CRS §13-54-102(1)(b) | 10.00 | 10.00 |
| Personal injury claim - uncollectible | CRS §13-54-102(1)(n) | 100% | undetermined |
| 1994 Toyota | CRS §13-54-102(1)(j)(I) CRS §13-54-102(1)(j)(II)(A) | 3,000.00 500.00 | 3,500.00 |
| Monthly disability income | CRS §§5-5-105, 13-54-104 | 100% | undetermined |

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William** _____   Case No. **05-28660 EEB** _____
                              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Countrywide Home Loans**<br>**PO Box 8239**<br>**Van Nuys, CA 91409-8239** | | | **Secured by: 1st mortgage**<br>**Incurred 2001**<br>**Debtor will reaffirm**<br><br>Value $   290,000.00 | | | | 232,705.00 | |
| Account No.<br>**Davies, Joan And Paul**<br>**117 N Lincoln Ave**<br>**Liverpool, NY 13088-4360** | | | **Secured by: 2nd mortgage**<br>**Incurred 2002-03**<br>**Debtor will reaffirm**<br><br>Value $   290,000.00 | | | | 45,793.00 | |
| Account No.<br><br> | | | <br>Value $ | | | | | |
| Account No.<br><br> | | | <br>Value $ | | | | | |
| Account No.<br><br> | | | <br>Value $ | | | | | |

___**0**___ Continuation Sheets attached

Subtotal (Total of this page)   **278,498.00**

(Complete only on last sheet of Schedule D) **TOTAL**   **278,498.00**

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE <u>Davies, Arthur William</u>                                                    Case No. <u>05-28660 EEB</u>
Debtor(s)

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          <u>    0   </u> Continuation Sheets attached

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE **Davies, Arthur William** _____    Case No. **05-28660 EEB** _____
   Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Allen D. Friedman, Esq.**<br>**Wolpoff & Abramson, LLP**<br>**300 Canal View Blvd 3rd Fl**<br>**Rochester, NY 14623-2811** | | | See MBNA | | | | 0.00 |
| Account No.<br>**AT&T**<br>**PO Box 57907**<br>**Murray, UT 84157-0907** | | | Services<br>Incurred 2004-05 | | | | 63.00 |
| Account No.<br>**Carlson Therapy Network**<br>**470 W Main St**<br>**Cheshire, CT 06410-2450** | | | Services<br>Incurred 2001 | | | | 260.00 |
| Account No.<br>**Colorado Attorney General**<br>**1525 Sherman St**<br>**Denver, CO 80203-1714** | | | See Colorado Dept. of Revenue | | | | 0.00 |
| Account No.<br>**Colorado Dept. Of Revenue**<br>**1375 Sherman Street, Room 504**<br>**Denver, CO 80261-0001** | | | Estimated tax debt for 2001 - Debtor never worked in Colorado | | | X | 0.00 |

_____**6**_____ Continuation Sheets attached

Subtotal (Total of this page)   **323.00**

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William**             Case No. **05-28660 EEB**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Comcast Communications<br>PO Box 173885<br>Denver, CO 80217-3885 | | | Services | | | | 141.00 |
| Account No.<br>Connecticut Pain Care, P.C.<br>109 Newtown Rd<br>Danbury, CT 06810-4120 | | | Services<br>Incurred 2001-03 | | | | 94.00 |
| Account No.<br>Credit Collection Services<br>Re: Kemper Insurance<br>PO Box 55126<br>Boston, MA 02205-5126 | | | Assigned claim<br>Incurred 2001 | | | | 222.00 |
| Account No.<br>Credit Protection Association<br>Re: AT&T<br>13355 Noel Rd<br>Dallas, TX 75240-5048 | | | See original debt | | | | 0.00 |
| Account No.<br>Gwendelsberger & Taylor<br>28 Park Ln<br>New Milford, CT 06776-2908 | | | Legal services for personal injury claim<br>Incurred 2001-05 | | | | 98,000.00 |
| Account No.<br>HSBC<br>PO Box 4604<br>Buffalo, NY 14240-4604 | | | Student loans<br>Incurred 1977-1986 | | | | 61,680.00 |
| Account No.<br>Internal Revenue Service<br>SPS: Attn: Mail Stop 5012<br>600 17th St Fl 12TH<br>Denver, CO 80202-5402 | | | 2000-2001 1040 tax returns | | | | 16,043.00 |
| Sheet __1__ of __6__ Continuation Sheets attached to Schedule F | | | | | Subtotal<br>(Total of this page) | | 176,180.00 |
| | | | (Complete only on last sheet of Schedule F) **TOTAL** | | | | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William** _____ Case No. **05-28660 EEB** _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>IRS<br>Ogden, UT 84201-0001 | | | See IRS | | | | 0.00 |
| Account No.<br>IRS - District Counsel<br>1244 Speer Blvd Ste 500<br>Denver, CO 80204-3583 | | | See IRS | | | | 0.00 |
| Account No.<br>James, Daryl<br>James, Kirsh, Inness-Brown & Ware<br>3775 Iris Ave Ste 5<br>Boulder, CO 80301-2043 | | | Services<br>Incurred 2002-05 | | | | 12,000.00 |
| Account No.<br>Johnson & Johnson<br>287 Century Cir<br>Louisville, CO 80027-1683 | | | Services<br>Incurred 2003-04 | | | | 15,000.00 |
| Account No.<br>Kytja K.S. Voeller, MD, PC<br>2501 Walnut St Ste 101<br>Boulder, CO 80302-5752 | | | Services<br>Incurred 2004 | | | | 1,925.00 |
| Account No.<br>Lewis, David<br>1314 Main St Unit 102<br>Louisville, CO 80027-1586 | | | Services<br>Incurred 1990-05 | | | | 222.00 |
| Account No. 2035<br>MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | | | Goods, services or cash advances on credit card<br>Incurred 1990-05 | | | | 14,307.00 |

Sheet ___**2** of ___**6** Continuation Sheets attached to Schedule F      Subtotal (Total of this page)   **43,454.00**

(Complete only on last sheet of Schedule F) **TOTAL** _____
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William**　　　　　　　　　　　　　　Case No. **05-28660 EEB**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0087<br>MBNA America<br>PO Box 15102<br>Wilmington, DE  19886-5102 | | | Goods, services or cash advances on credit card<br>Incurred 1990-05 | | | | 33,355.00 |
| Account No.<br>Norman Voog & Associates<br>Re: Whitehaven Financial<br>90 Grove St<br>Ridgefield, CT  06877-4114 | | | See original debt | | | | unknown |
| Account No.<br>North Shore Agency, Inc.<br>Re: Sallie Mae<br>PO Box 8922<br>Westbury, NY  11590-8922 | | | See original debt | | | | 0.00 |
| Account No.<br>Orthopedic Assoc. Of Central Connecticut<br>510 Cottage Grove Rd<br>Bloomfield, CT  06002-3123 | | | Services<br>Incurred 2001 | | | | 495.00 |
| Account No.<br>OSI Collection Services, Inc.<br>Re: CT Dept. Of Revenue<br>PO Box 977<br>Brookfield, WI  53008-0977 | | | See original debt | | | | 0.00 |
| Account No.<br>Paolini, Michael, CPA<br>174 Cherry St<br>Milford, CT  06460-3415 | | | Services<br>Incurred 2002-05 | | | | 2,500.00 |
| Account No.<br>PNC<br>2730 Liberty Ave<br>Pittsburgh, PA  15222-4704 | | | Loan<br>Incurred 1990-05 | | | | 1,000.00 |

Sheet ___**3**___ of ___**6**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  **37,350.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William**                                                                      Case No. **05-28660 EEB**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Risk Management Alternatives<br>Re: AT&T<br>PO Box 105816<br>Atlanta, GA 30348-5816 | | | See original debt | | | | 0.00 |
| Account No.<br>Sallie Mae 3rd Party LSCF<br>1002 Arthur Dr<br>Lynn Haven, FL 32444-1683 | | | Student loans<br>Incurred 1977-96 | | | | 47,000.00 |
| Account No.<br>Sallie Mae Servicing Corp<br>PO Box 4100<br>Wilkes Barre, PA 18773-4100 | | | Student loan<br>Incurred 1977-96 | | | | 4,511.00 |
| Account No.<br>Skytel<br>263 E Pearl St<br>Jackson, MS 39201-3202 | | | Services<br>Incurred 1990-05 | | | | 306.00 |
| Account No.<br>SNET<br>1 Science Park<br>New Haven, CT 06511-1963 | | | Services<br>Incurred 1996-01 | | | | 260.00 |
| Account No.<br>Southern New England Telephone<br>1 Science Park<br>New Haven, CT 06511-1963 | | | Services<br>Incurred 1996-01 | | | | 260.00 |
| Account No.<br>State Of Connectitcut<br>Dept. Of Revenue Services<br>PO Box 5088<br>Hartford, CT 06102-5088 | | | State taxes | | | | 2,081.00 |

Sheet ____**4** of ____**6** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)      **54,418.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William**  Case No. **05-28660 EEB**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Unitrin Kemper**<br>**PO Box 4780**<br>**Syracuse, NY  13221-4780** | | | Reimbursement for wages<br>Incurred 2001-02 | | | | undetermined |
| Account No.<br>**US Attorney - Colorado**<br>**District Of Colorado, Civil**<br>**1225 17th St Ste 700**<br>**Denver, CO  80202-5598** | | | See IRS | | | | 0.00 |
| Account No.<br>**US Attorney General**<br>**Dept. Of Justice Tax Division**<br>**PO Box 683**<br>**Washington, DC  20044-0683** | | | See IRS | | | | 0.00 |
| Account No.<br>**Verizon Wireless**<br>**PO Box 2210**<br>**Inglewood, CA  90313-0001** | | | Services<br>Incurred 1990-05 | | | | 418.00 |
| Account No.<br>**Verizon Wireless North**<br>**2000 Corporate Dr 3rd Fl**<br>**Orangeburg, NY  10962-2634** | | | Services<br>Incurred 1990-05 | | | | 317.00 |
| Account No.<br>**Verizon Wireless West**<br>**10734 International Dr**<br>**Rancho Cordova, CA  95670-7359** | | | Services<br>Incurred 1990-05 | | | | 210.00 |
| Account No.<br>**Whitehaven Financial**<br>**350 5th Ave Ste 7415**<br>**New York, NY  10118-7415** | | | Loan<br>Incurred 2003-04 | | | | 94,057.00 |

Sheet _____5_____ of _____6_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **95,002.00**

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William**  Case No. **05-28660 EEB**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Wilkins Realty**<br>**143 Union Blvd, #900**<br>**Denver, CO  80228** | | | **Realtors fees**<br>**Incurred 2001** | | | | 6,000.00 |
| Account No.<br>**Wolpoff & Abramson, LLP**<br>**Two Irving Centre**<br>**702 King Farm Blvd**<br>**Rockville, MD  20850-5774** | | | **See MBNA** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ___**6**___ of ___**6**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **6,000.00**

(Complete only on last sheet of Schedule F)  TOTAL  **412,727.00**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Davies, Arthur William** _____   Case No. **05-28660 EEB** _____
                              Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |