**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DAVIES, ARTHUR
    Plaintiff

V.                               NO. 303 CV 0341 CFD

JINDAL, PAWAN, ET AL.
    Defendants             :       JUNE 20, 2007



**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Arthur Davies, hereby stipulates to the dismissal of his Complaint with prejudice and without costs to either party.

                                        PLAINTIFF, ARTHUR DAVIES

                                        By:_____/S/_____
                                        Robert J. Guendelsberger (Bar #CT 06534
                                        Guendelsberger, Collins, Henry
                                            & Guendelsberger, LLP
                                        28 Park Lane
                                        New Milford, CT  06776
                                        (860) 354-4444
                                        REG@NewMilfordLegal.com

                                        By:_____
                                        Arthur Davies

## CERTIFICATION

This will certify that the foregoing was mailed first class, postage prepaid to the following counsel of record this 20th day of June, 2007:

Attorney Frederick M. Vollono
Law Offices of Rosenbaum & Vollono
655 Winding Brook Drive
Glastonbury, CT 06033

Robert J. Guendelsberger