

# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT



UNITED STATES COURT OF APPEALS
FILED
AUG 28 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Arthur Davies
_____

vs.

Docket No. 07-2798-cv
03-CV-341

Pawan Jindal
_____

The undersigned hereby stipulate and agree that the above-referenced petition for review shall be, and hereby is, dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, without costs or attorneys' fees to any party.

Dated: August 23, 2007

Attorney for Petitioner
Robert J. Guendelsberger

Dated: August 9, 2007

Attorney for Respondent
Frederick Vollono

Dated: August 17, 2007

Jack Steigelfest, Attorney for Respondent
SO ORDERED.

Dated:

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

SO ORDERED
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug 28 2007

**CERTIFIED:**

8-29-07

TOTAL P.02